IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR -3 P 2: 19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Daniel Strickland 201890 )
Full name and prison number )
of plaintiff(s) )
 )
v. )       CIVIL ACTION NO. 2:07 CV282-F
 )       (To be supplied by Clerk of
Prision Health Care )        U.S. District Court)
K. Wilson )
 )
_____ )
 )
_____ )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) __none_____

            Defendant(s) __none_____

        2.  Court (if federal court, name the district; if
            state court, name the county) __none_____

3. Docket number __None__

4. Name of judge to whom case was assigned __None__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __None__

6. Approximate date of filing lawsuit __None__

7. Approximate date of disposition __None__

II. PLACE OF PRESENT CONFINEMENT __Easterling Correctional Facilty 200 Wallace Drive Clio AL, 36017__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Easterling Correctional Facilty 200 Wallace Drive Clio AL, 36017__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS
1. K. Wilson, 200 Wallace Drive Clio AL, 36017
2. 
3. 
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __1-26-07__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I am trying to get Back in to Court, and I filed all the right paper work to

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

Prison Health care, and mrs K. Wilson told me to get a Court Oder to get a Copy of my medical Report were they tested me for St.D's. My mother Called and talked with mrs teal the secatery up front and they said it would Be ok. But mrs K Wilson still denies me getting it

**GROUND TWO:** I wrote mrs K Wilson a second Time explaing my personal stuff to Her and she still Denied me,

**SUPPORTING FACTS:** I have Copys of everything that I filed, she got very Rude with my family and told them I would have to get a Court Oder I wrote to my Court in Elmore County and they said it was out of there jurisdiction

**GROUND THREE:** I wrote to Barbour County on 2-17-07 and Barbour County stated that they

**SUPPORTING FACTS:** Could not help me because on Record on file, all I'm trying to do is prove my INNocence I am acused of Rape, and the person who Claimed that I Raped her says I gave her a STD And I dont have any STD. So I Need a Copy of it were I can try to get Back in court

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like the Court to grant me a Copy of my STD Report I pray that the Court will give me some Relief. I've tried so hard to do the Right things and file the Right paper work, so I ask this Court to Please grant me this.

*Daniel Strickland*
Signature of plaintiff(s)

I declare, under penalty of perjury that the foregoing is true and correct.

EXECUTED on March 27, 2007
(Date)

*Daniel Strickland*
Signature of plaintiff(s)

4

Daniel Strickland #201890 E2-61-B
Easterling Correctional Facility
200 Wallace Dr.
Clio, Al. 36017

In The United States District Court for the
Middle District of Alabama.
    The Northern Division
Ms. Debra Hackett
Clerk of the Court
One Church Street
Montgomery, Al. 36104

