Strickland

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Prison Health Services, Inc.
105 Westpark Drive
Suite 200
Brentwood, TN 37027

2:07cv282-MEF (comp/order 40 dys)

2. Article Number (Transfer from service label)   7005 1160 0001 2962 1874

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): M. Shauer
C. Date of Delivery: 4-9-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540