IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL STRICKLAND (AIS# 201890), | * |
| Plaintiff, | * |
| v. | * CASE NO. 2:07-CV-282-MEF |
| PRISON HEALTH CARE, et al. | * |
| Defendants. | * |

**DEFENDANTS' MOTION TO EXTEND TIME
TO FILE SPECIAL REPORT AND ANSWER**

COME NOW the Defendants, Prison Health Services, Inc. (incorrectly identified in the Complaint as Prison Heath Care) and Kay Wilson, H.S.A., by and through counsel, and respectfully request that this Honorable Court extend the time period which these Defendants have to file their Answer and Special Report in this action by thirty (30) days, up to and including June 15, 2007. As grounds for this Motion, Defendants show to the Court as follows:

1. A brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

2. On or about April 12, 2007, counsel for the Defendant received a copy of the Strickland case and this Court's previously entered Order requiring the Defendants to file a Special Report and Answer on or before May 16, 2007. The Defendants are in the process of assembling the appropriate medical records and doing the necessary investigation into this claim in order to properly address all issues within the confines of that Special Report and Answer.

WHEREFORE, all premises considered, the Defendants respectfully request an extension within which to file their Special Report and Answer, said Special Report and Answer to be filed on or before June 15, 2007.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc. and Kay Wilson, H.S.A.
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 16th day of May, 2007, to:

Mr. Daniel Strickland (AIS # 201890)
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Defendants Prison
Health Services, Inc. and Kay Wilson, H.S.A.