IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DANIEL STRICKLAND, #201890,          )
                                     )
            Plaintiff,               )
                                     )
    v.                               )        CIVIL ACTION NO. 2:07-CV-282-MEF
                                     )
PRISON HEALTH CARE, et al.,          )
                                     )
            Defendants.              )

## ORDER ON MOTION

Upon consideration of the motion for extension of time filed by the defendants on

May 16, 2007 (Court Doc. No. 7), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the defendants be GRANTED an extension from May 16, 2007 to

and including June 15, 2007 to file their special report and answer.

Done this 17th day of May, 2007.


            _____/s/ Charles S. Coody_____
            CHARLES S. COODY
            CHIEF UNITED STATES MAGISTRATE JUDGE