IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL STRICKLAND (AIS# 201890), | * |
| Plaintiff, | * |
| v. | * CASE NO. 2:07-CV-282-MEF |
| PRISON HEALTH CARE, et al. | * |
| Defendants. | * |

### DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW the Defendants, Prison Health Services, Inc. (incorrectly identified in the Complaint as Prison Heath Care) and Kay Wilson, H.S.A., by and through counsel, and respectfully request that this Honorable Court extend the time period which these Defendants have to file their Answer and Special Report in this action by thirty (30) days, up to and including July 13, 2007. As grounds for this Motion, Defendants show to the Court as follows:

1. A brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

2. Counsel for the Defendants is in the process of reviewing the appropriate records and doing the necessary investigation into this claim in order to properly address all issues within the confines of that Special Report and Answer.

3. In addition, Counsel for the Defendants currently has a jury trial set for Monday, June 11, 2007, in the Circuit Court of Houston County, Alabama, and has been devoting a large part of his time preparing for this trial and has not had adequate time to properly review the medical records and prepare the Special Report and Answer.

WHEREFORE, all premises considered, the Defendants respectfully request an extension within which to file their Special Report and Answer, said Special Report and Answer to be filed on or before July 13, 2007.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc. and Kay Wilson, H.S.A.
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 7th day of June, 2007, to:

Mr. Daniel Strickland (AIS # 201890)
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Defendants Prison
Health Services, Inc. and Kay Wilson, H.S.A.