1 of 2

In the District Court of the United States
for the Middle District of Alabama
Northern Division

Daniel Strickland #201890
    Plaintiff

v.

Prison Health Care, et al
    Defendants

Civil Action 2:07-CV-282-MEF
[WO]

## Motion to Denie Defendants Request for Extension of time

I am filing this motion asking the Court to Denie defendants Request for more time on on the 6th day of April, 2007, this Court order, Prison Health Care, to provide all copies and paper work. So far they have failed to do so, this Court gave them 40 days from April 6th 2007. Defendants filed a motion for this Court to give Prison Health Care an Extion for time, it was filed on May 16, 2007. Defendants stated that answer to be filed on or before June 15, 2007. Now Prison Health Care is asking for anoughter Extended time, this was done on June 7th 2007. I am asking this Court for Releaf, for my medical paper work, were

2 of 2

I can proceed with my legal work, I pray that the Court will agree and give me Releaf.

x *Daniel Strickland*
Daniel Strickland
Plaintiff

## Certificate of Service

I hereby certify that a copy of the above and foregoing has been served by U.S. mail this the 14th day of June, 2007, to:

Paul M James Jr
Attorney for Defendants
Defendants Prison Health Services,
INC. and Kay Wilson, H.S.A

Daniel Strickland
AIS# 201890
Easterling Correctional
Facility 200 Wallace
Drive Clio Al.
36017

Daniel Hubbard 201899 E2 61B
200 Wallace Drive
Easterling Corr. Facility
Clio, Alabama 36017

MONTGOMERY AL 361
19 JUN 2007 PM 1 L

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711