IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL STRICKLAND, #201890, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-282-MEF |
| | ) |
| PRISON HEALTH CARE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to deny defendants' second request for extension of time filed by the plaintiff on June 20, 2007 (Court Doc. No. 11), and for good cause, good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 21st day of June, 2007.

       /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE