Case 2:07-cv-00282-CSC   Document 13-3   Filed 06/25/2007   Page 1 of 1

AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

DANIEL STRICKLAND, AIS #201890            NOTICE, CONSENT, AND ORDER OF REFERENCE —
                                          EXERCISE OF JURISDICTION BY A UNITED STATES
           Plaintiff                      MAGISTRATE JUDGE
         V.
                                          Case Number: 2:07-cv-000282-MEF
PRISON HEALTH CARE, ET AL.
         Defendant

RECEIVED 2007 JUN 22

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Prison Health Services, Inc., Kay Wilson, H.S.A. | [signature] | 06/11/07 |
| Daniel Strickland #201890 E2-61B ECF 200 Wallace Dr. Clio, AL 36017 | /s/ Daniel Strickland | 6/18/07 |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to __Charles S. Coody__ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

June 25, 2007                       [signature]
     Date                           United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.
         *** DO NOT FILE THIS DOCUMENT ELECTRONICALLY ***

SCANNED bmw 6/25 2:53