IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL STRICKLAND (AIS# 201890), | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:07-CV-282-MEF |
| | * | |
| PRISON HEALTH CARE, et al. | * | |
| | * | |
| Defendants. | * | |

## SPECIAL REPORT OF DEFENDANTS,
## PRISON HEALTH SERVICES, INC. AND
## KAY WILSON, H.S.A.

COME NOW the Defendants, Prison Health Services, Inc. and Kay Wilson, H.S.A. (hereinafter collectively "PHS"), by and through counsel, and in response to the Plaintiff's Complaint and this Honorable Court's Order, present the following Special Report with regard to this matter.

## I. INTRODUCTION

The Plaintiff, Daniel Strickland (AIS# 201890), is an inmate currently incarcerated at the Easterling Correctional Facility in Clio, Alabama. On or about April 3, 2007, Strickland filed a Complaint against Defendant PHS and its employee, Kay Wilson, Health Service Administrator for PHS at the facility, arising out of an alleged failure to provide him with a copy of a medical record contained in his file. Specifically, Strickland claims that PHS and Wilson erroneously advised him that a Court Order is required in order for Strickland to receive a copy of his medical records to determine whether he has been tested for sexually transmitted diseases. Strickland does not request

monetary damages but, instead, asks that the Court grant an Order providing him a copy of his sexually transmitted disease report.

As directed, the Defendants have undertaken a review of Strickland's claims to determine the facts and circumstances relevant thereto. At this time, PHS submits its Special Report, which is supported by the following Exhibits:

1.    Exhibit "A" - Certified copy of Strickland's Complete Medical Records;

2.    Exhibit "B" - Affidavit of Kay Wilson, H.S.A.;

3.    Exhibit "C" -. Affidavit of Kay Wilson, H.S.A. -- PLRA requirements; and

4.    Exhibit "D" -- Inmate Grievance Forms/Inmate Grievance Appeal Forms.

These evidentiary materials demonstrate that Strickland's claims concerning improper denial of medical records are without merit and are due to be dismissed.

## II. NARRATIVE SUMMARY OF FACTS

Daniel Strickland is incarcerated at the Easterling Correctional Facility in Clio, Alabama. Strickland claims that on January 26, 2007, he requested paperwork to determine whether he had ever been tested for sexually transmitted diseases. Strickland sought these documents in an effort to prove his "innocence" of the charge of rape.

Kay Wilson, the individual whom Strickland claims failed to provide him with these documents, stated under oath, that she has never been approached by Mr. Strickland nor has she spoken with Strickland regarding his wishes to obtain a copy of his medical records. Wilson has no personal knowledge regarding Strickland's allegations based on these facts. In order to obtain his records, Strickland must have a

2

Court Order signed by a Judge and Wilson, as Health Service Administrator at Easterling, cannot release a copy of the medical records to him without a Court's Order executed by a Judge. [Exhibit "B" -- Affidavit of Kay Wilson, H.S.A.].

In addition, Strickland initiated litigation prior to complying with the Easterling Correctional Facility's Grievance Procedure. The facility maintains standards forms that can be acquired in the healthcare unit or from an inmate supervising officer in his dormitory. [Exhibit "C" -- Affidavit of Kay Wilson -- PLRA requirements]. The informal grievance will allow an inmate to communicate healthcare concerns to the appropriate entity and have those concerns reviewed. If the inmate is unsatisfied with the ruling, he may request a "inmate grievance appeal" form from the healthcare unit. [Exhibit "D" -- Inmate Grievance Forms/Inmate Grievance Appeal Forms]. It is undisputed that Strickland did not file any inmate grievance forms prior to initiating litigation against PHS and Ms. Wilson. [Exhibit "C"].

## III. DEFENSES

The Defendants assert the following defenses to the Plaintiff's claims:

1.    The Plaintiff/prisoner failed to comply with the mandatory requirements of the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e), et seq. ("PLRA") and the PLRA directly applies to require that this matter be dismissed with prejudice for failing to comply with the terms and conditions of grievance procedures concerning medical issues.

2.    The Defendants deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

3

3.    The Defendants plead not guilty to the charges in the Plaintiff's Complaint.

4.    The Plaintiff's Complaint fails to state a claim against the Defendants for which relief can be granted.

5.    The Defendants affirmatively deny any and all alleged claims by the Plaintiff.

6.    The Plaintiff is not entitled to any relief requested in the Complaint.

7.    The Defendants plead the defense of qualified immunity and aver that the actions taken by the Defendants were reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

8.    The Defendants are entitled to qualified immunity and it is clear from the face of the Complaint that the Plaintiff has not alleged specific facts indicating that the Defendants have violated any clearly established constitutional right.

9.    The Defendants cannot be held liable on the basis of respondeat superior, agency, or vicarious liability theories.

10.    The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

11.    The allegations contained in the Plaintiff's Complaint against Defendant Wilson, sued in her individual capacity, fails to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. See Oladeinde v. City of Birmingham, 963 F.2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Educ. Of Escambia County, 880 F.2d 305, 309 (11th Cir. 1989).

12.    The Defendants plead all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

4

13.    The Defendants aver that it was at all times acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

14.    The Defendants plead the general issue.

15.    This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendants would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights.  See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

16.    The Plaintiff's claims against Defendant Wilson in her official capacity is barred by the Eleventh Amendment to the United States Constitution.

17.    Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

18.    The Defendants plead the defense that at all times in treating Plaintiff they exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

19.    The Defendants plead the affirmative defense that the Plaintiff's Complaint fails to contain a detailed specification and factual description of the acts and omissions alleged to render them liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

20.    The Defendants plead the affirmative defenses of contributory negligence and assumption of the risk.

21.    The Defendants plead the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

22.    The Defendants plead the affirmative defense that they are not responsible for the policies and procedures of the Alabama Department of Corrections.

23.    The Defendants plead the affirmative defense that the Plaintiff has failed to mitigate his own damages.

24.    The Defendants plead the affirmative defense that they are not guilty of any conduct which would justify the imposition of punitive damages against them and that any such award would violate the United States Constitution.

25.    The Defendants adopt and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

26.    The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

27.    Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the individual Defendant, who is a state officer entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

28.    The Defendants assert that the Plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award Defendants reasonable attorney's fees and costs incurred in the defense of this case.

29.    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).

## IV. ARGUMENT

### Because Strickland Failed to Follow the Required Grievance Procedures for Assessing Medical Complaints Prior to Filing His Lawsuit, the Prison Litigation Reform Act of 1995 Requires the Immediate Dismissal, with Prejudice, of His Complaint..

Congress enacted the Prison Litigation Reform Act of 1995 ("PLRA"), 42 U.S.C. §1997e, et seq., in an effort to significantly limit the sharp rise of prison litigation in the federal courts.   See, e.g., Alexander v. Haught, 159 F. 3d 1321, 1324-25 (11th Cir. 1998).  Congress designed the Act to eliminate unwarranted federal court interference with the administration of prisons and to "afford correctional officials time and opportunity to address complaints internally before allowing the initiation of a federal case.  Porter v. Nussle, 534 U.S. 516, 524, 122 S. Ct. 983, 152 L. Ed. 2d 12 (2002). The PLRA was designed to "reduce the quantity and improve the quality of prisoner suits."  Nussle, supra, at 524.

The centerpiece of the PLRA is that a heightened exhaustion provision.  See § 1997e(a).  That exhaustion provision states the following:

> No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.  (emphasis added).

42 U.S.C. §1997e(a).

Courts have determined that under the PLRA, exhaustion of administrative remedies is mandatory. See Booth v. Churner, 532 U.S. 731, 739 (2001). 42 U.S.C. § 1997e states the following:

> **(c)    Dismissal**
> The Court shall on its own motion or on the motion of a party dismiss any action brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.  (emphasis added)

<div align="center">42 U.S.C. § 1997e(c)</div>

Here, Strickland filed litigation against PHS and Kay Wilson for an alleged failure to provide medical records that require a Court Order to be issued.  As such, Strickland's Complaint fails to state a claim upon which relief can be granted under any cognizable theory, whether it be the Eighth Amendment, 42 U.S.C. § 1983, or other medically applicable Act.  More importantly, it is undisputed that Strickland failed to follow any federal procedures for identifying and addressing inmate grievances at Easterling Correctional Facility.  [Exhibit "C" -- Affidavit of Kay Wilson -- PLRA].  The specific procedures, outlined in the Statement of Facts, were not followed by Strickland, were crying the dismissal of his claim for failure to do so.  Bryant v. Rich, 2007 U.S. App. LEXIS 12781 (May 31, 2007).

## V. CONCLUSION

The Plaintiff's Complaint is due to be dismissed on its face, for failure to comply with the mandatory provisions of the Prison Litigation Reform Act and for failing to state

a claim upon which relief can be granted.  The Plaintiff's Complaint fails to state a cognizable claim under the Eighth Amendment or 42 U.S.C. 1983, and fails to state a claim of medically liability or even simple negligence against PHS or its employee.  As a result, Mr. Strickland's claims are due to be dismissed, with prejudice, and this matter closed.

Respectfully submitted,

/s/  PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc. and Kay Wilson, H.S.A.
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S.

Mail this the 13th day of July, 2007, to:

Mr. Daniel Strickland (AIS # 201890)
Easterling Correctional Facility
200 Wallace Drive
Clio, AL  36017

/s/  PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Defendants
Prison Health Services, Inc. and
Kay Wilson, H.S.A.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DANIEL STRICKLAND (AIS #201890),        *

                                        *

      Plaintiff,                         *

                                    *

V.                                      *        2:07-CV-282-MEF

                                        *

PRISON HEALTH CARE, et al.,             *

      Defendants.                        *

## AFFIDAVIT OF KAY WILSON, R.N., H.S.A.

**BEFORE ME,** ___Jean P Faulk___, a notary public in and for said County and State, personally appeared **KAY WILSON, R.N., H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Kay Wilson. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1985. I hold a Bachelor's Degree in nursing from Troy State University. Since 1985, I have practiced nursing in a variety of positions and settings. In particular, I have worked as a nurse at Easterling Correctional Facility in Clio, Alabama, since March of 2001. Since November 3, 2003, I have been employed as the Health Service Administrator (H.S.A.) for Easterling Correctional Facility by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

It is my understanding that Daniel Strickland has filed suit in this matter alleging that I will not provide him with a copy of his medial records. Mr. Strickland's allegations are untrue. I have not been approached by Mr. Strickland nor have I spoken with Mr. Strickland regarding his wishes to obtain a copy of his medical records. I have no personal knowledge regarding Mr. Strickland's allegations.

Mr. Strickland must have a Court Order signed by a Judge in order to obtain a copy of his medical records. I cannot release a copy of his medical records to him without a Court's Order executed by a Judge."

Further affiant sayeth not.

_Kay Wilson, RN/HSA_

KAY WILSON, R.N., H.S.A.

STATE OF ALABAMA )
                   )
COUNTY OF Barbour )

Sworn to and subscribed before me on this the _____8_____ day of May , 2007.

_Jean S Faulk_
Notary Public

My Commission Expires:
8/26/2009

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL STRICKLAND (AIS #201890), | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | | 2:07-CV-282-MEF |
| | * | |
| PRISON HEALTH CARE, et al., | * | |
| | * | |
| Defendants. | * | |

## <u>AFFIDAVIT OF KAY WILSON, R.N., H.S.A.</u>

**BEFORE ME,** _Linda E. Teal_ , a notary public in and for said County and State, personally appeared **KAY WILSON, R.N., H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Kay Wilson. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1985. I hold a Bachelor's Degree in nursing from Troy State University. Since 1985, I have practiced nursing in a variety of positions and settings. In particular, I have worked as a nurse at Easterling Correctional Facility in Clio, Alabama, since March of 2001. Since November 3, 2003, I have been employed as the Health Service Administrator (H.S.A.) for Easterling Correctional Facility by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple two-step procedure for identifying and addressing inmate grievances at Easterling Correctional Facility. If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit an "Inmate Informal Grievance" form. These are standard forms that may be acquired in the healthcare unit or from an inmate's supervising officer in his dormitory. The informal grievance allows an inmate to communicate any healthcare related concern by placing the form in the medical services complaint box or mailbox to be forwarded to the healthcare unit. I subsequently review the concern and respond via in house mail.

If the inmate is unsatisfied with my response, he may request an "Inmate Grievance Appeal" form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the informal grievance form. After the inmate has submitted the grievance appeal, I will meet with him face-to-face in a final attempt to address his concerns verbally.

It is my understanding that Daniel Strickland has filed suit in this matter alleging that Prison Health Services, Inc. has failed to provide him with appropriate medical care. However, Mr. Strickland has failed to exhaust Easterling's informal grievance procedure relating to the receipt of medical care for this alleged condition. Specifically, as relevant to his Complaint, Mr. Strickland has submitted neither an inmate informal grievance nor an inmate grievance appeal. As such, the healthcare unit at Easterling has not been afforded the opportunity to resolve Mr. Strickalnd's medical complaints prior to filing suit."

Further affiant sayeth not.

*Kay Wilson, RN/HSA*
KAY WILSON, R.N., H.S.A.

STATE OF ALABAMA                )
                                )
COUNTY OF _Barbour_             )

Sworn to and subscribed before me on this the ___May - 1st___ day of ___May___, 2007.

*Linda E. Deal*
Notary Public

My Commission Expires:

___7-15-07___

# EXHIBIT D

Prison Health Services

## Inmate Formal Grievance

NAME _____     AIS # _____          UNIT _____     DATE _____

PART A---INMATE Grievance

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

INMATE SIGNATURE _____

PART B –RESPONSE          DATE RECEIVED_____

_____
_____
_____
_____
_____
_____
_____
_____

Inmate Signature _____          Health Services Administrator _____

Date _____          Date _____

| | | Y | N | | | Y | N |
|---|---|---|---|---|---|---|---|
| I | Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI | Delay in Health Care Provided | ☐ | ☐ |
| II | Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII | Problems with Medication | ☐ | ☐ |
| III | Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII | Request to be seen | ☐ | ☐ |
| IV | Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX | Request for Off-site Specialty Care | ☐ | ☐ |
| V | Conduct of Healthcare Staff | ☐ | ☐ | X | Other | ☐ | ☐ |

11/03 - Alabama

Prison Health Services, Inc.

Inmate Grievance **Appeal**

NAME _____ AIS # _____    UNIT _____    DATE _____

PART A---INMATE Grievance Appeal for the following reason:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
                                          INMATE SIGNATURE

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

PART B –RESPONSE                          DATE RECEIVED_____

_____
_____
_____
_____
_____
_____
_____
_____

Inmate Signature                          Health Services Department Head

Date                                      Date

| H.S.A. Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | ☐ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 -- Alabama
Revised 5/16/05

# EXHIBIT A

# A F F I D A V I T

STATE OF ALABAMA          )
                          )
_Barbour_ COUNTY          )

     I, _Beth Long_, hereby certify and affirm that I am a _Medical Record Clerk_, at _Easterling Correctional Facility_ that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Daniel Strickland_, AIS# _201890_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

    I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Prison Health Services_; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

    This, I do hereby certify and affirm to on this the _1st_ day of _May_, 2007

                 _Beth Long_

## SWORN TO AND SUBSCRIBED BEFORE ME THIS THE

_1st_ Day of _May_, 2007

_Linda E. Teel_
Notary Public
_7-15-07_
My Commission Expires

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

| NAME: *Strickland Daniel* | ID#: *201890* | RACE: *W* | DOB: *11-6-06* |
|---|---|---|---|

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|



| DENTAL EXAMINATION | TOOTH | PRIORITY LIST |
|---|---|---|
| Date of Initial Examination: *12-28-98* | | |
| Initial Classification: *Updated* | | *T-P* |
| Oral Pathology: *5-8-00* | | *5-F* |
| Gingivitis *Updated 6/29/06* | | |
| Vincent's Infection | | |
| Stomatis | | |
| Other Findings | | |
| Occlusion | | |
| Roentgenograms: | | |
| Periapical | | |
| Bitewing | | |
| Panarex | | |

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | ✓ | | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | | ✓ | Gastrointestinal disorders | | ✓ |
| Anemia | | ✓ | Glaucoma | | ✓ |
| Asthma or other respiratory problems | | ✓ | Heart disease or murmur | | ✓ |
| Blood pressure conditions | | ✓ | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | ✓ | |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | ✓ |
| Fainting | | ✓ | Taking any medication | | ✓ |
| Pregnant? | | ✓ | Thyroid conditions | | ✓ |
| Tuberculosis | | ✓ | Other conditions | | ✓ |

CMS  7103 REV. 10/94

## SERVICES RENDERED

| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
|------|-------|---------|--------------------------|
| 1/27/99 | | | pt needs color int on lower right appt 2/16/99 _(illegible signature)_ |
| 2-9-99 | Ext 31 NRC | | 1x1.8cc 2% lido c epi _(illegible)_ Pt Mw |
| 2/24/99 | | | pt needs + need upper right bw appt 3/71/99 _(illegible signature)_ |
| 3-8-99 | Ext 5 NRC | | 1x1.8cc 2% lido c epi. _(illegible)_ |
| 10-18-99 | | | Ext/screen. Appt given _____ (3mo DH) |
| 1/19/99 | 12 | rf. | 1.8cc lido 2% w/ 1:10⁵ _(illegible)_ into #12's deff (illegible) |
| 4/28/00 | | | Multiple cavities, Appt 5/18/00 — L. Neal |
| 5-18-00 | | | Annual exam complete _(illegible)_ |
| 5-18-00 | 3 | MO AMALGAM | 1 CARP 2% x/0 1:100,000 Ep used in buccal _(illegible)_ |
| | 4 | NO DO AMALGAM | Infiltration; (illegible) used - PTR for Ext. #32 |
| 10/31/00 | cc | #4 | need a tooth pulled bt right; apt for wisdom tooth bt right given (illegible) |
| 11/14/00 | | | N/S for dental tx — (illegible) |
| 12/0+/00 | | | R/S apt for 12/19 of an ext — (illegible) |
| 12-19-00 | 32 | NRC | 2 CARPs 2% x/0 1:100,000 Ep used in A manding + long buccal n. block; simple forcep ext.; ORAl post given; Meds given; PTR for tx _(illegible)_ |
| 6/29/06 | | | Annual exam OHJ-given Rem ROT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# TLC MOBILE MEDICAL
## X-RAY REPORT

| DATE | LAST NAME | FIRST NAME | MI |
|------|-----------|------------|-----|
| 12/26/01 | Strickland | Daniel | |
| D.O.B. | SEX | FACILITY | |
| 11/06/66 | M | Easterling CF | |
| ORDERING PHYSICIAN | | X-RAY NO. | |
| | | ID#201890 | |

**LEFT FOOT:** No fracture or dislocation. No radiopaque foreign body. No arthritic changes.

**IMPRESSION:** Normal left foot.

Donna West, M.D./cmv
12/27/01
tt: 11:33 a.m.



KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

Strickland, Daniel

PRISON ID

201890

DATE SUBMITTED

12-22-04

East 331

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| RPR | NR | NON-REACTIVE (NR) | A  1/07/05 |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"    These results are unreliable due to the age of the specimen.
"H"    These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"  These results are unreliable due to the age and hemolyzed condition of the
       specimen.

CLIA ID NO.    01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|----|

201800

11/26/2004 07:12:26 AM   Strickland Daniel
58 years                 Race: W                2? lbs        BP:130/80        Dept: HCU
                                                                               Room: FR
                                                                               Oper: SB

Rate    80      . Normal sinus rhythm, rate 80.........................Normal P axis, PR, rate & rhythm
PR     175      . Consider left atrial enlargement.................................P V1 -.10 mV or more negative
QRSD    92
QT     336
QTc    387

--AXIS--
P       64
QRS     73
T       36

-- OTHERWISE NORMAL ECG -

PRELIMINARY-MD MUST REVIEW

Requested by
APY

Rx:
Dx:

LOC 00000 0000   Speed:25 mm/sec   limb:10 mm/mV   Chest:10 mm/mV   H 60~ 0.5-150 Hz  W   HP 08   002:1?

*Strickland, Daniel* Patient Name

201890 AIS Number

10 / 9 / 01 Date Submitted

ECF #75

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| RPR | NR | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| ph | | ph5-ph6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | <1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |
| | | | |
| | | | |



WAYNE D. MERCER, PHD
LAB DIRECTOR

KILBY CORRECTIONAL FA( .TY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

*Strickland, Daniel*

PRISON ID

*201890*

DATE SUBMITTED

*12/28/98*

*NPV# 3    1229*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *neg* | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

CLIA ID NO.    01D0706289

THANG Q. AN, D.O.
MEDICAL DIRECTOR

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

| | TEST | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|---|

EYE EXAMINATION SHEET

| Facility: _Westerly_ | Date of Request: 2/7/6 |

Subjective: _Blur @ Distance_

Past History: _4_

## CONSULTATION REPORT

|  | W/Glasses | W/O Glasses |
|---|---|---|
| **Snelling:** OD | | 20/30 |
| OS | | 20/30 |
| | | near - 20/25 |

OPHTH & EXT:
**Dilated Eye Exam**
    YES     (NO)
        (circle one)

Mydriatic solution  1 to 2 gts per eye.

_____
            Optometrist Signature

_____
            Nurse Signature

**New RX:** OD  -1.00 sph

OS  -1.25 sph

**Glaucoma:**     YES     (NO)
                (circle one)

IOP: _16_          18 @ 1000
Details:

**Cataracts:**     YES     (NO)
                (circle one)
Details:

Frame: _eye size_  52

Size:
Color:
Seg Ht: _PD - 63_

Optometrist Signature/Date  2/7/6

| Strickland | Daniel | | | | 201 870 |
|---|---|---|---|---|---|
| Last Name | First | Middle | DOB | R/S | AIS Number |

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

For ____ be Complete and Legible. You must Type or Print
*Please send this form with* ____ *authorization Letter to the service provider at the t* ____ *the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** EASTERLING   835 | **Patient Name: (Last, First,)** STRICKLAND, DANIEL | **Date: (mm/dd/yy)** 1/31/06 |
| **Site Phone #** (334) 397-3128 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 11/6/66 |
| **Site Fax #** (334) 397-3128 | **Inmate #** 201890 | **PHS Custody Date: (mm/dd/yy)** 11/20/98 |
| **Will there be a charge?** ☒ Yes ☐ No  **Sex** ☒ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 02/09/35 |
| **Responsible party:** ☒ PHS  ☐ Auto Ins. | ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):____ | |

## CLINICAL DATA

**Requesting Provider:** ☒ Physician   ☐ NP, PA   ☐ Dental

DARBOUZE, J. A.

**Facility Medical Director Signature and Date:**
_____ 1/31/06

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)      ☐ X-ray (XR)       ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☒ Routine                ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ____ ☐ Other:____

**Specialist referred to:** Optometry (Dr McKay)

**Type of Consultation, Treatment, Procedure or Surgery:**

**Diagnosis:** ↓ vision.
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x ray results and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
31 m % ↓ vision.

**Results of a complaint directed physical examination:**
OD    20/50
OS    20/70
OU    20/40

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

| **UM DETERMINATION:** | ☐ Offsite Service Recommended and Authorized |
|---|---|
| ☐ Alternative Treatment Plan (explain here): | |
| ☐ More Information Requested: (See Attached) | |
| ☐ Resubmitted with requested information. | **Date resubmitted:** ___/___/___ |

**Regional Medical Director Signature,**
**printed name and date required:** _____ ___/___/___ (mm/dd/yy)

------------------------------------------------
**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form .xls

Facility Name: Easterling                                          2/07

Mycolog oint
apply BID

  x 2 weeks

↑ tube given 2-20-07
          MPN

Start Date: 2-20-07    Prescriber: Darbouze
Stop Date: 3-6-07      RX #:

Benadryl 25mg
↑ PO @ HS
  x 3 days

4p          See New Orders  2/23

Start Date: 2-20-07    Prescriber: Darbouze
Stop Date: 2-23-07     RX #:

Kenalog bid
  x 14 days

Start Date: 2/23/07    Prescriber: Darbouze
Stop Date: 3/9/07      RX #:

Benadryl 50mg po
@ HS
  x 7 days

Start Date: 2/23/07    Prescriber: Darbouze
Stop Date: 3/2/07      RX #:

Start Date:            Prescriber:
Stop Date:             RX #:

Start Date:            Prescriber:
Stop Date:             RX #:

Diagnosis:

Allergies: PCN

Housing Unit:
Patient ID Number: 201890
Patient Name:

Strickland, Daniel                          11-6-06

MEDICATION ADMINISTRATION RECORD

Flexeril 10mg Tab
TID X 5 days
8/2/04 - 8/7/04 Floyd

Motrin 200mg TIII X
5 days BID
8/2/04 - 8/7/04 Floyd

4a
9a

4a
4p

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

august 1

august 31

Floyd

PCN

Complete Entries Checked:

By: M Mobley

Title: RN

Date: 8-2

201890  pcp   E

Strickland, Daniel

MEDICATION ADMINISTRATION RECORD

HC Cream GHS X
            306 y2    4P ————————————→ 7 ✗
12/19/03 - 12/22/03 Darkov ☺/☑

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

. 2/03

DC

Complete Entries Checked
By: L, Essie )

Title: LPN

Date: 12/19/2

20 18 90    POP    SNS

Strickland, Daniel

# MEDICATION ADMINISTRATION RECORD

Facility: Easterling

CC#: _____

MONTH: 10/1/6

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HC own BID ×SL 1012 - 1016 | | 40 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: PCN

DOB/INMATE #: 201890

LOCATION: _____

NAME: Strickland Daniel

CMS # 3150 REV 8/98

CORRECTIONAL MEDICAL SERVICES

Antivert 25mg T̄ po
₡ tid x3 days
Dr. McWhorter  1/4 - 4/7

4A ———> ? ? ? ?←
1A ———> ? ? ? ?←
4p ———> ? ? ? ? ?←

Jan. 2000
McWhorter

PCW

Strickland, David                    201890   pdp    1/4/00
                                                      Eask.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Daniel Strickland                Date of Request: 2-19-07

ID # 201890                              Date of Birth: 11/6/66    Location: E2-61-B

Nature of problem or request: I'm broke out on my thighs + arms with little red bumps that itch and burn. Then it burns and my skin dries out. I've tried hydrocortisone but it doesn't help.

Daniel Strickland
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 2/20/07
Time: 6 15 AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**     See Net tove dated 2-20-07
                                    CWRN

**(O)bjective    (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**     X Daniel Strickland

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



## Nursing Evaluation Tool:                    Dermatitis (Rashes)

Facility: Alabama Department of Corrections

Patient Name: __Strickland, Daniel__
        Last                                   First

Inmate Number: __201890__           Date of Birth: __11 / 6 / 66__   MI
                                                MM   DD   YYYY

Date of Report: __2 / 20 / 07__       Time Seen: __615__ AM/**PM** Circle One
          MM   DD   YYYY

*Subjective:* Chief Complaint: ☑ Itching ☐ Burning ☑ Redness ☐ Swelling ☐ Weeping ☐ Blisters ☐ Lice/Scabies/Nits

                  ☐ Other: _____

Onset: __X 2 weeks__

Location: __Bilateral T legs__

History: _____
      (Continue on back if necessary)

                                               ☐ Check Here if additional notes on back

Associated Symptoms: ☐ None ☐ Fever ☐ Upper Respiratory Symptoms ☐ Tongue Swelling/Throat Closing ☐ Facial/Neck Swelling

                  ☐ Difficulty breathing ☐ Other: _____

Recent environmental contacts (allergens/irritants): __States " I redo old furniture and that__

History of new medication: __Denies__     __stuff gets all over me."__

__wt - 237 spo2 99% RA__

*Objective:* Vital Signs: (If Indicated) T: __97?__ P: __100__ RR: __18__ B/P: __136 / 88__

    Exam: Lesion(s): ☐ NO ☑ YES Description __Several erythematous papules + scaley erythematou__

                                                  __plaque__

    Redness/Swelling/Streaking: ☐ NO ☑ YES (If Yes, Describe): __Redness__

☑ Additional Examination: __Pt states + improvement c̄ HCT cream.__
  Continue on back if necessary)

                                                  ☐ Check Here if continued on back

*Assessment: (Referral Status)*     Preliminary Determination(s): _____
   ☐ Referral **NOT Required**

   ☑ Referral **Required** referral due to the following: (Check all that apply)
        ☐ Respiratory distress     ☐ Tongue or facial swelling ☐ Hives ☐ Wheezing
        ☐ New medication        ☐ Signs of infection   ☐ Recurrent Complaint (More than 2 visits)
        ☑ Other: __to be evaluated by MD__
              (Describe)

*Plan:* Check All That Apply:
                   ~~Benadryl~~ Mycolog oint - apply BID x 2 weeks
   ☐ Meds given per approved OTC med list: ☑ __Benadryl 25mg po q HS x 3 days__
                        ☐ __to Dr Daubrey / Wambles RN__

   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Education signs and symptoms of severe allergic reaction: (Difficulty breathing, throat or facial swelling). Pt instructed to seek immediate seek immediate medical attention if these should occur.

Other OTC Medications given. ☑ NO    ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): __Dr Daubrey__     Date for referral: __2/23/07__
                                                           MM  DD  YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

X __Wambles RN__       Name: __Wambles RN__
   Nurses Signature                        Printed



PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Daniel Strickland _____ Date of Request: 1-30-06
ID # 201890 _____ Date of Birth: 11/6/66 Location: 8B121
Nature of problem or request: I need to see the eye doctor because I am
having trouble with my vision.

Thank You

Daniel Strickland
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 1 / 30 / 2006
Time: _____ AM PM
Allergies: _____

See NRT

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date: 1/30/06               │
│ Time:                       │
│ Receiving Nurse Intials CMC │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective   (V/S):  T: _____   P: _____   R: _____   BP: _____   WT: _____**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

## Nursing Evaluation Tool:
### Eye Pain/Complaint

**PHS**

Facility: Alabama Department of Corrections

Patient Name: _Strickln_ _Daviel_
First    Last

Inmate Number: _201850_

Date of Birth: _11_ / _6_ / _66_
MM   DD   YYYY

Date of Report: _1_ / _30_ / _20__
MM / DD / YYYY

Time Seen: _820_ AM / **PM** Circle One

**Subjective:**   **Chief Complaint:** (Check All That Apply)

- ☐ **Foreign body:** ☐ Right side ☐ Left side   **Foreign body type:** _____ or ☐ Unknown
- ☐ **Change in vision:** ☐ Right side ☐ Left side ☐ Blurred ☐ Decreased
- ☐ **Eyelid Complaint:** ☐ Right side ☐ Left side (Describe Below)
- ☐ **Trauma:** ☐ Right side ☐ Left side (Describe Below) **Trauma sustained in altercation with custody staff, or**
- ☐ **Conjunctivitis:** ☐ Right side ☐ Left side   **other inmate?** ☐ NO ☐ YES (Requires notification of correctional staff)
- ☐ **Seeing spots / flashes / floaters:** ☐ Right side ☐ Left side
- ☒ **Request for glasses:** ☐ No other visual complaint   **Prior History of glasses?** ☐ NO ☒ YES   Last time seen by optometrist: _1980 us_

**Associated Symptoms / Additional Eye History**
- ☐ **Pain:** ☐ NO ☐ YES **Pain Scale: (1-10)** _____ **Pain Description:** _____ Dull, Aching, Burning, Stinging, etc.
- **Tetanus Toxoid** Within 10 years: ☐ YES ☐ NO   **Recent eye surgery** ☐ NO ☐ YES
- **Conjunctivitis symptoms:** ☐ Hay fever / Allergies ☐ Itchy ☐ Redness ☐ Watery ☐ Redness ☐ Discharge: _____
- **History of Glaucoma?:** ☐ NO ☐ Yes (taking glaucoma medications? ☐ YES ☐ NO **Cataracts** ☐ NO ☐ YES
- **History of Retinal Detachment?:** ☐ NO ☐ Yes (_____)
- **History of trauma:** ☐ NO ☐ YES Type: ☐ Blunt ☐ Penetrating ☐ Chemical ☐ Other: _____
- Onset: _____
- History: _States he can not see scans on TV_
(Continue on back if necessary)

**Objective:**   Vital Signs: (As Indicated) T: _98_   P: _72_   RR: _16_   B/P: _100_ / _80_

Visual acuity: R _20/50_   L _20/70_   (If patient wears corrective lenses acuity should be checked with and without wearing corrective device)

**Periorbital Exam:** ☐ Normal ☐ Swelling ☐ Evidence of Infection ☐ Bruising ☐ Other: _____

| Eye Exam: | Normal Findings | Abnormal Findings |
|---|---|---|
| Pupil: | ☐ PERRL | ☐ Pupil unequal/abnormal: _____ |
| Conjunctiva: | ☐ Conjunctiva pink | ☐ Conjunctiva Pale ☐ Red ☐ Discharge _____ |
| Sclera: | ☐ Sclera white | ☐ Yellow ☐ Red |
| Foreign body: | ☐ No Foreign body | ☐ Foreign body |
| Eyelid: | ☐ Normal | ☐ Red/Discolored ☐ Injury/Lesion ☐ Scaly ☐ Inflamed at margin ☐ Hematoma |
| | | ☐ Drainage: _____ ☐ Sty |

☐ Additional Examination: _Lt eye 20/70   Rt eye 20/50   20/40 BOR_
Continue on back if necessary

**Assessment: (Referral Status)**   **Preliminary Determination(s):** _____

- ☐ **Referral NOT Required**   Expedited referral to a clinician except for: isolated itching with normal visual activity or glasses request only.
- ☐ **Referral Required**
  **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply: ☐ Irrigate with sterile H$_2$O or Normal Saline, check for foreign body or abrasion, antibiotic ointment and patch x 24 hrs
- ☐ Instructions on care/treatment of conjunctivitis.
- ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits) ☐ Instructions to return if condition worsens.
- ☐ Other: _____
(Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____
Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Referral Form_ _Dr Day_   Date for referral: __/__/__

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?: _____) Time
X _[signature]_   Name: _D. Nowosad_   __/__/__
Nurses Signature   Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Daniel Strickland          Date of Request: 7-26-04
ID # 201890                Date of Birth: 11/6/66  Location: 6B 113
Nature of problem or request: I'm having lower back pains with
sharp pains shooting down my legs. It's also causing
pain in my groin area.

_Daniel Strickland_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 7/28/04
Time: 1045 AM (PM)
Allergies: NKA

```
RECEIVED
Date:
Time:
Receiving Nurse Intials  Rm
```

**(S)ubjective:**  See above

**(O)bjective** T 97³ P 16 R 72 B/p 122/82 Wt 215#
R w/mto Hcu C C/o pain to b back thet shoots down
R leg. C/o pain to L testicle. States "it hurt myself
pick up cen pain entertainment center." Ø Swelling to
back or deep pain a 10 on scale of 1-10.
**(A)ssessment:**
unated. States "I have problem in the dorm". Resp. C ease. Ø bruising
Skin w/o to touch Resp. C ease. Ø bruising
ax0x3.
**(P)lan:** Alt in comfort
refer to MD

Refer to: (MD/PA) Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No (✓)
Was MD/PA on call notified:  Yes ( )  No ( )

_Bhaewoo Lpn_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Daniel Strickland_ ___ Date of Request: _12/17/03_

ID # _201890_ ___ Date of Birth: _11/6/66_ Location: _Seg A-2_

Nature of problem or request: _I have some kind of rash on my side & on both my inner thighs. Also around my waist & on the back of my legs._

_Daniel Strickland_
_Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: _12/19/03_
Time: _10 50_ (AM) PM
Allergies: _NKA PCN_

```
┌─────────────────────────────┐
│          RECEIVED           │
│ Date: 12/18/03              │
│ Time: 3 pm                  │
│ Receiving Nurse Intials KC  │
└─────────────────────────────┘
```

**(S)ubjective:** _C/o rash ✓ 2 wks, not relieved c H.C. cream._

**(O)bjective:** _A&O x 3 wm skin w/o resp energy unlabored. Rash noted chest, beltline & b/l thighs._

**(A)ssessment:** _Alt, skin integrity_

**(P)lan:** _f/u c m.d. 12/22/03 HC cream PHS ✓ 3 day_

Refer to: (MD/PA) Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_A. Ewi_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

| NAME Strickland , Daniel | AIS# 201890 |
|---|---|
| DATE 10/3/0 1 | FACILITY Easterli |
| SIG. PPD RPR | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME Strickland Bruce Daniel | AIS# 201890 |
|---|---|
| DATE 10/24/00 | FACILITY Easterling |
| SIG. PPD | DISCONTINUE noted SBushen 10/24/00 0730 |
| | CONTINUE |
| | INCREASE |
| Physician Signature: v/o Dr. Darboure | SBushun — | DECREASE |

| NAME Strickland , Daniel | AIS# 201890 |
|---|---|
| DATE 1/4/00 1500 | FACILITY Easterling |
| SIG. Artucit 25my + tab TID = 30 | DISCONTINUE Noted Bunn 1/4/00 |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME Strickland David | AIS# 201890 |
|---|---|
| DATE 11-24-99 | FACILITY Easterly |
| SIG. PPD RPR essen UA | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: UDemmulate | DECREASE |

**NAPHCARE**
**NURSE'S NOTES**

| DATE | TIME | |
|------|------|---|
| 10/3/01 | 7:45AM | P- Periodic Health assessment Completed PPD administ. RPR drawn. ——— *smokingnone* |
| 9/25/02 | 8:30AM | P- Periodic Health assessment Completed. See Flowsheet - PPD administ ——— smknone ——— |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME- LAST | FIRST | MIDDLE | AIS# |
|------------|-------|--------|------|
| Strickland, Daniel | | | 201890 |

NC-006          NURSES NOTES

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _____ Date of Request: _____

ID #: _____ Date of Birth: _____ Housing Location: _____

Nature of problem or request: _____

_____

_____

_____

I consent to be treated by health staff for the condition described.

_____
### SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: " Still itching some, little rash "

Objective: BP 134/74 P 80 R 18 T 98 WT 215
W/M amb to HCU steady gaite A&Ox3
no Rash noted to trunk or extremities
c/o itching

Assessment:
alt'n comfort

Plan:
no tx indicated

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: ___Christie___ Title: _RN_ Date _2-9-00_ Time: 755p

CMS-7160 REV 3/93

Print Name: _Daniel Strickland_ . Date of Request: _9/30/06_

ID #: _201890_ Date of Birth: _11/06/66_ Housing Location: _8B 36_

Nature of problem or request: _Itching problem, all over body_
_don't know what it is. Can't stop the Itch._

I consent to be treated by health staff for the condition described. _Daniel Strickland_

_Daniel Strickland_

**SIGNATURE**

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HEALTH CARE DOCUMENTATION**

Subjective: " Itchy all over."

Objective: BP _124/74_ P _68_ R _18_ T _98_ WT _218_
Inmate has C/o red spotted rash over chest, in between fingers. Also on buttocks. C/o itchy. No drainage noted.

Assessment: Alt in Skin Integrity

Plan: Dial Soap 30cc Now.
Htc Cream Bid x 5 days. Dr. Daubarze/Shelby

Refer: ___ PA/Physician __/__ Mental Health ___ Dental

Sign: _R. Shelby_ ___ Title: _LV_ Date: _10/1/06_ Time: _10 pm_

CMS

**CORRECTIONAL MEDICAL SERVICES**

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name _Orchard Daniel_    I.D. # _201590_    Institution _ECSK/Inf5_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1/4/00 | | D) cut 190, 136/90, P72 R16 T916 114℃ | |
| 1/4/2000 | 1500 | S – Almost C/o dizziness, not dizzy now | |
| | | C – to defend | |
| | | X – Vertcgo | |
| | | P – Antivert 25 mg 1 Tab TID x 3d [signature] G MD | |
| 2/12/00 | 1900 | P – See F15, MD orders rec'd: | |
| | | ① T. Benadryl to 50 mg pb id x 10 days | |
| | | ② Solumedrol 120 mg IM now | |
| | | ③ Start in am: Prednisone 60 mg po q day x 2 days, then 50 mg po x 2 days, then 40 mg po x 2 days, then 30 mg po x 2 days, then 20 mg po x 2 days, then d/c | |
| | | ④ Albuterol nebulizer tx now & q6hrs x 24hrs | |
| | | ⑤ Hold for overnight observation d/c in am if stable. ⑥ Motrin 800 mg po tid x 3 days | |
| | | T.O. Dr. Danbonze/ D. Baker LPN/ [signature] N | |
| | | [signature] 02/14/2000 | |
| 2/19/00 | | See dental record: Advil 200 mg tri AM x 7 days | |

CORRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: _Strickland Daniel_     I.D. #: _201 8905_     Institution: _Easterling_

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 8/3/99 | 10:00 am | O. Inmate to Hcu for Intrasystem Transfer Assessment | |
| | | A. Knowledge deficit | |
| | | P. Health Care Access given. Rec'd a Easterling Stkam | |
| 11-24-99 | | S - I'm Fine | |
| | | O. on F. Apy - CO see to back of | |
| | | heel. Redness to Skin. broken area noted. No drainage | |
| | | A / No other concern found | |
| | | P. Apy done. PPD test given. Right back | |
| | | of heel scraped ———————— Stkam k | |
| 2/12/00 | 1900 | P - See FB, no MD order. ————— Thomas N | |
| 2/12/00 | 1925 | P - Signed waiver, see waiver ———— Thomas a | |
| 10/24/00 | — | S - "Will decline" | |
| | | O - Wm declines optional APY | |
| | | A - Health maintenance | |
| | | P - Declination explained + signed | |
| | | PPD given ———————— S Bush LPN | |

## INTRASYSTEM TRANSFER FORM

**HEALTH STATUS**

Transferring Facility: _Jcc_

Name: _Strickland, Daniel_
Number: _2018905_    Race: B (W) H Other
Age: _33_  Date of Birth: _11/16/66_  Sex (M) F

Date: _8/3/99_
Time: _1230_ AM PM
Allergies: _PCN_    Food Handler Approved: Y / N

Current Acute Conditions/Problems: _N/A_
Chronic Conditions/Problems: ___

Current Medications - Name, Dosage, Frequency, Duration:
Acute Short-term Medications: _N/A_
Chronic Long-term Medications: ___
Chronic Psychotropic Medications: _N/A_

Current Treatments: ___
Follow-up Care Needed: ___

Last PPD: _12/28/98_ Results _0_ mms    Last Physical: _12/28/98_
Chronic Clinics: _N/A_    Specialty Referrals: ___

Significant Medical History: _N/A_

Physical Disabilities/Limitations: _N/A_
Assistive Devices/Prosthetics: ___   Glasses: _N/A_  Contacts _N_

Mental Health History/Concerns:
Substance Abuse: (Y) N    Alcohol: (Y) N    Drugs: (Y) N
Hx Suicide Attempt: Date: _/_/_
_N/A_ Hx Psychotropic Medication
Previous Psychiatric Hospitalizations

_C. Janay RN_  _8/3/99_
Signature and Title    Date

**TRANSFER RECEPTION SCREENING**
Date: _8/3/99_  Time: _1100_ AM PM
S: Current Complaint: _None_

Current Medications/Treatment: _None Noted_

O: Physical Appearance/Behavior: _WNL_

Deformities: Acute/Chronic: _None Noted (@ testicle Removed)_
P _76_ R _18_ B/P _130/78_
A: _Knowledge deficit_

Receiving Facility: _Easterling_

P: Disposition: (Instructions: Check or circle as appropriate)
✓ Routine, Sick Call
_ Instructions Given
_ Emergency Referral
_ HIV/TB Instruction Given
_ Physician Referral
_ Urgent / Routine
_ Medication Evaluation
_ Work/Program Limitation
_ Special Housing
_ Specialty Referrals
_ Chronic Clinics
_ Mental Health
_ OTHER
_ Infirmary Placement

Other: ___

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _Strickland, Daniel_ | AIS# _201890-S_ |
|---|---|
| DATE _11/9/97_ | FACILITY _Easterly_ |
| SIG. _Thyrogen 600mg tid X 3 days_ | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _Strickland Daniel_ | AIS# _20/890_ |
|---|---|
| DATE _2-9-99_ | FACILITY _ICU_ |
| SIG. _Motren 600 #9 1Mx 5 do_ | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

**CORRECTIONAL MEDICAL SERVICES**

## INTERDISCIPLINARY PROGRESS NOTES

Patient
Name _Strickland, Daniel_          I.D. # _201880_          Institution _FCC_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/1/99 | | 1/15 — 110/80        1/17 — 126/88 | |
| | | BP's OK | |
| | | Noted Proxdin 2-1-99 | Dr. Ackerman MD Fountain Health Unit |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## INTRASYSTEM TRANSFER FORM

### HEALTH STATUS

Transferring Facility: _Kilby_

Date: _1/11/99_
Time: _6:10_ AM (PM)
Allergies: _PCN_

Name: _Strickland    Daniel_
Number: _231896.3_    Race: B (W) H Other
Age: _____    Date of Birth: _1/6/68_    Sex: (M) F

Food Handler Approved: Y / N

Current Acute Conditions/Problems: _Dental Problems_
Chronic Conditions/ Problems: _∅_

Current Medications - Name, Dosage, Frequency, Duration:
Acute Short-term Medications: _∅_

Chronic Long-term Medications: _∅_

Chronic Psychotropic Medications: _∅_

Current Treatments: _∅_
Follow-up Care Needed: _Dental_

Last PPD: _12-28-98_ Results _∅_ mms    Last Physical: _12/28/98_
Chronic Clinics: _∅_    Specialty Referrals: _∅_

Significant Medical History: _(L) testicle removed '85'?, HIV & RPR drawn_
_12-28-98_
Physical Disabilities/Limitations: _∅_
Assistive Devices/Prosthetics: _∅_    Glasses: _∅_    Contacts: _∅_
Mental Health History/Concerns:
Substance Abuse: Y / N    Alcohol: (Y) / N    Drugs: (Y) / N
_____ Hx Suicide Attempt: Date: ___/___/___
_____ Hx Psychotropic Medication
_____ Previous Psychiatric Hospitalizations

Signature and Title _R. McRae_ Date: _1/11/99_

### TRANSFER RECEPTION SCREENING

Date: _1/14/99_ Time: _11 40_ (AM) PM
S: Current Complaint: _None_

Current Medications/Treatment: _none_

O: Physical Appearance/Behavior: _quiet_
_Cooperative. Healthy education_
_Steps etc. Give pkg of S/P_

Deformities: Acute/Chronic: _none_

T _98°_ P _84_ R _30_ B/P _130/100_
A:

_+ Allergic to PCN_

Receiving Facility: _Fac / Pop_

P: Disposition: (Instructions: Check or circle as appropriate)
_____ Routine, Sick Call
_____ Instructions Given
_____ Emergency Referral
_____ HIV/TB Instruction Given
_____ Physician Referral:
_____ Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

_wt_
_194_

_Verbal &_
_Written instruction_
_S/P, demonstrate_
_understanding_

Other: _____

Signature and Title _Robinson_

CMS 7190



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Strickland Daniel | D.O.B.: 11 16 166 |
|---|---|---|

8-2-04  wt 215    T 99         P 92       R 20
7:25     BP 130/84    C/o lower back pain   Allergic PCN
37 wm for SC Reports carring heavy load and tripped
going up stairs x 2 week ago reports Back pain
started 48° p strain, reports pain in lower back and
runs down back of R leg. taking Ibuprophen from
canteen 5 relief.

O   37 wm ambulates slowly, NAD A+0x3
         HEENT WNL
         COR RRR murmur lungs cta
         Musculoskeletal spine no deformity noted
                tender to palp in lower back
                ↓ FROM due to pain

A   L B Pain

P   flexeril 10mg po NDX 5 days
    Motrin 200mg ĪĪĪĪ BID X 5 days
    moist warm heat to LB area
    lay in x 2 days
    avoid lifting >10# X 2 weeks

E   safety,                            Haley RN

60111 (5/85)                    mplete Both Sides Before Using Another S'   t

| Date/Time | Inmate's Name: | Strickland, Daniel 201890 | D.O.B.: 11 / 06 / 66 |

2/23 7:45  weight 238 lbs, T 97.6, P, 78  B/P 125/83

S/C   Chief complaint: rash in the inner thighs
early and itching + the inner thigh, x 1 week
after working on some old furniture.

0- NAD, VSS

skin: scaly, mildly erythematous, rash over the
medial/distal aspect of the R and L thigh.
no papules, no pustules.

Contact Dermatitis.

Plan: - Kenalog oint biw
        - Benadryl 50 y qhs
        - keep skin dry/clean - avoid exposure to
known allergen.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Third    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Second    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Strickland Daniel <br> 201840 <br> D.O.B. 1/16/66 <br> ALLERGIES: PCN | DIAGNOSIS Contact Dermatitis <br> Kenalog ont BID X 14 days top <br> Benadryl 50 mg Po Q HS X 7 days |
| Use First    Date  2/23/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PHYSICIANS' ORDERS**

---

NAME: Strickland, Daniel
201890
D.O.B. 11/16/66
ALLERGIES: PCN
Noted 2/20/07 6:15PM
Use Last    Date 2/20/07

DIAGNOSIS (If Chg'd)
Mycolog oint apply BID x 2 weeks
Benadryl 25mg PO q HS x 3 days
v/o Dr Darbouze / cwamlees RN
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Strickland Daniel
#201890
D.O.B. 11/6/66
ALLERGIES: PCN
Use Fourth   Date 5/29/06

DIAGNOSIS (If Chg'd)
PPD
v/o Dr Darbouze/PMh
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Strickland Daniel
#201890
D.O.B. 11/6/66
ALLERGIES: PCN
Noted 11/26/04
Use Third   Date 11/26/04

DIAGNOSIS (If Chg'd)
PPD
BPR
DPT
v/o Dr Darbouze / SBushra
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Strickland Daniel
201890
D.O.B. 11/6/66
ALLERGIES: PCN
8-2-04
Use Second   Date 8/2/04

DIAGNOSIS (If Chg'd)
L Back Pain
- Flexeril 10 mg i po TID x 5 days
- Motrin 200mg iii BID x 5 days
- Moist heat to LB - Lay in x 2 days
- no heavy lifting >10# x 2 weeks
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Strickland Daniel
201890
D.O.B. 11/6/66
ALLERGIES: PCN
Use First   Date 12/19/03

DIAGNOSIS
HC cream (+) x 3 days
v/o Dr Darbouze/ t Cure
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY
60110 (4/03)

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

| PATIENT | STRICKLAND, DANIEL | | DATE | 2/13/2006 |
|---|---|---|---|---|
| NUMBER | 201890 | EST | INSTITUTION | EASTERLING CORRECTIONAL |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | -1.00 | 0.00 | 0 | 0 | |
| OS | -1.25 | 0.00 | 0 | 0 | |

| | ADD | HEIGHT | DIST PD | NEAR PD | |
|---|---|---|---|---|---|
| OD | 0.00 | 0 | 63 | 0 | |
| OS | 0.00 | 0 | 0 | 0 | |

LENS COLOR/COATINGS          Clear

| FRAME | NICK | STYLE | | FRAME COLOR | |
|---|---|---|---|---|---|
| EYE SIZ | 52 | DROP BALL | | FINAL INSPECTION | |

...LIANCE FORM

201890
(Doc#)

| | |
|---|---|
| LENSES: | $4.95 |
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $9.79 |

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.

- If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

_____ (Witness)          2/21/06 (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Strickland, Daniel | 201890 | | W/M | East |

PHS-MD-70005          (White – Medical File, Yellow – Security Property Officer)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, ___Daniel Strickland___ ___78121___ ___201890___
   (Print Name)                                                       (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )    Splint

(✗)    Eyeglasses

(   )    Dentures

(   )    Prothesis      describe _____

(   )    Wheelchair

(   )    Cane

(   )    Crutches

(   )    Other         describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

___Daniel Strickland___                 ___2/20/06___
(Inmate)                                            (Date)

_____        ___2/21/06___
(Witness)                                            (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Strickland, Daniel | 201890 | | W/A | East |

PHS-MD-70005           (White – Medical File, Yellow – Security Property Officer)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: _11/26/04_

To: _DOC_

From: _NCU_

Inmate Name: _Strickland Daniel_    ID#: _201890_

**The following action is recommended for medical reasons:**

1.    House in _____

2.    Medical Isolation _____

3.    Work restrictions _____

4.    May have extra _____ until _____

5.    Other _____

**Comments:**    _Return on 11/28/04 @_

_630m for PPD reading_

_____

_____

Date: _11/26/04_  MD Signature: _Darboure /SB_    Time: _7¹°_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _8/2/04_

**To:** _DOC_

**From:** _HCU_

**Inmate Name:** _Strickland, Daniel_  **ID#:** _201890_

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _lay in X 2 days_   _8-2-04 thru 8-4-04_

4. May have extra _____ until _____

5. Other _____

**Comments:**

_Moist heat to LB_

_no heavy lifting > 10lbs X 2 weeks_

_8/2/04 thru 8/16/04_

_Daniel Strickland  201890_

**Date:** _8/2/04_  **MD Signature:** _Floyd Mobley_  **Time:** _10⁴⁰_

60418

# SEGREGATION MEDICAL DOCUMENTATION FORM

NC 072

Name: Strickland Daniel   AIS 208980   DOB: ___   UNIT: ___   YEAR 2003

KEY:
M – MEDICAL
D – DENTAL
P—PSYCHIATRIC
N/C-NO COMPLAINTS

NURSES SIGN AND INITIAL

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 12/17/03 | TIME 1 00 AM (PM) | ORIGINATING FACILITY Eosterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES PCN | Wt 222 | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 99.6 ORAL/RECTAL | RESP. 20 | PULSE 84 | B/P 120/70 | RECHECK IF SYSTOLIC <100> 50 ___/___ |

NATURE OF INJURY OR ILLNESS

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ___ SUTURES |

S- "I'm here for a bodychart"

O- W/M to HCU. Escorted
by officer McKinnes.
Alert et Oriented x 3. Skin
warm et dry to touch.
Resp even et unlabored.
No injuries noted.
Denies any injuries.
C/O Skin rash. Red rash
area noted to (L) side of

PHYSICAL EXAMINATION
Abdomen. Advised to sign
up for sick call. Verbalized
understanding.
A- Gt DOC bodychart
P- Release to DOC

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

DIAGNOSIS

INSTRUCTIONS TO PATIENT
as above

| DISCHARGE DATE 12/17/03 | TIME 1 05 (AM) PM | RELEASE / TRANSFERRED TO X DOC ☒ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE Scottyrn | DATE 12/17/03 | PHYSICIAN'S SIGNATURE CCollymon | DATE 12/17/03 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Strickland Daniel | DOC# 201890 | DOB 11-6-66 | R/S W/M | FAC. East |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_Easterling_
**INSTITUTION**

_Strickland Daniel_          _201890_   _W/M_
**NAME**                      **NUMBER**   **R/S**

Lay-in for _____ days from _____ to

(date)

_____ **due to** _____

(date)

_____

_____

_____

**Instructions:** _Report to Heu @ 6:30 Am_
_on 10/18/03 to have PPD Read._

_____

_____

*Failure to follow the directions above may result in a disciplinary.*

_10/16/03_                    _Dr Darby_
**Date Issued**               **Signature**

                    x   _Daniel Strickland_

F-53

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

_Easterling_

INSTITUTION

Strickland, Daniel        20890      W/m
NAME                        NUMBER     R/S

Lay-in for _____ days from _____ to
                                    (date)

_____ due to _____
(date)

PPD to be Read

on (Fri) 9/27/02

@ 6:30 A.m for PPD Reading

Instructions:

_Failure to follow the directions above may result in a disciplinary._

9/25/02                V senior Barbara Walton
Date Issued            Signature

                       Daniel Strickland/201890

F-53

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _N/S_ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY _Easterling_ | ☐ EMERGENCY |
|---|---|---|---|
| 12/26/2001 | AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ OTHER |

ALLERGIES _PCN_ _Wt 225_

**CONDITION ON ADMISSION**
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _96.9_ (ORAL / RECTAL) RESP. _18_ PULSE _82_ B/P _120/90_
RECHECK IF SYSTOLIC < 100 > 50
O Sats 98%

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS:
"St d felt fell off of the top
rack + think all of my
toes is broke."

C/O/W/m ambo to HCU + steady
gait. Skin w/Dr to touch
Resp. even + unlabored

PHYSICAL EXAMINATION:
@ all toes on left foot
noted to have skin broken
at discoloration

Assault in skin integrity/comfort



ORDERS, MEDICATION, etc.
P+ X-Ray @ foot hold in infirmary until
seen by MD King

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 12/26/01 | AM PM | ☐ DOC ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| | | | 12/27/01 | |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|
| Strickland Daniel | 35 | 11/16/66 | | |

NC 041    ORIGINAL · MEDICAL RECORD, YELLOW · TRANSFER AGENT

NaphCare

# Release of Responsibility

Daniel Strickland

Name of Inmate

Date    12/26/01

w/201890    11/6/66

nmate ID Number/Date of Birth

hereby refuse to accept the following treatment / recommendations:

Refused to Stay & See M.D.

acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) nd the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees nd agents from all responsibility and ill effect which may result from this action.

Daniel Strickland

mate Signature

Jonathan LL, COI

Witness

12/26/01    12/26/01

ate / Time

ie aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign is form.

X. Ewis    M.D.

itness

Date / Time

tness

ease of Responsibility

NC025

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

*Easterling*

INSTITUTION

Strickland, Daniel                    20l890  WM
        NAME                          NUMBER  R/S

Lay-in for ____ days from _____ to ____
                              (date)

_____ due to ____
        (date)

Return to HCU on
10-05-01 (Friday) at
6:30 A.M. for P.P.D Reading.

Instructions: _____

_____

_____

*Failure to follow the directions above may result in a disciplinary.*

10/3/01                    J. McKinnon LP
Date Issued                Signature

                           *Daniel Strickland*

F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

E CF

**INSTITUTION**

Strickland, Daniel    201890  W/M
NAME                  NUMBER   R/S

**Lay-In for** 2 **days from** 12-19-00 **to**
                                    (date)

12-21-00    **due to** AN Extraction,
(date)

_____

_____

**Instructions:** Bed Rest x 48hrs. He MAY have

SALT for the Kitchen for ORAl Rinses

twice daily x 7 dAys.

_____

*Failure to follow the directions above may result in a disciplinary.*

12-19-00
**Date Issued**          **Signature**

**F-53**

## HEALTH CARE UNIT
### PATIENT INFORMATION SLIP

Easterling

**INSTITUTION**

Strickland   Daniel            201890   w/m
      NAME             NUMBER   R/S

Lay-in for _____ days from _____ to _____

(date)

due to _____

(date)

Instructions: Return on 10/26/00
at 6:30Am for PPD
reading

*Failure to follow the directions above may result in a disciplinary.*

10/24/00
Date Issued

SBushPN
Signature

✗ Daniel Strickland

F-53

# EPARTMENT OF CORREC ONS

## EMERGENCY/_____ _____ TREATMENT RECORD
### (OTHER)

| DATE 10/3/00 | TIME 3⁰⁰ AM/PM | FACILITY _Easterling_ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|
| | | ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ _____ | |

ALLERGIES PCN

**CONDITION ON ADMISSION**  ☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

wt 218#

VITAL SIGNS: TEMP _98.0_ ORAL/RECTAL   RESP. _18_   PULSE _88_   B/P __/__   RECHECK IF SYSTOLIC ____ <100 > 50

| NATURE OF INJURY OR ILLNESS |  | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|---|
| S: "Rash" | | | | | | |

PHYSICAL EXAMINATION

O: Wlm amt. to Hall c steady gait. A&O×3. Generalized bumpy rash noted to neck, chest, axilla areas, arms, + buttocks, c axillae + knees. No ulcers in skin. S/S infection noted.



ORDERS, MEDICATION, etc.

A. Alt. skin integrity

P. Benadryl 2oz given c instruction on use given.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 10/3 | TIME 10 14 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE _____ RN | DATE 10/3/00 | PHYSICIAN'S SIGNATURE _____ | DATE 10/4/00 | CONSULTATION |

PATIENT'S NAME (LAST, FIRST, MIDDLE) Strickland, Daniel

| AGE 33 | DATE OF BIRTH 11/6/66 | R/S W/m | AIS # 201890 |
|---|---|---|---|

F-15

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

DEPARTMENT OF CORRECTIONS
EMERGENCY/_____NS_____ TREATMENT RECORD
(OTHER)

| DATE 2-11-00 | TIME 1214 ☐AM ☑PM | FACILITY Elastering ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

ALLERGIES PCN

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.6 (ORAL) RECTAL    RESP 18    PULSE 76    B/P 120/70    RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|---|

S- "I think something
Bite me"

PHYSICAL EXAMINATION

O- W/m over c swelling
noted to R side of face
under jaw area. Redness
noted to center of boil
No drainage noted. C/o
tenderness + itching.

ORDERS, MEDICATION, etc.

A- Alt. in comfort

P- Doxycycline 100mg po bid x 10d.
Benadryl 50mg- now
Benadryl 50mg ghs x 5d.        } noted
                                 Sbushien

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 2-11-00 | TIME 1235 ☐AM ☑PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Sbushien | DATE 2/11 | PHYSICIAN'S SIGNATURE | DATE 03/19/2006 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Strickland Daniel | AGE 38 | DATE OF BIRTH 11/6/66 | R/S W/m | AIS # 201890-S |
|---|---|---|---|---|

F-15                    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _____N/S_____ TREATMENT RECORD
(OTHER)

| DATE 2/12/00 | TIME 1900 AM PM | FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

| ALLERGIES PCN | Wt. | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 9 97 (ORAL) RECTAL   RESP. 20   PULSE 104   B/P 130/78   RECHECK IF SYSTOLIC <100 > 50
Wt - 2/2/65

| NATURE OF INJURY OR ILLNESS | | ABRASION/# | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|---|

S" "The redness from this place on my neck is going in toda my neck into my chest & throat feels tight when I swallow started about 1-2:00 today. Came over- t saw MD yesterday because I thought something bit me. Had fever & chills last night."

O - 33 y/o WM A+O X 3, skin pink, warm & dry,

### PHYSICAL EXAMINATION
resp regular & unlabored, steady gait, no distress noted. Pt. voices above subjective complaint. Raised reddish-pink dime sized area ē pencil point sized brownish head in the middle, noted under (R) lower jaw. Area has approximate half-dollar sized swelling noted surrounding it ē redness radiating in a V-shape from jaw to throat area to top of sternal area, area is hot to touch, ē tenderness to palpation. Pt. had body

### ORDERS, MEDICATION, etc.
chart yesterday and saw MD, was placed on Benadryl & Doxycycline. Pt. ē throat feeling tight when swallowing, denies any difficulty breathing or SOB. Chest clear to auscultation, no swelling noted in pharynx, No other symptoms noted. A- Alteration in comfort P- Dr. Danbouze notified of above via phone per P. Baker LPN, orders rec'd (1) ↑ Benadryl 50 mg po bid (2) Solumedrol 120 mg po emg IM Now (3) start in am' Prednisone 60 mg po q day x 2 days, then 50 mg po x 2 days, then 40 mg po x 2 days, then 30 mg po x 2 days, then 20 mg po x 2 days. (4) Albuterol nebulizer tx now ē bhrs x 24 hrs (5) Hold for overnight

### DIAGNOSIS
observation. (6) Motrin 800 mg po tid x 3 days. Solumedrol 120 mg IM given in (R) VG. Albuterol tx given, no resp. difficulty noted. 7 pm - states "I want to sign waiver." Advised

### INSTRUCTIONS TO PATIENT
of risks of leaving AMA, voiced understanding, signed waiver. Pink slip given for albuterol tx & instructed to RTC prn voiced understanding. Left ambulating

| RELEASE/TRANSFER DATE signed waiver 2/12/00 | TIME 1925 AM PM | RELEASE/TRANSFERRED TO ☐ DOC signed waiver ☐ AMBULANCE | CONDITION ON DISCHARGE steady gait ☑ SATISFACTORY ☐ POOR no distress. ☐ FAIR ☐ CRITICAL signed waiver. |
|---|---|---|---|

| NURSE'S SIGNATURE P Baumer RN 2/12/00 | DATE | PHYSICIAN'S SIGNATURE [signature] 02/17/00 | DATE | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Strickland, Daniel | AGE 33 | DATE OF BIRTH 11/06/66 | R/S w/m | AIS # 211890-5 |
|---|---|---|---|---|

F-15                    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

HEALTH CARE UNIT

PATIENT INFORMATION SLIP

*Easterling*

**INSTITUTION**

Strickland, Daniel    201290    w/m

**NAME**                 **NUMBER**    **R/S**

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

Report to HCU @ following times
for breathing treatment.

2/13/00  4:30 am ——— 12:30 pm ———

**Instructions:** 6:30 pm ——— 12:30 am ———

No shaving to (R)side of chin + neck.
                                    x 10 days

Failure to follow the directions above may result in a disciplinary.

2/12/00                        VO Dr Dauberger /
**Date Issued**                OBedecin
                               **Signature**

F-53                           X  Daniel Strickland

# RELEASE FROM LIABILITY

DATE _8/12/00_

TIME _700_ am/**pm**

This is to certify that I, _Daniel Strickland_

AIS# _201890_ , of the _Easterling_

Facility _refuse to stay in infirmary for_

_overnight observation per MD order._

against the advice of the attending physician and the administration.  I acknowledge that I have been informed of the risk involved and hereby release the attending physician, Correctional Medical Services, officers, and employees and agents from any liability or responsibility for any injury or damage which I may suffer because of this decision.

_Baker_
**Witness**

X _Daniel Strickland_
**Signature of Inmate**

_Ugn_
**Title**

_2/12/00_
**Date**

_Brunich_
**Second Witness**

# DEPARTMENT OF CORRECTIONS

## EMERGENCY / _____ TREATMENT RECORD
(OTHER)

| DATE 1-4-00 | TIME 12:25 ☑AM ☐PM | FACILITY Eastwin ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ____ | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

| ALLERGIES PCN Wt. 196 | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 97.6 ORAL RECTAL  RESP. 16  PULSE 72  B/P 130/90  RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS:
c/o being dizzy all morning,
the room spinning. This
started this morning

PHYSICAL EXAMINATION:
AOx3 Wm skin WD Resp
even & unlabored. No N/V.
no s/s cold. Bil ear canal
clear of s/s infection.
Escorted our per w/c. Dizziness
noted c change of position from
supine to sitting. Spells last
appx 2 mins. No pain at present
Bil ear drums intact.

ORDERS, MEDICATION, etc.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 1 4 00 | TIME 12:45 ☐AM ☑PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE X TD sell mate | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE X Ewin RN | DATE | PHYSICIAN'S SIGNATURE | DATE 1/4/2000 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Strickland Daniel | AGE 33 | DATE OF BIRTH 11/6/66 | R/S w/m | AIS # 201898 |
|---|---|---|---|---|

HEALTH CARE UNIT

## PATIENT INFORMATION SLIP

INSTITUTION

Strickland   Daniel

**NAME**   Dave

2490   1/4

**NUMBER**   **R/S**

~~Lay-in for~~ _____ **days from** _____ to
_____ **(date)**

_____ **due to** _____
**(date)**

TO NCU 1-26-99 0630

For PPO Results Friday

_____

**Instructions:** _____

_____

_____

_____

_____

_Failure to follow the directions above may result in a disciplinary._

11-24-99

**Date Issued**

**Signature**

Daniel Strickland

F-53

| DATE | TIME | FACILITY _FCC_ | | ☐ EMERGENCY |
|---|---|---|---|---|
| 8-1-99 | 5:50 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | | ☐ OTHER |

ALLERGIES _PCN_

**CONDITION ON ADMISSION**
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _____ ORAL RECTAL    RESP. _18_    PULSE _96_  B/P _142/84_   RECHECK IF SYSTOLIC < 100 > 50
_190_

**NATURE OF INJURY OR ILLNESS**

"Dude punched me in the jaw then
I hit him back "nuckles hurt"
I blocked the hits with my hands but
one hit got me on the forehead"

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z| Z | | LACERATION/ SUTURES |



~1-2 cm Bruise
Bruise

**PHYSICAL EXAMINATION**

O - Orient x 3, denies
vision problem (l) Large
bruise, Round red hematoma
critical (l) center front
skull, red bump on chin

**ORDERS, MEDICATION, etc.**

A - out comfort
P - Sa to forehead, L eye & chin
educate if N/V or blurred vision return HCU

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE | TIME AM PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ _____ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☑ FAIR ☐ POOR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE 8/1/99 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | | AGE 32 | DATE OF BIRTH 11-6-16 | R/S WM | AIS # 221892 |

**MEDICAL RECORD REVIEW:**
Past history of hepatitis?                                         YES _____    NO _____
TB test current?                                                  YES ✓        NO _____
TB test negative?                                                 YES ✓        NO _____
If history of positive TB test, verified
Completion of treatment?                                          YES _____    NO _____

**PHYSICAL ASSESSMENT:**
Open sores or rashes on hands, arms face and neck:                YES _____    NO ✓
Has diarrhea:                                                     YES _____    NO ✓
Has a cough                                                       YES _____    NO ✓
Lungs clear to auscultation:                                      YES ✓        NO _____
Signs and symptoms of other contagious diseases:                 YES _____    NO ✓

Specify: _____

This inmate's medical record has been reviewed and he has been examined:
   ✓   He IS medically cleared for duty as a food service worker

_____   He IS NOT medically cleared for duty as a food service worker

SIGNATURE _____        DATE 8/3/99

---

## FOOD SERVICE WORKER GUIDELINES

**HAIRNETS:** Put hairnets on before washing hands. Be sure to include all hair especially bangs on the front of head. Do not touch hair when handling food.

**HANDWASHING:** Turn water on. Wet hands. Lather hands with soap. Scrub for at least 30 seconds. Rinse off bar of soap. Replace in soap dish. Rinse hands. Dry hands with paper towel and use paper towel to turn off faucet.

**SICKNESS:** Tell the kitchen officer if you feel ill, or if you have diarrhea or a rash.

I have received education on hand washing and personal hygiene, and I understand the need for both, especially when handling food on the kitchen detail.

INMATE SIGNATURE _____        DATE 8/3/99

NURSE SIGNATUE _____        DATE 8/3/99

NAME _____    AIS# 201890    LOCATION _____

# CORRECTIONAL MEDICAL SYSTEMS
## ALABAMA _Fountain_ (UNIT) WRITTEN COUNSELING

Inmate Name _Strickland, Daniel_

ID Number _20 18 90-5_     Housing Unit _Fountain_

Date _2/18/99_

This letter is to inform you that you have not been compliant with your medications that our physician has ordered for you. It is imperative for your health that you take this medication, and he has ordered the following medication for you:

_Motrin 600 mg_

It is prescribed for the following times: _T.I.D._

*Reason Stated it just didn't burst anymore*

_N Johnson rn_
**Nurse's Signature**

_Daniel Strickland 201890_
**Inmate's Signature**

_2/18/99_
**Date**

_2/18/99_
**Date**

**Witness if refuses to sign**

NAME: Strickland Daniel    I.D. Number 207890

INSTRUCTIONS: BP x 3 day

| E | TIME | BP | ARM | NURSE | DATE | TIME | BP | ARM | N |
|---|------|-----|-----|-------|------|------|-----|-----|---|
| 1/15/99 | 0735 | L-110/80 | R 110/74 P=80 | M. Cedas RN | | | | | |
| 1/16/99 | | " | | | | | | | |
| 1/17/99 | 1030 | 124/80 110/88 | p.80 | O Sedie | Mouton 1/17/99 | | | | |
| | | | | | Dr. Abraham Mouton, M.D. Fountain Health Unit | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# RECEIVING SCREENING FORM

INMATE'S NAME: _Strickland Daniel_ DATE _1-12-99_ TIME _____

DOB _11-6-66_ OFFICER _J. Freeman_ INSTITUTION: <u>FOUNTAIN</u>

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | _____ |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | _____ | _____ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | _____ | _____ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | _____ | _____ |
| Is the skin in poor condition or show signs of vermin or rashes? | _____ | _____ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | _____ | _____ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | _____ | _____ |
| Is the inmate making any verbal threats to staff or other inmates? | _____ | _____ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | _____ | ✓ |
| Does the inmate have any obvious physical handicaps? | _____ | ✓ |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures? _✓_ _____

This inmate was    _✓_ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit

_James Freeman cct_
**Officer's Signature**

**This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.**

# CORRECTIONAL MEDICAL SERVICES
## CONSENT TO TREATMENT FORM

_Strickland, Daniel_

_____
Name of Inmate

_122898_

_____
Date

_201890_

_____
Inmate ID Number / Date of Birth

I hereby give my consent to Correctional Medical Services, its employees and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications or other procedures recommended by the physician.

I am aware the practice of medicine is not an exact science and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by Correctional Medical Services.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above and release Correctional Medical Services, its employees and agents from any and all liability which may arise from this action.

_____
Inmate Signature

_12-28-98_

_____
Date

_____
Witness

_____
Witness

cms/01

# CMS
## CORRECTIONAL
## MEDICAL SERVICES

## WHAT YOU NEED TO KNOW ABOUT TETANUS

Tetanus, sometimes called lockjaw, is a very serious disease that can occur after a cut or wound lets the germ into the body. Tetanus makes a person unable to open his or her mouth or swallow, and causes serious muscle spasms. People with tetanus usually have to stay in the hospital for along time. In the United States, tetanus kills 3 out of every 10 people who get the disease. Since 1975, only 50 to 90 cases of tetanus have been reported each year.

Tetanus vaccines cause few problems. They may cause mild fever or soreness, swelling, and redness where the shot was given. These problems usually last for 1 to 2 days.

There is a rare chance that other serious problems or even death could occur after getting Tetanus. Such problems could happen after taking any medicine or after receiving any vaccine.

I have read the above information regarding Tetanus injections and understand about possible side effects.

_Darrel Strickland_
Inmate Signature/AIS#

Date   12-28-98

Witness   Connaught

Manufacturer   0953220

Lot#   _Rita Bryant LPN_
Administered By

# RECEIVING SCREENING FORM

**INMATE'S NAME:** _Strickland Daniel_  **DATE:** _12 23 98_  **TIME:** _8:10 Am_

**DOB:** _11-6-66_  **OFFICER:** **A. Gibson**  **INSTITUTION:** **KILBY**

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| Does the inmate have any obvious physical handicaps? | | ✓ |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was _____✓_____ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_Anthony J. Gibson_
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: _____ AIS #: _____ R/S _____

Date: _____ / _____ / _____ DOB: _____ / _____ / _____ AGE: _____

Beta II _____ WAIS _____ / _____ / _____ WRAT-RL _____ Last School Grade Completed _____

MMPI Welsh _____ Megargee _____
Code                               Type

### General Appearance

_____ a. Neat and generally appropriate       _____ c. Flat or avoiding interaction

_____ b. Poorly groomed       _____ d. Sad or worried

_____ e. Other _____

_____

_____

I.    Interpersonal Functioning

      _____ a. Normal-good relationships likely       _____ d. Lacks skill or confidence

      _____ b. Withdrawn / apparent loner       _____ e. Probably difficult to get along with

      _____ c. Likely to ignore rights / needs       *Other (Specify) _____ 1. _____ 2.

_____ 3. _____ 4. _____ 5. _____ 6. (See Copy) _____ _____

_____

_____

II.    Personality

      _____ a. Healthy       _____ d. Explosive

      _____ b. Antisocial       _____ e. Dependent

      _____ c. Paranoid       _____ f. Passive-Aggressive

      Other (Specify): _____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

      _____ 5. Borderline _____ 6. Avoidant _____ 7. Compulsive _____ 8. Atypical/mixed

      _____ 9. See Copy (Write in your wording) _____

_____

_____

III.    Substance Abuse

      _____ a. Alcohol addiction / abuse history _____

_____

_____

      _____ b. Drug addiction / abuse history _____

_____

_____

_____

N-259 (None)

*See manual for selections and numbers for "other"

Psychological Interview / Data Entry Form
Page Two

_____ c. Current use _____
_____
_____
_____

_____ d. Current addiction _____
_____
_____
_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.
_____ 9. (See Copy) _____
_____

IV.  Emotional Status
_____ a. No significant problems
_____ b. Depressed _____
_____

_____ c. Anxious or stressful _____
_____

_____ d. Angry or resentful _____
_____

_____ e. Confusion or psychotic symptoms _____
_____
_____

_____ f. Mood disturbances _____
_____

_____ g. Sexual maladjustment _____
_____

_____ h. Paranoid ideation _____
_____

_____ i. Sleep / appetite disorder _____
_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.
_____ 9. (See Copy) _____
_____
_____

V.  Mental Deficiency
_____ a. Mild                          _____ d. Borderline
_____ b. Moderate                      _____ e. Organic impairment
                                                    suspected
_____ c. Severe                        _____ f. Memory deficit
Remarks: _____
_____
_____

*See manual for selections and numbers for "*other"

Psychological Interview / Data Entry Form
Page Three

VI.   Management Problems          Ideation _____

_____ a. Suicide potential      Plans _____

                                  History of attempts / gestures _____

        _____

_____ b. Serious mental history (specify) _____ __

        _____

_____ c. Impulsive / acting-out behaviors predicted _____

        _____

_____ d. Authority conflict _____

        _____

_____ e. Manipulative / untrustworthy _____

        _____

_____ f. Easily victimized _____

        _____

_____ g. Escape potential _____

        _____

_____ h. Assaultiveness _____

        _____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____ 9. (See Copy)

        _____
        _____

VII.  Educational Needs

      ____ a.  ABE          ____ b.  Special Education        ____ c.  Trade School        ____ d.  Jr. College

VIII. Mental Health Needs                          Date referred  Month _____ Year _____

      ____ A. Refer to psychiatric service   ____ C. Depression          ____ K. Personal Development

      ____ B. Substance abuse counseling     ____ E. Sexual adjustment

      ____ D. Stress management              ____ G. Anger induced acting out

      ____ F. Reality therapy                ____ I. Self-concept enhancement

      ____ H. Values clarification           ____ J. Healthy use of leisure

      RECOMMENDATIONS / REMARKS: _____

      _____
      _____
      _____
      _____

      _____                    _____
              Signature                                          Date

*See manual (pages 23-25) for selections for "other"  Give number and wording of selection.

***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

-- CLIENT INFORMATION --

Client      : Strickland, Daniel              Age            : 32

Sex         : Male                            Marital Status :

Education   :                                 Date of Birth  : 11/06/66

File Name   : 201890

Prepared for: DEPARTMENT OF CORRECTIONS on 12/30/98

------------------------------

          The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated.  No decisions should be based solely
on the information contained in this report.  This material
should be integrated with all other sources of information in
reaching professional decisions about this individual.  This
report is confidential and intended for use by qualified
professionals only.  It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved

MMPI-2 INTERPRETIVE REPORT
PREPARED FOR: DEPARTMENT OF CORRECTIONS

-- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --

L F K Hs D Hy Pd Mf Pa Pt Sc Ma Si
110
100
90
80
70
60
50
40
30
20
1 2 3 4 5 6 7 8 9 0
62 55 35 49
64 49 56

MMPI-2 INTERPRETIVE REPORT                                                PAGE  3
PREPARED FOR: DEPARTMENT OF CORRECTIONS


                    -- PROFILE MATCHES AND SCORES --


                                              Highest
                                Client         Scale         Best Fit
                      Scale     Profile       Codetype       Codetype
---------------------------------------------------------------------------
Codetype match:                                Spike 0       4-6/6-4
Coefficient of Fit:                             .84            .87

Scores:        ? (raw)            0
               L                 5.              54            53
               F                 55              55            74
               K                 35              39            43
               Hs (1)            48              46            54
               D  (2)            57              58            63
               Hy (3)            42              42            55
               Pd (4)            62              51            79
               Mf (5)            46              45            49
               Pa (6)            64              50            81
               Pt (7)            49              50            61
               Sc (8)            55              46            65
               Ma (9)            56              45            59
               Si (0)            67              69            54
---------------------------------------------------------------------------
Mean Clinical
Elevation:                       54              49            65

Ave age-males:                                   39            33
Ave age-females:                                 42            32

% of male codetypes:                            1.7%          4.9%
% of female codetypes:                          1.0%          4.9%

% of males within codetype:                    78.2%         67.6%
% of females within codetype:                  21.8%         32.4%

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Configural clinical scale interpretation is provided in the
  report for the following codetype(s):

                        Spike 0
                        4-6/6-4

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MMPI-2 INTERPRETIVE REPORT
PREPARED FOR: DEPARTMENT OF CORRECTIONS                          PAGE   4

                -- CONFIGURAL VALIDITY SCALE INTERPRETATION --

        There is no information available for this configuration of
scores for scales L, F, and K.  Interpretation for each of the
individual validity scales is presented below.


                        -- VALIDITY SCALES --


? (raw) = 0

        Scores in this range reflect a relatively small number of
unanswered items, which in and of itself should not have an
impact on the validity of the profile.

L     T = 52

        L scores in this range are usually obtained by individuals
who generally respond frankly and openly to the test items and
are willing to admit to minor faults.

F     T = 55

        F scores in this range usually indicate that the individual
responded to the test items as do most individuals who are
relatively free of stress.

K     T = 35

        Scores in this range are very low and suggest that the
individual may have serious psychological and emotional problems
or may have distorted and greatly exaggerated their problems to
create the impression of a severe psychological disorder.
Psychological defenses may be extremely weak and the individual
may have limited ability to cope with stress.



                -- CONFIGURAL CLINICAL SCALE INTERPRETATION --


Spike 0 Codetype  (High Match)


Clinical Presentation:

        This codetype is more common in men than women.  These
individuals are experiencing only minor distress that tends to be
chronic in nature.  They are easily embarrassed

frequently are phobic.  They consider themselves to be in good
physical health and they report few or no physical pains.  They
report that they do not abuse substances and do not get into
behavioral problems.  They are not concerned about their
psychological functioning.

They are very shy, bashful, introverted individuals who are
easily embarrassed in social situations.  They lack
self-confidence and are easily overwhelmed by others.


Treatment:

Assertiveness or social skill training may be beneficial.


Possible Diagnoses:

Axis I    - Rule Out Adjustment Disorder

Axis II   - Rule Out Schizoid Personality Disorder
            Rule Out Dependent Personality Disorder



4-6/6-4 Codetype  (Best Fit)


Clinical Presentation:

These individuals are angry, argumentative, and resentful of
any demands being placed on them.  They are excessively demanding
of attention, affection, and sympathy.  They typically have poor
work histories.  Marital problems are quite common.  These
individuals are suspicious of the motives of others and paranoid
features should be ruled out.

These individuals are generally obnoxious, hostile, and
angry.  They are usually able to control the expression of their
hostility , but they do exhibit episodic angry outbursts.  These
individuals often express rather vague emotional and physical
complaints and they report feeling depressed and nervous.
Substance abuse may be a significant issue.  In response to
stress, these individuals may exhibit outbursts of temper and
threats of punishment.

These individuals often exhibit strong needs for attention,
affection, and sympathy coupled with suspiciousness concerning
the motives of others.  They may become hostile and angry when
their expectations are not met.

The self-concept of these individuals is usually unrealistic

MMPI-2 INTERPRETIVE REPORT                                    PAGE  6
PREPARED FOR: DEPARTMENT OF CORRECTIONS

        These individuals are likely to have a long history of very
poor interpersonal relationships.  They are difficult to interact
with because of their hostile attitudes and behavior which lead
to poor relationships.  Their relationships are often
characterized by resentment, anger, hostility, suspiciousness,
and extrapunitive behavior.  They are very sensitive to and
resentful of any demands being placed on them.


Treatment:

        The prognosis is generally quite poor due to the denial of
personal responsibility for their problems.  These individuals
are usually very demanding in psychotherapy.


Possible Diagnoses:

        Axis I    - Rule Out Mood Disorders
                    Rule Out Schizophrenia
                    Rule Out Paranoid Disorders
                    Rule Out Psychoactive Substance Abuse Disorder

        Axis II   - Rule Out Paranoid Personality Disorder
                    Rule Out Passive Aggressive Personality Disorder
                    Rule Out Borderline Personality Disorder



                    --- CLINICAL SCALES ---


Hs (1)  T = 48

        Scores in this range are considered to be within normal
limits.

D (2)  T = 57

        Scores in this range are considered to be within normal
limits.

Hy (3)  T = 42

        Scores in this range are obtained by individuals who are
often described as caustic, cynical, sarcastic, and socially
isolated.  They often are constricted, socially conforming, and
fixed on a narrow range of interests.  They may believe that
others are too optimistic.

MMPI-2 INTERPRETIVE REPORT                                              PAGE   7
PREPARED FOR: DEPARTMENT OF CORRECTIONS

Pd (4)  T = 62

     Scores in this range are often obtained by individuals who
are sincerely concerned about social problems and issues or are
responding to situational conflict or crisis.  Scores in this
range are common among adolescents and may be reflective of their
striving for independence.

Mf (5)  T = 46

     Scores in this range are typical for males interested in
traditional masculine interests and activities.

Pa (6)  T = 64

     Individuals who obtain scores in this range tend to be
sensitive to the opinions of others.  They may be overly
sensitive to criticism and overly responsive to the reactions of
others toward them.

Pt (7)  T = 49

     Scores in this range are considered to be within normal
limits.

Sc (8)  T = 56

     Scores in this range are considered to be within normal
limits.

Ma (9)  T = 56

     Scores in this range are considered to be within normal
limits.  Normal adolescents and college students tend to score in
the upper end of this range (T-scores of 54-67).  Persons older
than 60 who score in the upper end of this range are likely to be
overly energetic and active.

Si (0)  T = 67

     Scores in this range usually are obtained by individuals who
prefer to be alone or with a small group of friends.  They are
likely to be reserved in new social situations.

MAPI-2 INTERPRETIVE REPORT                                    PAGE  8
PREPARED FOR: DEPARTMENT OF CORRECTIONS

                     -- ADDITIONAL SCALES --

        No additional scales were selected for interpretation by
    the user.


                        END OF REPORT
                        *********

## PHYSICAL ASSESSMENT

_Institution_

| INMATE NAME: | VITAL SIGNS |
|---|---|
| _Strickland David_ | |
| TYPE OF ASSESSMENT:  INITIAL_____  OTHER_____ | HT____ WT____ BP____ |
| | PULSE____ RESP____ TEMP____ |

**FAMILY HISTORY: (F/FATHER, M/MOTHER, B/BROTHER, S/SISTER)**

| | VISION (SNELLEN CHART) |
|---|---|
| TB____ HEPATITIS____ HIV+____ HYPERTENSION____ | Rt:_____ with glasses_____ |
| CANCER____ ASTHMA____ EPILEPSY____ ANEMIA____ | |
| KIDNEY DISEASE____ SICKLE CELL____ SEIZURES____ | Lt:_____ with glasses_____ |
| MENTAL ILLNESS____ DIABETES____ HEART DISEASE____ | |
| OTHER____ | |

### PHYSICAL ASSESSMENT

| | Normal/Not Present Please ✓ | | Abnormal/Comment | |
|---|---|---|---|---|
| SKIN: | Color | | | |
| | Condition | | | |
| | Turgor | | | |
| | Recent Injury | | | |
| | Tatoos | | | |
| | Scars | | ✓ Lt side | |
| HEAD: | Hair | | | |
| | Scalp (pediculi) | | | |
| EARS: | Appearance | | | |
| | Canals | | | |
| MOUTH: | Throat | | | |
| | Tongue | | | |
| | Tonsils | | | |
| NOSE: | Obstruction | | | |
| | Drainage | | | |
| NECK: | Veins | | | |
| | Mobility | | | |
| | Thyroid | | | |
| | Carotids | | | |
| | Lymph nodes | | | |
| CHEST (BREASTS) | | | | |
| | Configuration | | | |
| | Auscultation | | | |
| | Respirations | | | |
| | Cough/Sputum | | | |
| HEART: | Auscultation | | | |
| | Radial pulse | | | |
| | Apical pulse | | | |
| | Rythm | RMM | | |
| ABDOMEN: | Shape | | | |
| | Bowel Sounds | | | |
| | Palpation | | | |
| | Hernia | | | |
| SPINE | | | | |
| NEUROLOGICAL: | | | | |
| | Reflexes | | | |
| GENITAL/URINARY: | | | ✓ Lt test Removed | |
| | Lesions | | 85 | |
| | Discharge | | | |
| RECTAL EXAM: | | | | |
| (For 40 yrs. old and older) | | | | |
| | Hemorroids | | | |
| | Anal Warts | | | |
| | Stool for Occult | | | |
| | Blood  +  - | | | |
| EXTREMITIES: | | | | |
| | Pulses | | | |
| | Edema | | | |
| | Joints | | | |

**FEMALES ONLY**

PELVIC EXAM:
  Pap Smear
  Gonorrhea Culture
  (Admission PE only)

**IMMUNIZATION STATUS**

Date last Tetanus: _12/28/98_

Other

**TB SCREENING**

Current PPD:
Date Given: _12/28/98_
Results and Date: _12/30/98_
  PLEASE CIRCLE
Follow-up scheduled:    Not Indicated
                        Yes    _Om_

**ORAL SCREENING**

Pain/Discomfort:____
Condition of teeth: (poor) fair good
Condition of gums:  poor  healthy
False teeth:  partial  plate  upper  lower
Oral Hygiene instructions given:

**REMARKS**

**REFERRAL**

Assessed by: _Ron Johnson RN_

Date: _12/28/98_    Time: _PM_

Physician Review:____

Date:____    Time:____



# HEALTH EVALUATION

**I.  HISTORY – (LPN or RN)**

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) | | ✓ | 22o # |
| (Compare Weight Below) | | | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | ✓ | | 2 pk q̄ X12 ns |
| ALLERGIES | ✓ | | phne |

Weight 217# Temp 98° Pulse 76 Resp 16 Blood Pressure 120/84

If greater than > 140/60, repeat in 1hour.

Eye Exam 20/20 OD 20/20 OS 20/20 OU     Refer to M.D. if remains > 140/90.

**II.  TESTING – (LPN or RN)**          RESULTS

| | |
|---|---|
| Tuberculin Skin Test (q yr) | Date given 5-20-06 Site LFA |
| | Read on 5|22| Results 0 mm |
| Past Positive TB Skin Test → | **Survey Completed** |
| (Chest x-ray if clinical symptoms) | Date ____ Results ____ |
| RPR (q 3 yrs) | Date 12-0 4 Results NR |
| EKG (baseline at 35, over 45 q 3 yrs) | 11-04 |
| Cholesterol (at 35 then q 5 yrs) | 12-06-04 -153 |
| Finger Stick Blood Sugar | Results 94 |
| * If > than 200 repeat Finger Stick BS within 48 hours | Results ____ |
| Optometry Exam (@ 50 if not already seen) | |
| Mammogram | Date ____ Results ____ |
| (females @ 40, q 2 yrs/other M.D. order) | |

**III.  PHYSICAL RESULTS – (RN, Mid-Level, M.D.)**

| | |
|---|---|
| Heart | RRR |
| Lungs | cl b.l. |
| Breast Exam | Instruct |
| Rectal (yearly after 45) | Results |
| with Hemoccult | Results |
| Pelvic and PAP (q 1 yr) | Date ____ Results ____ |

Facility East  Nurse Signature _____  Date 5-20-06

M.D. or Mid-Level Signature _____  Date _____

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Strickland Daniel | 20/890 | 11-6-66 | W/m |



**PRISON HEALTH SERVICES INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Joyce / Darsey Strickland                    Alan / Dad
Name                                          Relationship

710 Elizabeth Street                          334-365-0400
Street Address                                Phone Number

Prattville                  AL.               36067
City                        State             Zip Code

Daniel Strickland          201890   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   11/26/04
Inmate Signature           Doc#     S.S.#         Date

SBishop —                                     11/26/04
Witness                                       Date

Info updated 5-20-06
No A _____ Plmark

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Strickland    Daniel | 208890 | 11/6/66 | W/m | ECF |

PHS-MD-70003          **(White – Medical Record, Yellow – Active File, Pink – Control Center)**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5-20-06

**To:** Doc

**From:** PHS

**Inmate Name:** Strickland Daniel  **ID#:** 201890

The following action is recommended for medical reasons:

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

Hca For PPD Result 5/22/06 Tues. 6:15 am

_____

**Date:** 5-20-06  **MD Signature:** W P Dabour/fm  **Time:** 7:20

Daniel Strickland #201890

60418



PHS
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.     HISTORY – (LPN or RN)**

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) |  | ✓ |  |
| (Compare Weight Below) |  |  | Last weight at least 6 months ago |
| Persistent Cough |  | ✓ |  |
| Chest Pain |  | ✓ |  |
| Blood in Urine or Stool |  | ✓ |  |
| Difficult Urination |  | ✓ |  |
| Other Illnesses (Details) |  | ✓ |  |
| Smoke, Dip or Chew | ✓ |  | ~~Hx~~ 1/2pk qd x 11 yrs |
| ALLERGIES | ✓ |  | PCN |

Weight __220__  Temp __98⁹__  Pulse __82__  Resp __16__  Blood Pressure __130/80__

Eye Exam 20/250 OD  20/250 OS  20/250 OU

**If greater than > 140/90, repeat in 1 hour.
Refer to M.D. if remains > 140/90.**

**II.     TESTING – (LPN or RN)          RESULTS**

| | |
|---|---|
| Tuberculin Skin Test (q yr) | Date given 11/26/04 Site LFA |
| | Read on 11/28/04 Results ⊖ mm |
| Past Positive TB Skin Test → | **Survey Completed** |
| (Chest x-ray if clinical symptoms) | Date_____ Results_____ |
| RPR (q 3 yrs) | Date 11/26/04 Results_____ |
| EKG (baseline at 35, over 45 q 3 yrs) | 11/26/04 |
| Cholesterol (at 35 then q 5 yrs) | 11/26/04 |
| Tetanus/Diptheria  (q 10 yrs) | Last Given 12/26/98  Due 2008 |
| (if done today) | Site given ___ Dose ___ Lot #___ |
| Optometry Exam (@ 50 if not already seen) | N/A |
| Mammogram | Date N/A Results_____ |
| (females @ 40, q 2 yrs/other M.D. order) | |

**III.     PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

| | |
|---|---|
| Heart | RRR |
| Lungs | Clear |
| Breast  Exam | |
| Rectal (yearly after 45) | Results |
| with Hemoccult | Results N/A |
| Pelvic and PAP (q 1 yr) | Date_____ Results_____ |

Facility Easterling  Nurse Signature S Busker  Date 11/26/04

M.D. or Mid-Level  Signature_____  Date 11/29/04

| INMATE NAME | AIS# | D.O.B. | (38) | RACE/SEX |
|---|---|---|---|---|
| Strickland Daniel | 201890-S | 11/6/66 | | W/m |

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _CA Sterling_

Date Given: _10/16/03_                    Date Read _'0 - 18 - 03_

Site Given: _(L) arm_                     Size in M.M. _-0-_

Lot# _45256261_

Nurse _A Shue_                            Nurse _A. Ewing LPN_

**Note:** **Past Positives and conversions**, use Assessment of Tuberculin status for PPD reactors form *in addition to completing the bottom of this form.*

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _221_     Previous Weight _224_    B/P _118/80_

<div style="text-align:center"><em>circle</em></div>

|                                              |     |    |     |
|----------------------------------------------|-----|----|-----|
| Recent chest pain                            | Yes | or | No  |
| Kitchen clearance assess. done and attached  | Yes | or | No  |
| Productive cough                             | Yes | or | No  |
| Any bleeding                                 | Yes | or | No  |

Emergency contact _Joyce Strickland_ (mother)  Phone# _339  365-0400_

Address _710 Elizabeth St  Prattville, AL. 36067_

Inmate signature X _Daniel Strickland_     Date _10·16·03_

Witness signature X _A Shue_               Date _10/16/03_

DOB _11-06-66_ AGE _36_   Race _W_  SEX _M_  SSN _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_

**Inmate Name** _Daniel Strickland_        AIS# _201890_

NC-069

# TechCare

## Annual Health & TB Screening Appointment

**NaphCare**

11/18/2002

| | |
|---|---|
| Name | **STRICKLAND,DANIEL** |
| DOC # | **201890** |
| Birth Date | **11/6/1966** |

| | |
|---|---|
| Appointment Date | **9/25/2002** |

### TB Screening Data

| | |
|---|---|
| Date Given | 9/25/2002 |
| Site Given | LFA |
| Lot # | 4525G261 |
| Nurse Administering | SM |
| Date Read | 9/27/2002 |
| Size in MM | 0MM |
| Nurse Reading | BB |

### Medical Data

| | |
|---|---|
| Current Weight | 224 |
| Previous Weight | 226 |
| Height | |
| Blood Pressure | 140/80 |
| Recent Chest Pain | No |
| Kitchen Clearance | Yes |
| Productive Cough | No |
| Any Bleeding | No |
| Diabetic | No |
| Diabetic Condition | NO |
| Prosthetic | No |
| Duty Status | |

### Emergency Contact Data

| | |
|---|---|
| Name | JOYCE STRICKLAND |
| Phone | 365-0400 |
| Address | 710 ELIZABETH ST. |

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _Easterlin_

Date Given: _9/25/02_                     Date Read _9/27/02_

Site Given: _(L) Forarm_                  Size in M.M. _0mm_

Lot# _45256-261_

Nurse _J.McKinnon LPN_          Nurse _D.Brascow00 LPN_

Note: **Past Positives and conversions**, use Assessment of Tuberculin status for PPD reactors form _in addition to completing the bottom of this form._

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _224#_  Previous Weight _226#_  B/P _140/80_

|  | circle |
|---|---|
| Recent chest pain | Yes or No |
| Kitchen clearance assess. done and attached | Yes or No |
| Productive cough | Yes or No |
| Any bleeding | Yes or No |

Emergency contact _Joyce or Darsey Strickland_ Phone# _365-0400_

Address _710 Elizabeth ST._

_Prattville, AL. 36067_

Inmate signature _Daniel Strickland_    Date _9/25/02_

Witness signature _J.McKinnon_    Date _9/25/02_

DOB _11/6/66_ AGE _35_ Race _W_ SEX _M_ SSN _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_

**Inmate Name** _Strickland, Daniel_ AIS# _201890_

NC-069

# NAPHCARE
# PERIODIC HEALTH ASSESSMENT

**I.**    HISTORY -- (Nurse)       YES   NO    COMMENTS

Weight Change (>15 lb.)           Last weight at least 6 mos.
(Compare Weight Below)           ago
Persistent Cough
Chest Pain
Blood in Urine or Stool
Difficult Urination
Other Illnesses (Details)
Smoke, Dip or Chew                  HX of Smoking
ALLERGIES                            PCN

Weight 226#   Temp 978   Pulse 76   Resp. 18   B.P. 120/80

**II.**    TESTING -- (Nurse)          RESULTS

Tuberculin Skin Test (q yr.)      Date given 10/3/01  Site (L) Forearm
(chest x-ray if clinical symptoms)  Read on 10/5/01  Results 0 mm
RPR (q3yrs)               Date 10/3/01  Results
EKG (baseline at 35, over 45 q 3 yrs)   N/A
Cholesterol (at 35 then q 5 yrs.)    N/A
Tetanus/Diptheria (q10 years)    Last given 12-28-98  Due
If Done Today:              Site given   Dose   Lot #
Optometry exam (age 50 if not already seen)

**III.**    PHYSICAL    RESULTS

Heart                    RRR
Lungs                   Clear
Breast (q2 yrs. p 30)        Date N/A  Results
Rectal (yearly p50)         Results N/A
With Hemoccult          Results
Pelvic and PAP (q 1 yr)      Date N/A  Results

Emergency Addressee Joyce or Darrel Strickland
Address 716 Elizabeth St. Prattville, Al. 36067  Phone# 365-0400
Facility Easterly   Nurse Signature Amor...   Date 10/3/01
PhysicianSignature                  Date
DOB 11/6/66  AGE 34  RACE W  SEX M  SSN
**Inmate Name** Strickland, Darrel     AIS # 201890

NAPHCARE

## TUBERCULIN PPD FOR INMATES

| INITIAL SKIN TEST | |
|---|---|
| Date Given: 10/3/01 | Date Read: 10-5-01 |
| Site Given: (L) Forearm | Size: O mm |
| Lot #: C0619AA | |
| Nurse: Mckinnon LPN | Nurse: L Ewing LPN |

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Daniel Strickland
_____
Inmate Signature

10/3/01
_____
Date

S. Mckinnon LPN
_____
Witness Signature

10/3/01
_____
Date

| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Strickland, Daniel | 201890 | W | Easterlig |

NC047              Tuberculin PPD for Inmates

## DECLINATION OF OPTIONAL PHYSICAL EXAM

_Strickland Daniel_ , _201890-S_ __ Decline the
Inmate Name                           AIS#
Opportunity to under go the Optional Physical Exam offered to me on this date.  I
understand  this will be offered again in one year and at that time it will not be optional.  I
further understand I am required to participate in the infection control screening (
Tuberculin Testing) this year  and every year.  Failure to comply with the infection control
screening or the non-optional physical exam will result in disciplinary action.

✱ _Daniel Strickland_                    _SBushen_
Inmate Signature                         Witness

_10/24/00_
Date

---

### INITIAL SKIN TEST

Date Given: _10/24/00_          Date Read _10-26-00_

Site Given: _LFA_              Size: _0_

Lot #: _4525G260_

Nurse: _SBushen_              Nurse: _____

---

I have received a fact sheet on TB and have had the opportunity to have my questions
answered.  I agreed to TB testing by PPD.  I understand the PPD must be read 72 hours
after being administered.  I have never had a positive reaction to a TB skin test, nor have I
ever been treated with TB drugs.  I have also been instructed to check with my regular
physician or the public health department if I am released prior to the TB test being read.

✱ _Daniel Strickland_                    _10/24/00_
Inmate Signature                         Date

_10/24/00  SBushen_                      _10/24/00_
Witness Signature                        Date

## PERIODIC HEALTH ASSESSMENT

I.    HISTORY - (Nurse)                    YES    NO    COMMENTS

Weight Change (>15 lb.)            ___    ✓     Last Weight at least 6 mo.'s.
(Compare Weight Below)                          ago: _190 _in_ Mo__
Persistent Cough                   ___    ✓     _____
Chest Pain                         ___    ✓     _____
Blood In Urine or Stool            ___    ✓     _____
Difficult Urination                ___    ✓     _____
Other Illnesses (Details)          ___    ✓     _____
Smoke, Dip or Chew                 ___    ✓     _____
ALLERGIES        .                 ✓     ___    _Pen_____

Weight _96#_  Temp. _98⁴_  Pulse _88_  Resp. _2_  B.P. _148/80_
Eye Exam:        Without Glasses    OD _20/20_ OS _20/15_ OU _20/15_
                 With Glasses       OD ___ OS ___ OU ___

II.   TESTING - (Nurse)                    RESULTS

Tuberculin Skin Test (q yr.)       Date Given _11-24-97_ Site _LFA_
(chest x-ray if clinical symptoms) Read On _11/26/99_ Results _0_ mm
RPR (q 3 yrs.)                     Date _11-28-98_ Results _NL_
Urine Dip (yearly)                 Results _See UA dip front_
   (Glu., Pro., RBC., WBC.)                _Sheet_
EKG (baseline at 35, over 45 q 3 yrs.) _N/A_
Cholesterol (at 35 then q 5 yrs.)  _N/A_
Tetanus/Diphtheria (q 10 yrs.)     Last Given _12-28-96_ Due ___
   If Done Today:    Site Given ___  Dose ___  Lot # ___
Mammogram – (Annually - Females > 49)  Date Done ___  Results ___

III.  PHYSICAL                             RESULTS

Heart          _Reg_
Lungs          _Clear b/l_
Breast (q 2 yrs. p 30)    Date _N/A_ Results ___
Rectal (yearly p 45)      Results _N/A_  Hemocult ___
Pelvic and PAP (q 1 yr.)  Date _N/A_ Results ___

Inmate Name _Strickland  Daniel_  AIS # _201890_
DOB _1L66_  Age _33_  Race _W_  Sex _m_  SSN _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_
Emergency Addressee _Joyce Strickland (Sister)_  Phone # _334 365-0900_
Address _710  Elizabeth St  Prattville  AK_
Facility _Easterling_  Nurse Signature _Pinckman  RN_  Date _11-24-99_
Physician Signature _____  Date _12/13/99_

8.1.98

## TUBERCULIN PPD FOR INMATES

| INITIAL SKIN TEST | |
|---|---|
| Date Given: 11-24-99 | Date Read: 11-26-99 |
| Site Given: LFA | Size: 0 mm |
| Lot #: 2499-11 | |
| Nurse: Pndnna | Nurse: Jh. Clauns a |

I have received a fact sheet on TB and have had the opportunity to have my questions
answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours
after being administered. I have never had a positive reaction to a TB skin test, nor have I
ever been treated with TB drugs. I have also been instructed to check with my regular
physician or the public health department if I am released prior to the TB test being read.

_____     _____
Inmate Signature                                    Date  11-24-99

_____     _____
Witness Signature                                   Date  11-24-99

| Inmate Name: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Strickland Daniel | 201890 | W/m | East/8 |

# UA DIPSTICK REPORT

NAME _Strickland Daniel_ AIS# _20/890_

DOB _1.6.66_          R/S _w/m_

DATE _11.24.99_          TIME _0745_

APPEARANCE: COLOR_____ CLARITY_____

SPECIFIC GRAVITY_____ _1.025_ _____

LEUKOCYTES_____ _O_ _____

NITRATE_____ _O_ _____

PH_____ _5_ _____

PROTIEN_____ _O_ _____

GLUCOSE_____ _O_ _____

KETONE_____ _O_ _____

UROBILINOGEN_____ _4_ _____

BILIRUBIN_____ _O_ _____

BLOOD_____ _O_ _____ HEMOGLOBIN_____

NURSE_____ MD_____

## CORRECTIONAL MEDICAL SERVICES
## MEDICAL HISTORY AND SCREENING

KCF

**INSTITUTION**

| INMATE NAME: Strickland, Carey | ID# 201890 | RACE: W | D.O.B. 1-6-66 |
|---|---|---|---|

| INMATE QUESTIONNAIRE | (circle one) | | CURRENT MEDICAL CONDITIONS (circle terms that apply) | |
|---|---|---|---|---|
| 1. Do your have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes | No | Unconscious / Disoriented / Intoxicated / Lesions / Obvious Pain / Bruises / Fever / Nausea / Uses Tobacco | Skin Infection / Restricted Mobility / Skin Rash / Jaundice / Needle Marks / Swollen Glands / Active Cough / Vaginal/Penile Discharge / Dental Problems Sick Call |
| 2. Have you fainted or had a head injury within past six months? | Yes | No | | |
| 3. Have you been seen by a doctor in the past six months? | Yes | No | | |
| 4. Do you wear glasses or contact lenses? | Yes | No | | |
| 5. Do you have prosthesis, splint, crutches, cast or brace that you need while here? | Yes | No | | |
| 6. Do you drink wine, beer or whiskey, How often? 3-4 WW How much? 3 beer Last time? oct '98 | Yes | No | **MEDICAL HISTORY (circle terms that apply)** | |
| 7. Have you had seizures or blackouts when you stop drinking? | Yes | No | Arthritis / Diabetes / Seizure Disorder / Asthma / Special Diet / Heart Condition / Hypertension / Stomach Ulcer / Cancer / Sickle Cell Anemia / Emphysema | Frequent Diarrhea / Genital Sores / V.D. / Hepatitis / HIV+ / Tuberculosis / Persistant Sore Throat / Dental Problems / Surgeries / Chest Pain / Jaundice |
| 8. Do you use drugs? Type Marij How often? Last time 10-98 | Yes | No | | |
| 9. Have you had withdrawal problems when you stop taking drugs? | Yes | No | | |
| 10. Are you currently detoxing? If yes, from what substance? | Yes | No | | |
| 11. Do you have any medical problems we should know about? | Yes | No | | |
| 12. Have you been in this facility before? | Yes | No | | |
| **MENTAL HEALTH** | | | **TB HISTORY** | |
| 13. Have you ever been hospitalized or treated for psychiatric problem? | Yes | No | Ever treated with TB Drugs? Yes No | |
| 14. Have you ever considered or attempted suicide | Yes | No | Previous PPD test? Yes /No Previous Positive Reaction? Yes No | |
| 15. Are you feeling depressed or extremely sad? | Yes | No | When____ Where____ | |
| 16. Do you want to hurt yourself or someone else? | Yes | No | Chronic Cough/Blood          Fever / Recent Weight Loss          Night Sweats / Recent Appetite Loss          Fatique | |
| 17. Are you hearing voices?____ If yes, what are they saying? | Yes | No | **MEDICATIONS** | |
| **FEMALE INMATES ONLY** | | | Current Medications: | |
| 18. Are you pregnant?____ LMP____ | Yes | No | 800 mg Motrin (toothache) | |
| 19. Do you use birth control? Type | Yes | No | | |
| 20. Have you recently had a baby, miscarriage or abortion? | Yes | No | | |

**COMMENTS: (Explain "Yes" Responses)**

**VITAL SIGNS**
HT 6'1" WT 70 BP 130/80

Pulse____ Resp____ Temp____

| DISPOSITION | | ALLERGIES | |
|---|---|---|---|
| Referrals ____ None | Placement | Medication Allergies: Yes No | |
| | | Type: PCN | |
| ____Emergency Room (Pre-booking injury) | ____ Infirmary | Other Allergies: Yes No | |
| ____Emergency Room (Acute Condition) | ____ Detoxification Setting | Type: | |
| ____Physician | | | |
| ____Sick Call | ____ Gen Population | | |
| | ____ Other | | |

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Inmate Signature: Carey Strickland

Screened by: _____    Date: 12/28/98    Time: _____

Reviewed by: _____    Date: _____    Time: _____

Revised 4/28/97 (CMS 7107)

# PROBLEM LIST

Name _Strickland, Daniel_

ID # _201875-5_

D.O.B. _11-6-66_

Medication Allergies _PCP_

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral (none) | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 5/10/04 | ⟨NONE⟩ | | BR |
| 8-2-04 | L BACK pain | | |
| | 11/22/05 Hep. B Vacc. #1 Lot# AHBVB004BA EXP. 01/20/2006    12/22/05 Hep. B Vacc. #2 Lot# AHBVB004BA EXP. 01/20/2006 | 3rd dose Hep B 6/7/06 Lot 0833R Exp. 1/27/2007 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

01/94

# Hepatitis B Vaccine Consent Form

## Facility Name-Easterling Correctional

Daniel Strickland                          201890
_____                 _____
**Inmate Name**                            **AIS Number**

Daniel Strickland                          6-7-06
_____                 _____
**Inmate Signature**                       **Date**

## Dose Given-20 mcg. (1 ml.)/Third Dose

## Site Given- Right Deltoid

Administered by-_____

Lot # and Expiration Date: 0833R / 1-27-07

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling Correctional Facility_

Dwiel Strickland

**Inmate Name**

201890

**AIS Number**

Daniel Strickland

**Inmate Signature**

12-22-05

**Date**

**Dose Given** _20 mcg. (1 ml.) / 2nd dose_

**Site Given** _(R) deltoid_

**Administered by** _Brannan R_

**Lot Number and Expiration Date** _AHBVB0048A_
_Exp. 1/30/06_

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling_

DOB - 11/6/66

_Daniel Strickland_                _201890_

**Inmate Name**                    **AIS Number**

_Daniel Strickland_                _11-22-05_

**Inmate Signature**               **Date**

**Dose Given** _1 ml._

**Site Given** _(L) deltoid_

**Administered by** _L Ewing (RN)_

**Lot Number and Expiration Date**

Lot# AHBVB004BA
EXP. 01/20/2006

11/21/2005