**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 17, 2007

# NOTICE OF CORRECTION

**From:**                    **Clerk's Office**

**Case Style:**            **Daniel Strickland v. Prison Health Care, et al.**

**Case Number:**        **#2:07-cv-00282-CSC**

**Referenced Document:**    **Document #14**
**Special Report to Inmate 1983 Complaint**

**This notice has been docketed to enter the corrected pdf of Exhibit A to the referenced document into the record. The original pdf contained pages that were not legible.**

**The corrected pdf of Exhibit A is attached to this notice.**

# EXHIBIT A

# A F F I D A V I T

STATE OF ALABAMA     )
                            )
_Barbour_ COUNTY     )

        I, _Beth Long_, hereby certify and affirm that I am a _Medical Record Clerk_, at _Easterling Correctional Facility_ that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Daniel Strickland_, AIS# _201890_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

        I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Prison Health Services_; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

        This, I do hereby certify and affirm to on this the _1st_ day of _May_, 2007

                        _Beth Long_

## SWORN TO AND SUBSCRIBED BEFORE ME THIS THE
_1st_ Day of _May_, 2007

_Linda E. Teal_
Notary Public
_7-15-07_
My Commission Expires

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

| NAME: *Strickland Daniel* | ID#: *201890* | RACE: *W* | DOB: *11-6-66* |
|---|---|---|---|

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|



Date of Initial Examination: *12-28-98*

Initial Classification: *Updated*

Oral Pathology: *5-8-00*

| | TOOTH | PRIORITY LIST |
|---|---|---|
| Gingivitis *Updated 6/29/06* | | *7-P* |
| Vincent's Infection | | *9-F* |
| Stomatis | | |
| Other Findings | | |
| Occlusion | | |
| Roentgenograms: | | |
| Periapical | | |
| Bitewing | | |
| Panarex | | |

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | ✓ | | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | | ✓ | Gastrointestinal disorders | | ✓ |
| Anemia | | ✓ | Glaucoma | | ✓ |
| Asthma or other respiratory problems | | ✓ | Heart disease or murmur | | ✓ |
| Blood pressure conditions | | ✓ | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | ✓ | |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | ✓ |
| Fainting | | ✓ | Taking any medication | | ✓ |
| Pregnant? | | ✓ | Thyroid conditions | | ✓ |
| Tuberculosis | | ✓ | Other conditions | | ✓ |

CMS 7103 REV. 10/94

## SERVICES RENDERED

| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
|------|-------|---------|--------------------------|
| 1/27/99 | | | pt needs color int on lower right appt 2/16/99 |
| | | | |
| 2-9-99 | Ext | 31 NRC | 1x1.8cc 2% lidoc epi |
| | | | PO7 Mx |
| 2/24/99 | | | pt unrls + aud upper right lw appt appt 3/31/99 |
| | | | |
| 3-8-99 | Ext | 5 NRC | 1x1.8cc 2% linct epi |
| 10-18-99 | | | ECF/screen. Appt given — (3mi DH) |
| 1/19/99 | 12 | vt. | 1.8cc lido 2% m 10⁵ frags into rt #12's deff. XX/mls |
| 4/28/00 | | | Multiple cavities, Appt 5/18/00 — 2 heals |
| | | | |
| 5-18-00 | | | Annual exam completed |
| 5-18-00 | 3 | MO AMALGAM | 1 carp 2% x 10 1:100,000 Ep used in buccal |
| | | NO D AMALGAM | infiltration; #qw used - PT0 for K #32 |
| | | | |
| 10/31/00 | cc | | need a tooth pulled bt right ; apt for wisdom tooth bt right given |
| | | | |
| 11/14/00 | | | N/S for dental tx — |
| | | | |
| 12/0/00 | | | R/S apt for 12/19 of an ext — |
| | | | |
| 12-19-00 | 32 | NRC | 2 carps, 2% x 10 1:100,000 Ep used in a manding + long buccal n. block; simple forcep ext.; ORA PO7 given; med given; PTR for tx |
| | | | |
| 6/29/06 | | | annual exam OHI-given Rem ROT |
| | | | |
| | | | |
| | | | |
| | | | |

# TLC MOBILE MEDICAL
# X-RAY REPORT

| DATE | LAST NAME | FIRST NAME | MI |
|---|---|---|---|
| 12/26/01 | Strickland | Daniel | |
| D.O.B. | SEX | FACILITY | |
| 11/06/66 | M | Easterling CF | |
| ORDERING PHYSICIAN | | X-RAY NO. | |
| | | ID#201890 | |

**LEFT FOOT:** No fracture or dislocation. No radiopaque foreign body. No arthritic changes.

**IMPRESSION:** Normal left foot.

Donna West, M.D./cmv
12/27/01
tt: 11:33 a.m.



KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

Strickland Daniel

PRISON ID

201896

DATE SUBMITTED

11-22-04

East 331

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| RPR | **NR** | NON-REACTIVE (NR) | A 10/7/05 |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"      These results are unreliable due to the age of the specimen.
"H"      These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"   These results are unreliable due to the age and hemolyzed condition of the
         specimen.

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|-------------------|-----|

201800

11/26/2004 07:12:26 AM    Strickland Daniel
58 years    Race: W    2? lbs    BP:130/80

Rx:
Dx:

| Rate | 80 |
| PR | 175 |
| QRSD | 92 |
| QT | 336 |
| QTc | 387 |

- Normal sinus rhythm, rate 80....................................................Normal P axis, rate & rhythm
- Consider left atrial enlargement...............................................P V1 -.10 mV or more negative

- - AXIS - -
P    64
QRS    73
T    36

Dept: HCU
Room: FR
Oper: SB

- OTHERWISE NORMAL ECG -

Requested by
APY

PRELIMINARY-MD MUST REVIEW

LOC 00000 0000    Speed:25 mm/sec    Limb:10 mm/mV    Chest:10 mm/mV

H 60~ 0.5-150 Hz  W    HP 08    00217

Patient Name _Strickland Daniel_
AIS Number _201890_
Date Submitted _10/9/01_

ECF #75

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| RPR | NR | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| ph | | ph5-ph6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | <1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |



WAYNE D. MERCER, PHD
LAB DIRECTOR

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL  36057

PATIENT NAME

*Strickland, Daniel*

PRISON ID

*201890*

DATE SUBMITTED

*12/28/98*

*NPY# 3   1229*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *neg* | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

CLIA ID NO.    01D0706289

THANG Q. AN, D.O.
MEDICAL DIRECTOR

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

## EYE EXAMINATION SHEET

| Facility: *Easterly* | Date of Request: 2/7/6 |
|---|---|

Subjective: *Blur @ Distance*

Past History: *∅*

### CONSULTATION REPORT

|  | W/Glasses | W/O Glasses |
|---|---|---|
| **Snelling:** OD | | 20/30 |
| OS | | 20/30 |
| | | near - 20/25 |

**OPHTH & EXT:**

**Dilated Eye Exam**
    YES        (NO)
        (circle one)

Mydriatic solution  1 to 2 gts per eye.

_____
            Optometrist Signature

_____
            Nurse Signature

**New RX:**  OD  -1.00 Spl

      OS  -1.25 Spl

**Glaucoma:**   YES     (NO)
            (circle one)

IOP: 16        16 @ 1000
Details:

**Cataracts:**   YES     (NO)
            (circle one)

Details:

Frame: *eye size*  52
Size:
Color:
Seg Ht: PD - 63

_____  2/7/6
        Optometrist Signature/Date

| *Strickland* | *Daniel* | | | | 201870 |
|---|---|---|---|---|---|
| Last Name | First | Middle | DOB | R/S | AIS Number |

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

For ___ be Complete and Legible. You must Type or Print

*Please send this form with ___ authorization Letter to the service provider at the t ___ the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** EASTERLING 835 | **Patient Name: (Last, First,)** STRICKLAND DANIEL | **Date: (mm/dd/yy)** 1/31/06 |
| **Site Phone #** (334) 397-3128 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 11/6/66 |
| **Site Fax #** (334) 397-3128 | **Inmate #** 201890 | **PHS Custody Date: (mm/dd/yy)** 11/20/98 |
| **Will there be a charge?** ☒ Yes ☐ No  **Sex** ☒ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 02/09/35 |
| **Responsible party:** ☒ PHS  ☐ Auto Ins. | ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____ | |

## CLINICAL DATA

**Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dental

DARBOUZE, J. A.

**Facility Medical Director Signature and Date:**

_____ 1/31/06

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| | | |
|---|---|---|
| ☐ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |
| ☒ Routine | | ☐ Urgent |

**Estimated Date of Service (mm/dd/yy)** ____/____/____

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy

**Number of Visits/Treatments:** _____ ☐ Other:_____

**Specialist referred to:** Optometry (Dr McCray)

**Type of Consultation, Treatment, Procedure or Surgery:**

**Diagnosis:** ↓ vision.

**ICD-9 code:**

**You must Include copies of pertinent reports such as lab results, x ray results and specialty consult reports with this form.**

☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

31 m ℅ ↓ vision.

**Results of a complaint directed physical examination:**

OD  20/50

OS  20/70

OU  20/40

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.   **Date resubmitted:** ____/____/____

**Regional Medical Director Signature, printed name and date required:**

_____ ____/____/____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form .xls

Facility Name: Easterling                                                    2/07

Mycolog oint
apply BID
    x 2 weeks

↑ tube given 2-20-07
                    mRN

Start Date: 2-20-07    Prescriber: Darleuse
Stop Date: 3-6-07     RX #:

Benadryl 25mg
↑ PO Q HS
    x 3 days

4p ——— See new Order 2/23

Start Date: 2-20-07    Prescriber: Darleuse
Stop Date: 2-23-07     RX #:

Kenalog bid
    x 14 days

Start Date: 2/23/07    Prescriber: Darborze
Stop Date: 3/9/07      RX #:

Benadryl 50mg po
q HS
    x 7 days

Start Date: 2/23/07    Prescriber: Darborze
Stop Date: 3/2/07      RX #:

Start Date:    Prescriber:
Stop Date:     RX #:

Start Date:    Prescriber:
Stop Date:     RX #:

Diagnosis

Allergies: PCN

Chandler RN aw  M Mode     M
L. Ewing  LPN  io  fML

Housing Unit:
Patient ID Number: 201890
Patient Name: Strickland, Daniel                         11-6-01

MEDICATION ADMINISTRATION RECORD

Flexeril 10mg Tab
TID X 5 days

8/2/04 - 8/7/04 Floyd
Motrin 200mg TIII X
5days BID

8/2/04 - 8/7/04 Floyd

4a ⟶ 8N 9 9ac
4p ⟶ 8P PKNP

4a ⟶ 9N 9 9K
4p ⟶ 9K PKNP

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

august 1
Darfour
Floyd

PCN

august 31

Complete Entries Checked:
By: M Mobley          Title: RN          Date: 8-2
                      201890 pip          E

Strickland, Daniel



MEDICATION ADMINISTRATION RECORD

HC Cream GHS X
3x6 y)    4p ⟶ ⟶ x
12/19/03 - 12/22/03 Darkov C/E

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

2/03

DₗN

Complete Entries Checked
By: L. Ewie )    Title: LPN    Date: 12/19/2

Strickland, Daniel    2018 90  POp    SNS

# MEDICATION ADMINISTRATION RECORD

Facility: _Easterlin_

CC#: _____

MONTH _10/1/6_

| DRUG · DOSE MODE · INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hi own BID x 5d  10/2 - 10/6 | | 40 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: PCN

DOB/INMATE #: 201800

LOCATION: _____

NAME: Strickland, Daniel

CMS # 3150 REV 8/98

CORRECTIONAL MEDICAL SERVICES

Antivert 25mg ī po
t tid x 3 days
Dr. McWhorter  1/4 - 1/7

4A  ———>
10A ———>
4p  ———>

Jan. 2000
McWhorter

Pcn

Strickland, David

motrin 600 mg po tid
x 3 day
11-19-99 → 11-22-99

Dr King/A

11-1-99
Dr Micholota  Dr King
Pen

11-30-99

Strickland Daniel     Frndman     pop     LR    11-99
                      20/890              Eastling



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Daniel Strickland   Date of Request: 2-19-07
ID # 201890   Date of Birth: 11/6/66   Location: E2-61-B
Nature of problem or request: I'm broke out on my thighs + arms with
little red bumps that itch and burn. Then it burns and my
skin dries out. I've tried hydrocortisone but it doesn't help.

Daniel Strickland
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 2/20/07
Time: 6 15 AM PM
Allergies: _____

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:**    See Net tove dated 2-20-07
                                      CWRN

**(O)bjective**  (V/S): **T:** ___  **P:** ___  **R:** ___  **BP:** ___  **WT:** ___

**(A)ssessment:**   X Daniel Strickland

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



## Nursing Evaluation Tool:                                   <u>Dermatitis (Rashes)</u>

Facility: Alabama Department of Corrections

Patient Name: __Strickland, Daniel__
                  Last                 First

Inmate Number: __201890__           Date of Birth: __11 / 6 / 66__
                                             MM  DD  YYYY      MI

Date of Report: __2 / 20 / 07__     Time Seen: __615__ AM/**PM** Circle One
               MM  DD  YYYY

*Subjective:* Chief Complaint: ☑ Itching ☑ Burning ☑ Redness ☐ Swelling ☐ Weeping ☐ Blisters ☐ Lice/Scabies/Nits

              ☐ Other: _____

    Onset: __X2 weeks__

Location: __Bilateral ↑ legs__

History: _____
      (Continue on back if necessary)

                                         ☐ Check Here if additional notes on back

Associated Symptoms: ☐ None ☐ Fever ☐ Upper Respiratory Symptoms ☐ Tongue Swelling/Throat Closing ☐ Facial/Neck Swelling

            ☐ Difficulty breathing ☐ Other: _____

Recent environmental contacts (allergens/irritants): __States " I redo old furniture and that__

History of new medication: __Denies__     __stuff gets all over me."__
__wt - 237# 5002-9190 RA__

*Objective:* Vital Signs: (If Indicated) T: __97.1__   P: __100__   RR: __18__   B/P: __130 / 88__

    Exam: Lesion(s): ☐ NO ☑ YES Description __Several erythematous papules + scaley erythematous__

    Redness/Swelling/Streaking: ☐ NO ☑ YES (If Yes, Describe): __Redness__    __plaque__

☑ Additional Examination: __Pt states t improvement c HCT cream.__
   Continue on back if necessary

                                        ☐ Check Here if continued on back

*Assessment: (Referral Status)*     Preliminary Determination(s): _____

    ☐ Referral **NOT Required**

    ☑ Referral **Required** referral due to the following: (Check all that apply)
        ☐ Respiratory distress     ☐ Tongue or facial swelling ☐ Hives ☐ Wheezing
        ☐ New medication         ☐ Signs of infection    ☐ Recurrent Complaint (More than 2 visits)
        ☑ Other: __to be evaluated by MD__
              (Describe)

*Plan:* Check All That Apply:
               ~~Renative~~ Mycolog oint · apply BID x 2 weeks
    ☐ Meds given per approved OTC med list: ☑ __Benadryl 25mg po q HS x 3 days__
                     ☐ __to Dr Daulvery / Wambles RN__

    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do
    well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Education signs and symptoms of severe allergic reaction: (Difficulty breathing, throat or facial swelling). Pt instructed to seek immediate seek
    immediate medical attention if these should occur.

Other OTC Medications given: ☑ NO    ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): __Dr Daulvery__    Date for referral: __2 / 23 / 07__
                                                        MM  DD  YYYY

Referral Type: ☑ Routine   ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

X __Wambles RN__       Name: __Wambles RN__
   Nurses Signature                          Printed



PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Daniel Strickland                Date of Request: 1-30-06
ID # 201890                Date of Birth: 11/6/66   Location: 8B121
Nature of problem or request: I need to see the eye doctor because I am
having trouble with my vision.

Thank You

Daniel Strickland
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 1 /30/ 2006
Time: _____ AM  PM
Allergies: _____

See NET

|  |  |
|---|---|
| | **RECEIVED**<br>Date: 1/30/06<br>Time:<br>Receiving Nurse Intials _CMC_ |

**(S)ubjective:**

**(O)bjective** (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                            CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_____
                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

## Nursing Evaluation Tool:                                                    Eye Pain/Complaint

**PHS**

Facility: Alabama Department of Corrections

Patient Name: _____ STRICKLN _____ DAVIL _____
                        Last                           First

Inmate Number: _____ 201850 _____    Date of Birth: _11_ _16_ _66_ MI
                                                          MM   DD   YYYY

Date of Report: _1_ _30_ _206_          Time Seen: _820_ AM /(PM) Circle One
                 MM   DD   YYYY

### Subjective:

**Chief Complaint:** (Check All That Apply)

☐ **Foreign body:**        ☐ Right side ☐ Left side    **Foreign body type:** _____ or ☐ Unknown
☐ **Change in vision:**    ☐ Right side ☐ Left side ☐ Blurred ☐ Decreased
☐ **Eyelid Complaint:**    ☐ Right side ☐ Left side (Describe Below)
☐ **Trauma:**              ☐ Right side ☐ Left side (Describe Below) Trauma sustained in altercation with custody staff, or
☐ **Conjunctivitis:**      ☐ Right side ☐ Left side   other inmate? ☐ NO  ☐ YES (Requires notification of
                                                      correctional staff)
☐ **Seeing spots / flashes / floaters:**  ☐ Right side ☐ Left side
☒ **Request for glasses:** ☐ No other visual complaint  **Prior History of glasses?** ☐ NO ☒ YES  Last time seen by optometrist: _1980 US_

**Associated Symptoms / Additional Eye History**

☐ **Pain:** ☐ NO ☐ YES  Pain Scale: (1-10)_____    **Pain Description:** _____ Dull, Aching, Burning, Stinging, etc.
**Tetanus Toxoid** Within 10 years:  ☐ YES  ☐ NO       **Recent eye surgery** ☐ NO ☐ YES
**Conjunctivitis symptoms:** ☐ Hay fever / Allergies ☐ Itchy ☐ Redness ☐ Watery ☐ Redness ☐ Discharge:
**History of Glaucoma?:** ☐ NO  ☐ Yes (taking glaucoma medications? ☐ YES ☐ NO   **Cataracts** ☐ NO ☐ YES
**History of Retinal Detachment?:** ☐ NO ☐ Yes (_____)
**History of trauma:** ☐ NO ☐ YES  Type: ☐ Blunt ☐ Penetrating ☐ Chemical ☐ Other: _____
Onset: _____

History: _STATES he CAN NOT See SCANS on TV_
(Continue on back if necessary)

### Objective: Vital Signs: (As Indicated) T: _98_  P: _72_   RR: _16_   B/P: _100_ / _80_

Visual acuity: R _20/50_    L _20/70_        (If patient wears corrective lenses acuity should be
                                             checked with and without wearing corrective device)

**Periorbital Exam:** ☐ Normal ☐ Swelling  ☐ Evidence of Infection  ☐ Bruising  ☐ Other:_____

| Eye Exam: | Normal Findings | Abnormal Findings |
|---|---|---|
| Pupil: | ☐ PERRL | ☐ Pupil unequal/abnormal: |
| Conjunctiva: | ☐ Conjunctiva pink | ☐ Conjunctiva Pale ☐ Red ☐ Discharge _____ |
| Sclera: | ☐ Sclera white | ☐ Yellow ☐ Red |
| Foreign body: | ☐ No Foreign body | ☐ Foreign body |

**Eyelid:**       ☐ Normal        ☐ Red/Discolored ☐ Injury/Lesion ☐ Scaly ☐ Inflamed at margin ☐ Hematoma
                                  ☐ Drainage:_____         ☐ Sty
☐ **Additional Examination:** _Lt ey 20/70    Rt ey 20/50    20/40 BOR ₃cc_
Continue on back if necessary

### Assessment: (Referral Status)

☐ **Referral NOT Required**                    **Preliminary Determination(s):** _____
                       Expedited referral to a clinician except for: isolated itching
                       with normal visual activity or glasses request only.
☐ **Referral Required**
**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

### Plan: Check All That Apply:

☐ Irrigate with sterile H₂O or Normal Saline, check for foreign body or abrasion, antibiotic ointment and patch x 24 hrs
☐ Instructions on care/treatment of conjunctivitis.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions
   regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for
   appropriate follow-up visits)       ☐ Instructions to return if condition worsens.
☐ Other:_____
                  (Describe)

OTC Medications given ☐ NO  ☐ YES (If Yes List):_____
Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _ReFerral Form    Dr Day_  Date for referral:__/__/__

Referral Type: ☒ Routine  ☐ Urgent ☐ Emergent (if emergent who was contacted?):_____ Time_____
X _____                              Name: _D. Navanla_        __/__/__
    Nurses Signature                                 Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Daniel Strickland          Date of Request: 7-26-04
ID # 201890                    Date of Birth: 11/6/66  Location: 6B 113
Nature of problem or request: I'm having lower back pains with
Sharp pains shooting down my legs. It's also causing
pain in my groin area.

_Daniel Strickland_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: 7/28/04
Time: 1045 AM (PM)
Allergies: NKA

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _Rm_ |

**(S)ubjective:**  See above

**(O)bjective** T 97³ P 16 R 72 B/p 122/82 Wt 215#
w/ mto Hcu c̄ C/o pain to b back that shoots down
R leg. C/o pain to L testicle. States "I hurt myself
pick up/can entertainment center." Ø Swelling to
**(A)ssessment:** back or legs. pain a 10 on scale of 1-10.
ur̄ted. States "I have problem in the dorm". Resp. c̄ ease. Ø bruising
Skin w/d to touch.
**(P)lan:** Alt in comfort

refer to MD

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)     EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )    No (✓)
   Was MD/PA on call notified:   Yes ( )    No ( )

_B Mance OO Lpn_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Daniel Strickland _____ Date of Request: 12/17/03

ID # 201890 _____ Date of Birth: 11/6/66  Location: Seg H-2

Nature of problem or request: I have some kind of rash on my side & on both my inner thighs, also around my waist & on the back of my legs.

_____

Daniel Strickland
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 12 / 19 / 03

Time: 10 50 (AM) PM

Allergies: ~~N/A~~ PCN

| RECEIVED |
| --- |
| Date: 12/18/03 |
| Time: 3 AM |
| Receiving Nurse Intials KC |

**(S)ubjective:** P/O rash √ 2 wks, not relieved c̄ H.C. cream.

**(O)bjective:** A&O x 3 wm skin w/o Re? energy unlabored. Rash noted chest, beltline & b/l thighs.

**(A)ssessment:** Alt. Skin integrity

**(P)lan:** F/U c̄ m.p. 12/22/03
HC cream PHS x 3 days

Refer to: MD/PA  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_____
A. Ewi
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

NAME Strickland, Daniel

DATE 10/3/01

AIS# 201890

FACILITY Easterly

SIG.
PPD
RPR

DISCONTINUE

CONTINUE

INCREASE

DECREASE

Physician Signature:

---

NAME Strickland Bruce Daniel

DATE 10/24/00

AIS# 201890

FACILITY Easterling

SIG. PPD

DISCONTINUE

CONTINUE     noted
SBuskin
10/24/00
0730

INCREASE

DECREASE

Physician Signature: √/c Dr. Darboure/SBuskinn —

---

NAME Strickland, Daniel

DATE 1/4/00 1500

AIS# 201890

FACILITY Easterling

SIG. Antuent 25mg + tab TID = 3d

DISCONTINUE

CONTINUE     Noted
Brummn
1/4/00

INCREASE

DECREASE

Physician Signature: MDMcTurite

---

NAME Strickland David

DATE 11-24-99

AIS# 201890

FACILITY Easterly

SIG. PPD     RPR essen
UA                    MDM

DISCONTINUE

CONTINUE

INCREASE

DECREASE

Physician Signature: UDerminchate /Mmmu

## NAPHCARE
## NURSE'S NOTES

| DATE | TIME | |
|------|------|---|
| 10/3/01 | 7:45 AM | P- Periodic Health assessment Completed PPD administed. RPR drawn. —Smckinnon |
| 9/25/02 | 8:30 AM | P- Periodic Health assessment Completed. See Flowsheet- PPD administed —Smckinnon — |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME- LAST | FIRST | MIDDLE | AIS# |
|------------|-------|--------|------|
| Strickland, Daniel | | | 201890 |

NC-006          NURSES NOTES

# CORRECTIONAL MEDICAL SYSTEMS
## HEALTH SERVICES REQUEST FORM

Print Name: _____ Date of Request: _____

ID #: _____ Date of Birth: _____ Housing Location: _____

Nature of problem or request: _____
_____

_____
_____

I consent to be treated by health staff for the condition described.

_____

SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: " Still itching some, little rash "

Objective: BP 134/74 P 80 R 18 T 98 WT 215
W/M amb to HCU steady gaite A&Ox3
no Rash noted to trunk or extremities
c/o itching

Assessment:
alt n comfort

Plan:
no tx indicated

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _____ Title: RN Date: 2-9-00 Time: 7⁵⁵p

CMS 7160 REV 1/93

# HEALTH SERVICES REQUEST FORM

Print Name: _Daniel Strickland_    Date of Request: _9/30/00_

ID #: _201890_    Date of Birth: _11/06/66_    Housing Location: _BB 36_

Nature of problem or request: _Itching problem, all over body_
_don't know what it is. Can't stop the itch._

I consent to be treated by health staff for the condition described.    _Daniel Strickland_

### SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: _"Itchy all over."_

Objective: BP _124/74_ P _68_ R _18_ T _98_ WT _218_
_Inmate has C/O red spotted rash over chest, in between fingers. Also on buttocks. C/O itchy. No other C/O noted._

Assessment: _alt in Skin Integrity_

Plan: _Dial Soap 30cc Now._
_Hc Cream Bid x 5 days. No Dr. disturbance_ _R Shelby_

Refer: ___ PA/Physician  ⟋Mental Health ___ Dental

Sign: _R Shelby_    Title: _4_    Date: _10/1/00_ Time: _10 pm_

CMS

**CORRECTIONAL MEDICAL SERVICES**

### INTERDISCIPLINARY PROGRESS NOTES

Patient Name _Orchard Daniel_     I.D. # _201590_     Institution _ECSKilby_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1/4/00 | | ① wt 196, 136/90 P72 R16 T9.7⁶-116.4 | |
| 1/4/2000 | 150? | S - Arrived c/o dizziness, not dizzy now | |
| | | C - Pt difficult | |
| | | A - Vertigo | |
| | | P - Antivert 25 mg, j tab TID x 3d [signature] MD | |
| 2/12/00 | 1900 | P - See F15, MD orders rec'd: | |
| | | ① ↑ Benadryl to 50 mg po bid x 10 days | |
| | | ② Solumedrol 120 mg IM now | |
| | | ③ Start in am: Prednisone 60 mg po q day x 2 days, then 50 mg po x 2 days, then 40 mg po x 2 days, then 30 mg po x 2 days, then 20 mg po x 2 days, then d/c | |
| | | ④ Albuterol nebulizer tx now & q 6 hrs x 24 hrs | |
| | | ⑤ Hold for overnight observation, d/c in am if stable. ⑥ Motrin 800 mg po tid x 3 days | |
| | | T.O. Dr. Danbouze / D. Baker LPN / [signature] N [signature] 02/14/2000 | |
| 2/9/00 | | See dental record. Advil 200 mg TID x 7 days | |

CORRECTIONAL MEDICAL SERVICES

### INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Stricklad Daniel    I.D. # 201 8905    Institution ___

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 8/3/99 | 10 pm | O. Inmate to Hcu for Intra Sys. Transfer Assessm | |
| | | A Knowledge defcit | |
| | | P. Health Care Access gn. Rec'd a ___ | |
| 11-24-99 | | S. I'm Fin | |
| | | O. ___ F. Apy - CO Saw to back of | |
| | | heel Redness ___ Skin broken area noted no drainge | |
| | | A ___ | |
| | | P. Apy done PPD test given Right back | |
| | | of heel ___ ___ ___ | |
| 2/12/00 | 1900 | P- See FB, no MD order | ___ |
| 2/12/00 | 1925 | P- Signed waiver, see waiver | ___ |
| 10/24/00 | | S- "Will decline" | |
| | | O- Wm declines optional APY | |
| | | A- Health maintenance | |
| | | P - Declination explained + agreed | |
| | | PPD given | SBushia |

INTRASYSTEM TRANSFER FORM

## HEALTH STATUS

Transferring Facility: _Icc_

Name: _Strickland, Daniel_

Number: _2018905_    Race: B (W) H Other

Date: _8/3/99_

Age: _33_   Date of Birth: _11/16/66_   Sex (M) F

Time: _1230_ AM PM

Allergies: _PCN_

Food Handler Approved: Y / N

Current Acute Conditions/Problems: _____ N/A _____

Chronic Conditions/ Problems: _____

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: _N/A_

Chronic Long-term Medications: _____

Chronic Psychotropic Medications: _N/A_

Current Treatments: _____

Follow-up Care Needed: _____

Last PPD: _12/28/98_ Results _O_ mms    Last Physical: _12/28/98_

Chronic Clinics: _N/A_    Specialty Referrals: _____

Significant Medical History: _N/A_

Physical Disabilities/Limitations: _N/A_

Assistive Devices/Prosthetics: _____   Glasses: _N/A_   Contacts _N_

Mental Health History/Concerns:

Substance Abuse: (Y) N    Alcohol: (Y) N    Drugs: (Y) N

Hx Suicide Attempt: Date: ___/___/___

_N/A_  Hx Psychotropic Medication

Previous Psychiatric Hospitalizations

_C. Janzy RN_   _8/3/99_
Signature and Title    Date

## TRANSFER RECEPTION SCREENING

Date: _8/3/99_   Time: _1100_ AM PM

S: Current Complaint: _None_

Current Medications/Treatment: _____

_None Noted_

O: Physical Appearance/Behavior: _____

_WNL_

Deformities: Acute/Chronic: _None Noted (@ testicle Removed)_

_P 76 R 18 B/P 120/78_

A: _Knowledge deficit_

Receiving Facility: _Easterling_

P: Disposition: (Instructions: Check or circle as appropriate)

✓ Routine. Sick Call

___ Instructions Given

___ Emergency Referral

___ HIV/TB Instruction Given

___ Physician Referral

___ Urgent / Routine

___ Medication Evaluation

___ Work/Program Limitation

___ Special Housing

___ Specialty Referrals

___ Chronic Clinics

___ Mental Health

___ OTHER

___ Infirmary Placement

Other: _____

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME Strickland, Daniel | AIS# 201890-S |
|---|---|
| DATE 11/19/97 | FACILITY Easterly |
| SIG. Thyzerfen 600mg tid X 3 days | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME Strickland Daniel | AIS# 20/890 |
|---|---|
| DATE 2-9-99 | FACILITY VTV |
| SIG. Motren 600 #9 1/lix 3do | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

**CORRECTIONAL MEDICAL SERVICES**

## INTERDISCIPLINARY PROGRESS NOTES

Patient
Name _Strickland, Daniel_          I.D. # _201880_          Institution _FCC_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/1/99 | | 1/15 – 110/80          1/17 – 126/88 | |
| | | BP's OK | |
| | | Noted prob 2-1-99 | Dr. Ackerman, M.D. Fountain Health Unit |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## INTRASYSTEM TRANSFER FORM

**HEALTH STATUS**

Transferring Facility: _Killby_

Date: _1/11/99_
Time: _6:10_ AM (PM)
Allergies: _PCN_

Name: _Strickland  Daniel_
Number: _261896.3_    Race: B (W) H Other
Age: _____    Date of Birth: _11/1/68_    Sex: (M) F

Food Handler Approved: Y / N

Current Acute Conditions/Problems: _Dental Problems_
Chronic Conditions/ Problems: _Ø_

Current Medications - Name, Dosage, Frequency, Duration:
    Acute Short-term Medications: _Ø_

Chronic Long-term Medications: _Ø_

    Chronic Psychotropic Medications: _Ø_

Current Treatments: _Ø_
Follow-up Care Needed: _Dental_

Last PPD: _12-28-98_ Results _Ø_ mms    Last Physical: _12/28/98_
Chronic Clinics: _Ø_    Specialty Referrals: _Ø_

Significant Medical History: _(L) testicle removed '85', HIV & RPR drawn_
_12-28-98_
Physical Disabilities/Limitations: _Ø_
Assistive Devices/Prosthetics: _Ø_    Glasses: _Ø_    Contacts: _Ø_
Mental Health History/Concerns:
Substance Abuse: Y / N    Alcohol: (Y)/ N    Drugs: (Y)/ N
_____ Hx Suicide Attempt: Date: ___/___/___
_____ Hx Psychotropic Medication
_____ Previous Psychiatric Hospitalizations

Signature and Title _B. McLa_ Date: _1/11/99_

‎- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## TRANSFER RECEPTION SCREENING

Date: _1/14/99_ Time: _11 40_ (AM) PM
**S:** Current Complaint: _None_

Current Medications/Treatment: _none_

Receiving Facility: _Fu / Pop_

**P:** Disposition: (Instructions: Check or circle as appropriate)
_✓_ Routine, Sick Call
_____ Instructions Given
_____ Emergency Referral
_____ HIV/TB Instruction Given
_____ Physician Referral:
        Urgent / Routine

**O:** Physical Appearance/Behavior: _Quiet_
_Cooperative  Health Educ._
_Stated wh. gave role & S/P_

Deformities: Acute/Chronic: _None_

T _98_ P _84_ R _20_ B/P _130/100_
**A:**

_wt_
_194_

_Verbal & Written instruct._
_S/P demonstrated_
_understanding_

_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
Infirmary Placement

Other: _____

_✱ Allergic to PCN_
CMS 7190

Signature and Title _____



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Strickland Daniel | D.O.B.: 11 16 166 |
|---|---|---|

8-2-04
725

wt 215    T 99    P 92    R 20
BP 130/84    C/o lower back pain   Allergic PCN
37 wm for SC Reports carring heavy load and triped
going up stairs x 2 week ago reports Back pain
started 48° p strain, reports pain in lower back and
runs down back of (R) leg. Taking Ibuprophen from
canteen c̄ relief.

O  37 wm ambulates slowly, NAD A+0x3
   HEENT WNL
   COR RRR ⊘ murmur Lungs CTA
   Musculoskeletal: spine no deformity noted
        tender to palp in lower back
        ↓ FROM due to pain

A  L B Pain

P  Flexeril 10 mg po QD X 5 days
   Motrin 200 mg IIII BID X 5 days
   moist warm heat to LB area
   lay in x 2 days
   avoid lifting > 10# X 2 weeks

E  Safety,                    J Slay, LCSW

| Date/Time | Inmate's Name: Strickland, Daniel 20/890   D.O.B.: 11 / 06 / 66 |
|---|---|

2/23 7:45   weight 238 lbs, T 97.6, P 78   B/P 125/83

S/C   Chief complaint: rash in the inner thighs
~ early and itching + the inner thigh, x 1 week
after working on some old furniture.

0- NAD, VSS

skin: scaly, mildly erythematous, rash over the
medial/dorsal aspect of the ~ and ~ thigh.
no papules, no pustules.

Contact Dermatitis.

Rx: - Kenalog ont biw.
      - Benadryl 50 y 4°.
      - keep skin dry/clean - avoid exposure to
known allergen.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Last    Date    /    /

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Fourth    Date    /    /

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Third    Date    /    /

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Second    Date    /    /

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME: Strickland Daniel
901840

D.O.B. 11/6/66
ALLERGIES: PCN

Use First    Date 2/23/07

DIAGNOSIS Contact Dermatitis

Kenalog ont BID X 14 days top
Benadryl 50 mg Po Q HS X 7 days

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: Strickland, Daniel 201890 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 11/6/66 | Mycolog oint apply BID x 2 weeks |
| ALLERGIES: PCN | Benadryl 25mg PO Q HS x 3days |
| Noted 2/20/07 6:15PM | V/O Dr Darbouze / CWalker LPN |
| Use Last    Date 2/20/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    2/28/07 |

| NAME: Strickland Daniel #201890 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 11/6/66 | PPD |
| ALLERGIES: PCN | |
| | V/O Dr Darbouze / PMH |
| Use Fourth    Date 5/29/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    5/22/06 |

| NAME: Strickland Daniel #201890 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 11/6/66 | PPD |
| ALLERGIES: PCN | BPR |
| Noted 11/26/04 | DPT |
| | V/O Dr Darbouze / SBusha |
| Use Third    Date 11/26/04    11:30 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    1/7/06 |

| NAME: Strickland Daniel 201890 noted | DIAGNOSIS (If Chg'd)    L Back Pain |
|---|---|
| D.O.B. 11/6/66 | - Flexeril 10 mg Ī PO TID x 5days |
| ALLERGIES: PCN    8-2-04 | - Motrin 200mg ĪĪĪĪ BID x 5days |
| | - Moist heat to LB - Lay in x 2 days |
| | - no heavy lifting >10# x 2 weeks |
| Use Second    Date 8/2/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    Alone CRP |

| NAME: Strickland Daniel 20890 | DIAGNOSIS |
|---|---|
| D.O.B. 4/6/66 | Q HP cream (AS) x 3 days |
| ALLERGIES: PCN | |
| | V/O Dr Narburg / T Cure |
| Use First    Date 12/19/03 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)

12/19/03

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

| PATIENT | | | | DATE | | 2/13/2006 | |
|---------|---|---|---|------|---|-----------|---|
| STRICKLAND, DANIEL | | | | INSTITUTION | | | |
| NUMBER | | | | EASTERLING CORRECTIONAL | | | |
| 201890 | | EST | | | | | |
| | SPHERE | CYLINDER | AXIS | | PRISM | | BASE |
| OD | -1.00 | 0.00 | 0 | | 0 | | |
| OS | -1.25 | 0.00 | 0 | | 0 | | |
| | ADD | HEIGHT | DIST PD | | NEAR PD | | |
| OD | 0.00 | 0 | 63 | | 0 | | |
| OS | 0.00 | 0 | 0 | | 0 | | |
| | | | | Clear | | | |

LENS COLOR/COATINGS

| FRAME | | STYLE | | FRAME COLOR | |
|-------|---|-------|---|-------------|---|
| NICK | | | | | |
| EYE SIZ | | DROP BALL | | FINAL INSPECTION | |
| 52 | | | | | |

**LIANCE FORM**

201890
(Doc#)

| | |
|---|---|
| LENSES: | $4.95 |
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $9.79 |

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.

- If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

_____ (Witness)      2/21/06 (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|-----------------------------------|------|-----|-----|------|
| Strickland Daniel | 201890 | | W/M | East |

PHS-MD-70005      (White – Medical File, Yellow – Security Property Officer)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Daniel Strickland_ _____ _PB121_ _____ _201890_ _____
   (Print Name)                                               (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )  Splint

(✗)  Eyeglasses

(   )  Dentures

(   )  Prothesis     describe _____

(   )  Wheelchair

(   )  Cane

(   )  Crutches

(   )  Other         describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Daniel Strickland_ _____      _2/24/06_ _____
(Inmate)                                              (Date)

_____      _2/24/06_ _____
(Witness)                                             (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Strickland, Daniel | 201890 | | W/M | East |

PHS-MD-70005            (White – Medical File, Yellow – Security Property Officer)



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/26/04

**To:** DOC

**From:** NCU

**Inmate Name:** Strickland Daniel    **ID#:** 201890

**The following action is recommended for medical reasons:**

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____ until
5.  Other _____

**Comments:** Return on 11/28/04 @
6:30am for PPD reading

_____

_____

**Date:** 11/26/04  **MD Signature:** Darboure /SB    **Time:** 7:15

Daniel Strickland #201890

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8/2/04

**To:** DOC

**From:** HCU

**Inmate Name:** Strickland, Daniel    **ID#:** 201890

The following action is recommended for medical reasons:

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions *lay in X 2 days*        8-2-04 thru 8-4-04

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

*moist heat to LB*

*no heavy lifting > 10 lbs X 2 weeks*

*8/2/04 thru 8/16/04*

*Daniel Strickland   201890*

**Date:** 8/2/04   **MD Signature:** Floyd Mobley   **Time:** 10 40

60418

# SEGREGATION MEDICAL DOCUMENTATION FORM

Name: Strickland Daniel    AIS 201890    DOB _____ UNIT _____ YEAR 2003

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | NC |
| DECEMBER | | | | | | | | | | | | | | | | | N | N | N | N | N | N | N | N | N | N | N | N | N | N | NCNC |

KEY:    M – MEDICAL
D – DENTAL
P—PSYCHIATRIC
N/C-NO COMPLAINTS

NURSES SIGN AND INITIAL



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 12 /17/03 | TIME 1 00 AM/PM | ORIGINATING FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|---|
| ALLERGIES PCN | Wt 222 | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA | | |
| VITAL SIGNS: TEMP 99.6 ORAL RECTAL | RESP. 20 | PULSE 84 | B/P 120/70 | RECHECK IF SYSTOLIC / <100> 50 |

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|
| S-"I'm here for a bodychart" | | | | | |

O- W/M to HCU. Escorted
by officer McKinnes.
Alert et Oriented X 3. Skin
warm et dry to touch
Resp. even et unlabored.
No injuries noted.
Denies any injuries.
C/o Skin rash. Red rash
area noted to (L) side of

PHYSICAL EXAMINATION
abdomen. Advised to sign
up for sick call. Verbalized
Understanding.
A- Gt DOC bodychart
P- Release to DOC

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
as above

| DISCHARGE DATE 12/17/03 | TIME 105 AM/PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE Scottgen | DATE 12/17/03 | PHYSICIAN'S SIGNATURE C Colly CRN | DATE 12/17/06 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Strickland Daniel | DOC# 201890 | DOB 11-6-66 | R/S W/M | FAC. East |
|---|---|---|---|---|

PHS-MD-70007                   (White – Record Copy  Yellow – Pharmacy Copy)

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

_EASterling_
INSTITUTION

_Sthickland Daniel_          _201890_    _W/m_
NAME                          NUMBER      R/S

Lay-in for _____ days from _____ to
                                        (date)

_____ due to _____
        (date)

_____

_____

_____

Instructions:  _Report to Hcu @ 6³⁰ Am_
_on 10/18/03 to have PPD Read._

_____

_____

_Failure to follow the directions above may result in a disciplinary._

_10/16/03_                    _No Dr Darbo_
Date Issued                  Signature
                  ✗    _Daniel Stuckland_

F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_Easterling_

**INSTITUTION**

_Strickland, Daniel_    _20890_    _W/m_

NAME    NUMBER    R/S

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

_PPD  to  be  Read_

_on ( Fri )  9/27/02_

_e 6:30 A.m  for  PPD  Reading_

**Instructions:**

_Failure to follow the directions above may result in a disciplinary._

_9/25/02_    _V seemor  Carburathature_

Date Issued    Signature

_Daniel Strickland/201890_

F-53

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/ _N/S_ _____ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY _Easterling_ | ☐ EMERGENCY |
|------|------|------|------|
| 12/26/2001 | AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ OTHER |

**ALLERGIES** PCN _____ wt 225

**CONDITION ON ADMISSION**
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 96.9 (ORAL) RECTAL    RESP. 18    PULSE 82    B/P 126/90    RECHECK IF SYSTOLIC <100 > 50
O₂ Sats 98%

**NATURE OF INJURY OR ILLNESS**

"Sr d felt fell off of the top
rack, I think all of my
toes is broke."

C/O/M amb to HCU ≈ steady
gait. Skin w/Dts touch
Resp even at unlabored

**PHYSICAL EXAMINATION**

④⑤ toes on Left foot
noted to have skin broken
& discoloration

A=Alt in skin integrity/comfort

|  | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|--|------|------|------|------|------|

**ORDERS, MEDICATION, etc.**

P= X-Ray L foot held in infirmary until
seen - by MD King

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO ☐ DOC | CONDITION ON DISCHARGE |
|------|------|------|------|
| 12/26/01 | AM PM | ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|------|------|------|------|------|
|  |  |  | 12/27/01 |  |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|------|------|------|------|------|
| Strickland Daniel | 35 | 11/16/66 |  |  |

NC 041    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

**NaphCare**

# Release of Responsibility

Daniel Strickland _____     Date _____ 12/26/01 _____
Name of Inmate

w/201890    11/6/66
nmate ID Number/Date of Birth

hereby refuse to accept the following treatment / recommendations:

Refused to stay & see M.D.

acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
nd agents from all responsibility and ill effect which may result from this action.

Daniel Strickland _____          Jonothan ___ CO1
mate Signature                              Witness

12/26/01     12/26/01
ate / Time

he aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign
is form.

X Ewin MD _____          _____
itness                                      Date / Time

_____
tness

**lease of Responsibility**

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

*Easterling*

INSTITUTION

Strickland , Daniel                    20189o  WM
NAME                                    NUMBER    R/S

Lay-in for _____ days from _____ to _____
                                    (date)

_____ due to _____
        (date)

Return to HCU oN
10-05-01 (Friday) at
6:30 A.M. for P.P.D Reading.

Instructions: _____

_____

_____

_____

*Failure to follow the directions above may result in a disciplinary.*

10/3/01                  S. McKinnon LP
Date Issued              Signature
                         *Daniel Strickland*

F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

E CF
_____
**INSTITUTION**

Strickland, Daniel     201890   W/M
_____    _____  _____
**NAME**                   **NUMBER**   **R/S**

**Lay-in for** _2_ **days from** _12-19-00_ **to**

_12-21-00_ **due to** AN Extraction
**(date)**

**Instructions:** BED REST X 48HRS. HE MAY HAVE
SALT FOR THE KITCHEN FOR ORAL RINSES
TWICE DAILY X 7 DAYS.

*Failure to follow the directions above may result in a disciplinary.*

_12-19-00_                    _____
**Date Issued**               **Signature**

F-53

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

Easterling

**INSTITUTION**

Strickland Daniel          201890    w/m

NAME                        NUMBER    R/S

Lay-in for _____ days from _____ to _____

(date)

due to _____

(date)

Instructions: Return on 10/26/00 at 6:30AM for PPD reading

*Failure to follow the directions above may result in a disciplinary.*

10/24/00

Date Issued

SBushNN

Signature

Daniel Strickland

F-53

# EPARTMENT OF CORREC ONS

## EMERGENCY/ _UyS_ TREATMENT RECORD
### (OTHER)

| DATE 10/3/00 | TIME 2⁰ ☐AM ☐PM | FACILITY _Eastull_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES _PCN_    wt _218#_    CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _980_ (ORAL) RECTAL    RESP. _18_    PULSE _88_    B/P ___/___
RECHECK IF SYSTOLIC _____
<100 > 50

| NATURE OF INJURY OR ILLNESS | | ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|---|
| S: "Resh" | | | | | | |

PHYSICAL EXAMINATION
O: Wlm ant. to Hall —
steady gait. A&O x 3.
reddened bumpy rash
noted to neck, chest,
axilla areas, arms,
+ buttocks, — waistline
+ knees. No areas in
skin. S/S infection noted.



ORDERS, MEDICATION, etc.

A. Alt. skin integrity

P. Benadryl 2oz given c instruction on use
given

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 10/3 | TIME 10 14 ☐AM ☐PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE | DATE 10/3/00 | PHYSICIAN'S SIGNATURE | DATE 10/4/00 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Strickland, Daniel | AGE 33 | DATE OF BIRTH 11/6/66 | R/S W/M | AIS # 201890 |
|---|---|---|---|---|

F-15                    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

DEPARTMENT OF CORRECTIONS
EMERGENCY/_____ N/S _____ TREATMENT RECORD
(OTHER)

| DATE 2-11-00 | TIME 1214 ☐AM ☑PM | FACILITY Elmore/Staton ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☑ OTHER |

ALLERGIES PCN

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 986 ☐RECTAL ☑ORAL   RESP 18   PULSE 76   B/P 120/70   RECHECK IF SYSTOLIC < 100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |

S- "I think something bit me"

PHYSICAL EXAMINATION
O- w/m Area c swelling
noted to ® side of face
under jaw area. Redness
noted to center of boil
No drainage noted. c/o
tenderness + itching.

ORDERS, MEDICATION, etc.

A- Alt. in comfort

P- Doxycycline 100mg po bid x 10d.
Benadryl 50mg now
Benadryl 50mg qhs x 5d.        } noted SBushien

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 2-11-00 | TIME 1235 ☐AM ☑PM | RELEASE/TRANSFERRED TO ☑DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE SBushien | DATE 2/11 | PHYSICIAN'S SIGNATURE | DATE 02/19/2006 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Strickland Daniel | AGE 38 | DATE OF BIRTH 11/6/66 | R/S W/m | AIS # 201890-S |

F-15                ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ ___N/S___ TREATMENT RECORD
(OTHER)

| DATE 2/12/00 | TIME 1900 AM/PM | FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

ALLERGIES PCN    wt.

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97 (ORAL) RECTAL   RESP. 20   PULSE 104   B/P 130/78   RECHECK IF SYSTOLIC <100 > 50

wt - 2/2/65

### NATURE OF INJURY OR ILLNESS

S" "The redness from this place on my neck is going to down my neck into my chest & throat feels tight when I swallow started about 1-2:00 today. Came over & saw MD yesterday because I thought something bit me. Had fever & chills last night."

O - 33 y/o WM A&O x 3, skin pink, warm & dry, resp regular & unlabored, steady gait, no distress noted. Pt. voices above subjective complaint. Raised reddish-pink dime sized area ē pencil point sized brownish head in the middle, noted under (R) lower jaw. Area has approximate half dollar sized swelling noted surrounding it ē redness radiating in a V-shape from jaw to throat area to top of sternal area, area is hot to touch, ē tenderness to palpation. Pt. had body chart yesterday & saw MD, was placed on Benadryl & Doxycycline. Pt. ē throat feeling tight when swallowing, denies any difficulty breathing or SOB. Chest clear to auscultation, no swelling noted in pharynx. No other symptoms noted. A - Alteration in comfort P - Dr. Danbouze notified of above via phone per P. Baker LPN, orders rec'd ① ↑ Benadryl 50 mg po bid ② Solumedrol 120 mg po emottis DM now ③ start in am: Prednisone 60 mg po q day x 2 days, then 50 mg po x 2 days, then 40 mg po x 2 days, then 30 mg po x 2 days, then 20 mg po x 2 days. ④ Albuterol nebulizer tx now & q 6 hr x 24 hr ⑤ Hold for overnight observation ⑥ Motrin 800 mg po tid x 3 days. Solumedrol 120 mg DM given in (R) vol. Albuterol tx given, no resp difficulty noted. 7:45 pm - States "I want to sign waiver." Advised of risks of leaving AMA, voiced understanding, signed waiver. Pink slip given for albuterol tx & instructed to RTC prn, voiced understanding. Left ambulating, steady gait, no distress.

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

| RELEASE/TRANSFER DATE signed waiver 2/12/00 | TIME 1925 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC signed waiver ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL signed waiver. |
|---|---|---|---|

| NURSE'S SIGNATURE P. Baum RN   DATE 2/12/00 | PHYSICIAN'S SIGNATURE   DATE 02/17/00 | CONSULTATION |
|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Strickland, Daniel | AGE 33 | DATE OF BIRTH 11/06/66 | R/S W/M | AIS # 211890-S |
|---|---|---|---|---|

F-15    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

HEALTH CARE UNIT

**PATIENT INFORMATION SLIP**

_Easterling_

INSTITUTION

Strickland, Daniel      20790      w/m

NAME                    NUMBER     R/S

Lay-in for _____ days from _____ to

_____

(date)

_____ due to _____

(date)

Repat to HCU @ following times
for breathing treatment.

2/13/00  4:30 am  —  12:30 pm  —

Instructions:  8:30 pm  —  12:30 am  —

No shaving ⊥s @ side of chin + neck.
x 10 days

Failure to follow the directions above may result in a disciplinary.

2/12/00              VO Dr Dauberger

Date Issued          O Baldwin

F-53                 X Daniel Strickland

# RELEASE FROM LIABILITY

DATE _8/12/00_

TIME _700_ am/**pm**

This is to certify that I, _Daniel Strickland_

AIS# _201890_ , of the _Easterling_

Facility _refuse to stay in infirmary for_

_overnight observation per MD order._

against the advice of the attending physician and the administration. I acknowledge that I have been informed of the risk involved and hereby release the attending physician, Correctional Medical Services, officers, and employees and agents from any liability or responsibility for any injury or damage which I may suffer because of this decision.

_[signature]_
**Witness**

_[signature] Daniel Strickland_
**Signature of Inmate**

_[signature]_
**Title**

_2/12/00_
**Date**

_[signature]_
**Second Witness**

# DEPARTMENT OF CORRECTIONS

## EMERGENCY / _____ TREATMENT RECORD
(OTHER)

| DATE 1-4-00 | TIME 12⁵⁵ AM PM | FACILITY Eastwlin ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

ALLERGIES PCN Wt. 196

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.6 ORAL RECTAL RESP. 16 PULSE 72 B/P 130/90 RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

c/o being dizzy all morning the room spinning. This started this morning

PHYSICAL EXAMINATION

AOx3 Wm skin WD. Resp even & unlabored. No n/v. no s/s cold. Bil ear canal clear of s/s infection. Escorted our by wc. Dizziness noted c change of postion from supine to sitting. Spells last appx 2 mins. No pain at present. Bil ear drums intact.

ORDERS, MEDICATION, etc.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 1 4 00 | TIME 12³⁰ AM PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE X To see MD | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE L Ewing RN | DATE | PHYSICIAN'S SIGNATURE | DATE 1/4/00 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Strickland Daniel | AGE 33 | DATE OF BIRTH 11 6 66 | R/S w/m | AIS # 201898 |
|---|---|---|---|---|

HEALTH CARE UNIT

## PATIENT INFORMATION SLIP

**INSTITUTION**

Strikland   Daniel
Dark

**NAME**   **NUMBER**   **R/S**

~~Lay-in for~~ _____ days from _____ to

(date)

due to _____

(date)

TO   NCu   11-26-99   0630

For   PPD   Results   Friday

**Instructions:**

*Failure to follow the directions above may result in a disciplinary.*

11-24-99
**Date Issued**

**Signature**

Daniel Strickland

F-53

| DATE | TIME | FACILITY _ECC_ | | ❏ EMERGENCY |
|---|---|---|---|---|
| 8-1-99 | 5:50 AM/PM | ❏ SIR  ❏ PDL  ❏ ESCAPEE ❏ | | ❏ OTHER |

ALLERGIES _PCN_

**CONDITION ON ADMISSION**
❏ GOOD  ❏ FAIR  ❏ POOR  ❏ SHOCK  ❏ HEMORRHAGE  ❏ COMA

VITAL SIGNS: TEMP _____ ORAL / RECTAL   RESP. _18_   PULSE _96_   B/P _142/84_
**RECHECK IF SYSTOLIC** < 100 > 50
190

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ Z | SUTURES |
|---|---|---|---|---|---|

"Dude punched me in the jaw then I hit him back "nuckles hurt" I Blocked the hits with my hands but one fist get me on the forehead"

**PHYSICAL EXAMINATION**

0 - Orient x 3, denies vision problem 1) Large bruise, Round red hematoma frontical 1) center front skull, red bump on chin



—1-2 cm
Bruise
Bruise

**ORDERS, MEDICATION, etc.**

A - Cut comfort
P - Ice to forehead, L eye + chin
educate 1) Nor V or blurred vision return HCU

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE | TIME AM/PM | RELEASE/TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| | | ❏ DOC  ❏ AMBULANCE  ❏ ____ | ❏ SATISFACTORY  ☑ FAIR | ❏ POOR  ❏ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| | 8/1/99 | | 8/1/99 | |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|
| | | 11-6-16 | WM | 221892 |

**MEDICAL RECORD REVIEW:**

| | | |
|---|---|---|
| Past history of hepatitis? | YES ✓ | NO |
| TB test current? | YES | NO |
| TB test negative? | YES ✓ | NO |
| If history of positive TB test, verified | | |
| Completion of treatment? | YES | NO |

**PHYSICAL ASSESSMENT:**

| | | |
|---|---|---|
| Open sores or rashes on hands, arms face and neck: | YES | NO ✓ |
| Has diarrhea: | YES | NO ✓ |
| Has a cough | YES ✓ | NO ✓ |
| Lungs clear to auscultation: | YES ✓ | NO |
| Signs and symptoms of other contagious diseases: | YES | NO ✓ |

Specify: _____

This inmate's medical record has been reviewed and he has been examined:

_✓_ He IS medically cleared for duty as a food service worker

_____ He IS NOT medically cleared for duty as a food service worker

SIGNATURE _____     DATE 8/3/99

---

## FOOD SERVICE WORKER GUIDELINES

**HAIRNETS:** Put hairnets on before washing hands. Be sure to include all hair especially bangs on the front of head. Do not touch hair when handling food.

**HANDWASHING:** Turn water on. Wet hands. Lather hands with soap. Scrub for at least 30 seconds. Rinse off bar of soap. Replace in soap dish. Rinse hands. Dry hands with paper towel and use paper towel to turn off faucet.

**SICKNESS:** Tell the kitchen officer if you feel ill, or if you have diarrhea or a rash.

I have received education on hand washing and personal hygiene, and I understand the need for both, especially when handling food on the kitchen detail.

INMATE SIGNATURE _____     DATE 8/3/99

NURSE SIGNATUE _____     DATE 8/2/99

NAME _Strickland Daniel_     AIS# _201890_     LOCATION _C/Sterling_

# CORRECTIONAL MEDICAL SYSTEMS
## ALABAMA _Fountain_ (UNIT) WRITTEN COUNSELING

Inmate Name _Strickland, Daniel_

ID Number _201890-S_          Housing Unit _Fountain_

Date _2/18/99_

**This letter is to inform you that you have not been compliant with your medications that our physician has ordered for you. It is imperative for your health that you take this medication, and he has ordered the following medication for you:**

_Motrin 600 mg_

**It is prescribed for the following times:** _T.I.O._

*Reason Stated it you didn't want anymore*

_N Johnson_ RN                        _Daniel Strickland_ 201890
**Nurse's Signature**                 **Inmate's Signature**

_2/18/99_                             _2/18/99_
**Date**                              **Date**

_____
**Witness if refuses to sign**

NAME: _Strickland Daniel_   I.D. Number _20/890_

INSTRUCTIONS: _BP ✓ x 3 day_

| DATE | TIME | BP | ARM | NURSE | DATE | TIME | BP | ARM | N |
|------|------|-----|-----|-------|------|------|-----|-----|---|
| 1/15/99 | 0735 | L-110/80 P=80 | R 110/74 | M. Cllas Rn | | | | | |
| 1/16/99 | | | | | | | | | |
| 1/17/99 | 1030 | 124/80 110/88 | p 80 | D Godric | | | | | |
| | | | | | Dr. Abraham Mouton, M.D. Fountain Health Unit | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# RECEIVING SCREENING FORM

INMATE'S NAME: _Strickland Daniel_ DATE _1-12-99_ TIME _____

DOB _11-6-66_ OFFICER _J. Freeman_ INSTITUTION: <u>FOUNTAIN</u>

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | _____ |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | _____ | _____ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | _____ | _____ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | _____ | _____ |
| Is the skin in poor condition or show signs of vermin or rashes? | _____ | _____ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | _____ | _____ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | _____ | _____ |
| Is the inmate making any verbal threats to staff or other inmates? | _____ | _____ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | _____ | ✓ |
| Does the inmate have any obvious physical handicaps? | _____ | ✓ |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures? _____ ✓ _____

This inmate was _____ ✓ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit

_James Freeman cet_
**Officer's Signature**

**This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.**

## CORRECTIONAL MEDICAL SERVICES
## CONSENT TO TREATMENT FORM

_Strickland, Daniel_
**Name of Inmate**

_122898_
**Date**

_201890_
**Inmate ID Number / Date of Birth**

I hereby give my consent to Correctional Medical Services, its employees and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications or other procedures recommended by the physician.

I am aware the practice of medicine is not an exact science and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by Correctional Medical Services.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above and release Correctional Medical Services, its employees and agents from any and all liability which may arise from this action.

_Daniel Strickland_
**Inmate Signature**

_12-28-98_
**Date**

**Witness**

**Witness**

cms/01

# CMS
## CORRECTIONAL
## MEDICAL SERVICES

## WHAT YOU NEED TO KNOW ABOUT TETANUS

Tetanus, sometimes called lockjaw, is a very serious disease that can occur after a cut or wound lets the germ into the body. Tetanus makes a person unable to open his or her mouth or swallow, and causes serious muscle spasms. People with tetanus usually have to stay in the hospital for along time. In the United States, tetanus kills 3 out of every 10 people who get the disease. Since 1975, only 50 to 90 cases of tetanus have been reported each year.

Tetanus vaccines cause few problems. They may cause mild fever or soreness, swelling, and redness where the shot was given. These problems usually last for 1 to 2 days.

There is a rare chance that other serious problems or even death could occur after getting Tetanus. Such problems could happen after taking any medicine or after receiving any vaccine.

I have read the above information regarding Tetanus injections and understand about possible side effects.

_Darrel Strickland_

**Inmate Signature/AIS#**

**Date** 12-28-98

**Witness** Connaught

**Manufacturer**

**Lot#** 0953220

**Administered By** _Rita Bryant LPN_

# RECEIVING SCREENING FORM

**INMATE'S NAME:** *Strickland Daniel* **DATE:** 12/23/98 **TIME:** 8:10 Am

**DOB:** 11-6-66 **OFFICER:** A. Gibson **INSTITUTION:** KILBY

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| Does the inmate have any obvious physical handicaps? | | ✓ |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was _____✓____ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_____
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: ........................................................................ AIS #: ............................................ R/S .......................

Date: ...................... / ...................... / ...................... DOB: ...................... / ...................... / ...................... AGE: ......................

Last School

Beta II ........................... WAIS ............. / ............. / ............. WRAT-RL ...................... Grade Completed ...................

MMPI Welsh ........................................................... Megargee ........................................................
    Code                                                 Type

### General Appearance

_____ a. Neat and generally appropriate         _____ c. Flat or avoiding interaction

_____ b. Poorly groomed                      _____ d. Sad or worried

_____ e. Other   _____

_____

I.    **Interpersonal Functioning**
       _____ a. Normal-good relationships likely     _____ d. Lacks skill or confidence

       _____ b. Withdrawn / apparent loner         _____ e. Probably difficult to get along with

       _____ c. Likely to ignore rights / needs      *Other (Specify) _____ 1. _____ 2.

_____ 3. _____ 4. _____ 5. _____ 6. (See Copy) _____ _____

_____

II.   **Personality**
       _____ a. Healthy                   _____ d. Explosive

       _____ b. Antisocial                _____ e. Dependent

       _____ c. Paranoid                _____ f. Passive-Aggressive

       Other (Specify): _____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

       _____ 5. Borderline _____ 6. Avoidant _____ 7. Compulsive _____ 8. Atypical/mixed

       _____ 9. See Copy (Write in your wording) _____

_____

_____

III.   **Substance Abuse**
       _____ a. Alcohol addiction / abuse history _____

_____

_____

       _____ b. Drug addiction / abuse history _____

_____

_____

_____

Psychological Interview / Data Entry Form
Page Two

_____ c. Current use _____

_____

_____

_____ d. Current addiction _____

_____

_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.

_____ 9. (See Copy) _____

_____

IV.   Emotional Status

_____ a. No significant problems

_____ b. Depressed _____

_____

_____ c. Anxious or stressful _____

_____

_____ d. Angry or resentful _____

_____

_____ e. Confusion or psychotic symptoms _____

_____

_____

_____ f. Mood disturbances _____

_____

_____ g. Sexual maladjustment _____

_____

_____ h. Paranoid ideation _____

_____

_____ i. Sleep / appetite disorder _____

_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.

_____ 9. (See Copy) _____

_____

_____

V.    Mental Deficiency

_____ a. Mild                          _____ d. Borderline

_____ b. Moderate                      _____ e. Organic impairment
                                                    suspected
_____ c. Severe                        _____ f. Memory deficit

Remarks: _____

_____

_____

*See manual for selections and numbers for "*other"

Psychological Interview / Data Entry Form
Page Three

VI.   Management Problems          Ideation _____

_____ a. Suicide potential      Plans _____

                                   History of attempts / gestures _____

_____

_____ b. Serious mental history (specify) _____

_____

_____ c. Impulsive / acting-out behaviors predicted _____

_____

_____ d. Authority conflict _____

_____

_____ e. Manipulative / untrustworthy _____

_____

_____ f. Easily victimized _____

_____

_____ g. Escape potential _____

_____

_____ h. Assaultiveness _____

_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____ 9.(See Copy)

_____

VII.  Educational Needs

____ a.   ABE          ____ b.  Special Education          ____ c.  Trade School          ____ d.  Jr. College

VIII. Mental Health Needs                         Date referred  Month _____ Year _____

____ A. Refer to psychiatric service   ____ C. Depression          ____ K. Personal Development

____ B. Substance abuse counseling   ____ E. Sexual adjustment

____ D. Stress management            ____ G. Anger induced acting out

____ F. Reality therapy              ____ I. Self-concept enhancement

____ H. Values clarification         ____ J. Healthy use of leisure

RECOMMENDATIONS / REMARKS: _____

_____

_____

_____

_____

_____                    _____
        Signature                                    Date

*See manual (pages 23-25) for selections for "other"  Give number and wording of selection.

***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

-- CLIENT INFORMATION --

Client      : Strickland, Daniel              Age            : 32

Sex         : Male                            Marital Status :

Education   :                                 Date of Birth  : 11/06/66

File Name   : 201890

Prepared for: DEPARTMENT OF CORRECTIONS on 12/30/98

-----------------------------------

The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated. No decisions should be based solely
on the information contained in this report. This material
should be integrated with all other sources of information in
reaching professional decisions about this individual. This
report is confidential and intended for use by qualified
professionals only. It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved

-- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --

L F K Hs D Hy Pd Mf Pa Pt Sc Ma Si
110
100
90
80
70
60
50
40
30
20
1 2 3 4 5 6 7 8 9 0

MMPI-2 INTERPRETIVE REPORT                                    PAGE  3
PREPARED FOR: DEPARTMENT OF CORRECTIONS


                    -- PROFILE MATCHES AND SCORES --


                                              Highest
                                   Client     Scale          Best Fit
                         Scale     Profile    Codetype       Codetype
       ────────────────────────────────────────────────────────────────
       Codetype match:                        Spike 0        4-6/6-4
       Coefficient of Fit:                     .54            .87

       Scores:       F (raw)        0
                     L             51            54             53
                     F             55            55             74
                     K             35            39             43
                     Hs (1)        48            46             54
                     D  (2)        57            58             63
                     Hy (3)        42            42             55
                     Pd (4)        62            51             79
                     Mf (5)        46            45             49
                     Pa (6)        64            50             81
                     Pt (7)        49            50             61
                     Sc (8)        55            46             65
                     Ma (9)        56            45             59
                     Si (0)        67            69             54
       ────────────────────────────────────────────────────────────────
       Mean Clinical
       Elevation:                  54            49             65

       Ave age-males:                            39             33
       Ave age-females:                          42             32

       % of male codetypes:                     1.7%           4.9%
       % of female codetypes:                   1.0%           4.9%

       % of males within codetype:             78.2%          67.6%
       % of females within codetype:           21.8%          32.4%

       ------------------------------------------------------------------


            Configural clinical scale interpretation is provided in the
       report for the following codetype(s):

                            Spike 0
                            4-6/6-4
       ------------------------------------------------------------------

MMPI-2 INTERPRETIVE REPORT
PREPARED FOR: DEPARTMENT OF CORRECTIONS                                    PAGE   4

                  -- CONFIGURAL VALIDITY SCALE INTERPRETATION --

          There is no information available for this configuration of
     scores for scales L, F, and K.  Interpretation for each of the
     individual validity scales is presented below.


                           -- VALIDITY SCALES --


     ? (raw) = 0

          Scores in this range reflect a relatively small number of
     unanswered items, which in and of itself should not have an
     impact on the validity of the profile.

     L      T = 52

          L scores in this range are usually obtained by individuals
     who generally respond frankly and openly to the test items and
     are willing to admit to minor faults.

     F      T = 55

          F scores in this range usually indicate that the individual
     responded to the test items as do most individuals who are
     relatively free of stress.

     K      T = 35

          Scores in this range are very low and suggest that the
     individual may have serious psychological and emotional problems
     or may have distorted and greatly exaggerated their problems to
     create the impression of a severe psychological disorder.
     Psychological defenses may be extremely weak and the individual
     may have limited ability to cope with stress.



                  -- CONFIGURAL CLINICAL SCALE INTERPRETATION --


     Spike 0 Codetype  (High Match)


     Clinical Presentation:

          This codetype is more common in men than women.  These
     individuals are experiencing only minor distress that tends to be
     chronic in nature.  They are easier to be located [...]

frequently are phobic.  They consider themselves to be in good
physical health and they report few or no physical pains.  They
report that they do not abuse substances and do not get into
behavioral problems.  They are not concerned about their
psychological functioning.

They are very shy, bashful, introverted individuals who are
easily embarrassed in social situations.  They lack
self-confidence and are easily overwhelmed by others.


Treatment:

Assertiveness or social skill training may be beneficial.


Possible Diagnoses:

Axis I   - Rule Out Adjustment Disorder

Axis II  - Rule Out Schizoid Personality Disorder
           Rule Out Dependent Personality Disorder



4-6/6-4 Codetype  (Best Fit)


Clinical Presentation:

These individuals are angry, argumentative, and resentful of
any demands being placed on them.  They are excessively demanding
of attention, affection, and sympathy.  They typically have poor
work histories.  Marital problems are quite common.  These
individuals are suspicious of the motives of others and paranoid
features should be ruled out.

These individuals are generally obnoxious, hostile, and
angry.  They are usually able to control the expression of their
hostility , but they do exhibit episodic angry outbursts.  These
individuals often express rather vague emotional and physical
complaints and they report feeling depressed and nervous.
Substance abuse may be a significant issue.  In response to
stress, these individuals may exhibit outbursts of temper and
threats of punishment.

These individuals often exhibit strong needs for attention,
affection, and sympathy coupled with suspiciousness concerning
the motives of others.  They may become hostile and angry when
their expectations are not met.

The self-concept of these individuals is usually unrealistic

MMPI-2 INTERPRETIVE REPORT                                          PAGE  6
PREPARED FOR: DEPARTMENT OF CORRECTIONS

These individuals are likely to have a long history of very
poor interpersonal relationships.  They are difficult to interact
with because of their hostile attitudes and behavior which lead
to poor relationships.  Their relationships are often
characterized by resentment, anger, hostility, suspiciousness,
and extrapunitive behavior.  They are very sensitive to and
resentful of any demands being placed on them.

Treatment:

The prognosis is generally quite poor due to the denial of
personal responsibility for their problems.  These individuals
are usually very demanding in psychotherapy.

Possible Diagnoses:

        Axis I    - Rule Out Mood Disorders
                    Rule Out Schizophrenia
                    Rule Out Paranoid Disorders
                    Rule Out Psychoactive Substance Abuse Disorder

        Axis II   - Rule Out Paranoid Personality Disorder
                    Rule Out Passive Aggressive Personality Disorder
                    Rule Out Borderline Personality Disorder


                    --- CLINICAL SCALES ---


Hs (1)  T = 48

Scores in this range are considered to be within normal
limits.

D (2)  T = 57

Scores in this range are considered to be within normal
limits.

Hy (3)  T = 42

Scores in this range are obtained by individuals who are
often described as caustic, cynical, sarcastic, and socially
isolated.  They often are constricted, socially conforming, and
fixed on a narrow range of interests.  They may believe that
others are too optimistic.

MMPI-2 INTERPRETIVE REPORT                                          PAGE   7
PREPARED FOR: DEPARTMENT OF CORRECTIONS

Pd (4)   T = 62

      Scores in this range are often obtained by individuals who
are sincerely concerned about social problems and issues or are
responding to situational conflict or crisis.  Scores in this
range are common among adolescents and may be reflective of their
striving for independence.

Mf (5)   T = 46

      Scores in this range are typical for males interested in
traditional masculine interests and activities.

Pa (6)   T = 64

      Individuals who obtain scores in this range tend to be
sensitive to the opinions of others.  They may be overly
sensitive to criticism and overly responsive to the reactions of
others toward them.

Pt (7)   T = 49

      Scores in this range are considered to be within normal
limits.

Sc (8)   T = 56

      Scores in this range are considered to be within normal
limits.

Ma (9)   T = 56

      Scores in this range are considered to be within normal
limits.  Normal adolescents and college students tend to score in
the upper end of this range (T-scores of 54-67).  Persons older
than 60 who score in the upper end of this range are likely to be
overly energetic and active.

Si (0)   T = 67

      Scores in this range usually are obtained by individuals who
prefer to be alone or with a small group of friends.  They are
likely to be reserved in new social situations.

MMPI-2 INTERPRETIVE REPORT                                              PAGE  8
PREPARED FOR: DEPARTMENT OF CORRECTIONS

                        -- ADDITIONAL SCALES --

          No additional scales were selected for interpretation by
     the user.


                             END OF REPORT
                             * * * * * * * *

## PHYSICAL ASSESSMENT

Institution

| INMATE NAME: _Strickland Dave_ | VITAL SIGNS | | |
|---|---|---|---|
| TYPE OF ASSESSMENT: INITIAL_____ OTHER_____ | HT____ WT____ BP____ | | |
| | PULSE____ RESP____ TEMP____ | | |

| FAMILY HISTORY: (F/FATHER, M/MOTHER, B/BROTHER, S/SISTER) | VISION (SNELLEN CHART) |
|---|---|
| TB____ HEPATITIS____ HIV+____ HYPERTENSION____ | Rt: 20/__ with glasses_____ |
| CANCER____ ASTHMA____ EPILEPSY____ ANEMIA____ | Lt: 20/70 with glasses_____ |
| KIDNEY DISEASE____ SICKLE CELL____ SEIZURES____ | |
| MENTAL ILLNESS____ DIABETES____ HEART DISEASE____ | |
| OTHER____ | |

### PHYSICAL ASSESSMENT

| Normal/Not Present Please ✓ | Abnormal/Comment |
|---|---|
| **SKIN:** Color | |
| Condition | |
| Turgor | |
| Recent Injury | |
| Tatoos | |
| Scars | ✓ Lt side |
| **HEAD:** Hair | |
| Scalp (pediculi) | |
| **EARS:** Appearance | |
| Canals | |
| **MOUTH:** Throat | |
| Tongue | |
| Tonsils | |
| **NOSE:** Obstruction | |
| Drainage | |
| **NECK:** Veins | |
| Mobility | |
| Thyroid | |
| Carotids | |
| Lymph nodes | |
| **CHEST (BREASTS)** | |
| Configuration | |
| Auscultation | |
| Respirations | |
| Cough/Sputum | |
| **HEART:** Auscultation | |
| Radial pulse | |
| Apical pulse | |
| Rythm | RRR |
| **ABDOMEN:** Shape | |
| Bowel Sounds | |
| Palpation | |
| Hernia | |
| **SPINE** | |
| **NEUROLOGICAL:** Reflexes | |
| **GENITAL/URINARY:** Lesions | ✓ Lt test Removed 85 |
| Discharge | |
| **RECTAL EXAM:** (For 40 yrs. old and older) | |
| Hemorroids | |
| Anal Warts | |
| Stool for Occult Blood + - | |
| **EXTREMITIES:** Pulses | |
| Edema | |
| Joints | |

**FEMALES ONLY**

PELVIC EXAM:
Pap Smear
Gonorrhea Culture
(Admission PE only)

**IMMUNIZATION STATUS**

Date last Tetanus: _12/28/98_

Other

**TB SCREENING**
Current PPD:
Date Given: _12/28/98_
Results and Date: _12/30/98_
PLEASE CIRCLE
Follow-up scheduled:    Not Indicated
Yes    _Dm_

**ORAL SCREENING**

Pain/Discomfort:
Condition of teeth: (poor) fair  good
Condition of gums: poor  healthy
False teeth:    partial  plate  upper  lower
Oral Hygiene instructions given:

**REMARKS**

**REFERRAL**

Assessed by: _Ron Johnson RN_

Date: _12/28/98_    Time: _PM_

Physician Review: ____

Date: ____    Time: ____



PRISON HEALTH SERVICES, INC.

# HEALTH EVALUATION

| I. | HISTORY – (LPN or RN) | YES | NO | COMMENT(S) |
|---|---|---|---|---|
| | Weight Change (greater 15 lbs.) | | ✓ | 220 # |
| | (Compare Weight Below) | | | Last weight at least 6 months ago |
| | Persistent Cough | | ✓ | |
| | Chest Pain | | ✓ | |
| | Blood in Urine or Stool | | ✓ | |
| | Difficult Urination | | ✓ | |
| | Other Illnesses (Details) | | ✓ | |
| | Smoke, Dip or Chew | ✓ | | 2 pk pl X 12 ns |
| | ALLERGIES | ✓ | | pkn |

Weight 217# Temp 98° Pulse 76 Resp 16 Blood Pressure 120/84
**If greater than > 140/60, repeat in 1hour.**
Eye Exam: 20/20 OD 20/20 OS 20/20 OU      **Refer to M.D. if remains > 140/90.**

| II. | TESTING – (LPN or RN) | RESULTS |
|---|---|---|
| | Tuberculin Skin Test (q yr) | Date given 5-20-06 Site LFA |
| | | Read on 5/22 Results O mm |
| | Past Positive TB Skin Test → | **Survey Completed** |
| | (Chest x-ray if clinical symptoms) | Date ___ Results ___ |
| | RPR (q 3 yrs) | Date 12-04 Results NR |
| | EKG (baseline at 35, over 45 q 3 yrs) | 11-04 |
| | Cholesterol (at 35 then q 5 yrs) | 12-06-04 –153 |
| | Finger Stick Blood Sugar | Results 94 |
| | * If > than 200 repeat Finger Stick BS within 48 hours | Results ___ |
| | Optometry Exam (@ 50 if not already seen) | |
| | Mammogram | Date ___ Results ___ |
| | (females @ 40, q 2 yrs/other M.D. order) | |

| III. | PHYSICAL RESULTS – (RN, Mid-Level, M.D.) | |
|---|---|---|
| | Heart | RRR |
| | Lungs | cl b.l. |
| | Breast Exam | Instruct |
| | Rectal (yearly after 45) | Results |
| | with Hemoccult | Results |
| | Pelvic and PAP (q 1 yr) | Date N/A Results ___ |

Facility East   Nurse Signature _R M Inman_   Date 5-20-06

M.D. or Mid-Level Signature ___   Date 1-27-06

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Strickland Daniel | 201890 | 11-6-66 | W/m |



**PRISON HEALTH SERVICES INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Joyce / Darsey Strickland     Mom / Dad
Name     Relationship

710 Elizabeth Street     334-365-0400
Street Address     Phone Number

Prattville     Al.     36067
City     State     Zip Code

Daniel Strickland     201890     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     11/26/04
Inmate Signature     Doc#     S.S.#     Date

SBishop —     11/26/04
Witness     Date

Info updated 5-20-06
No Δ _____ Plumark

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Strickland Daniel | 201890 | 11/6/66 | Wm | ECF |

PHS-MD-70003     **(White – Medical Record, Yellow – Active File, Pink – Control Center)**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5-20-06

**To:** Doc

**From:** PHS

**Inmate Name:** Strickland Daniel **ID#:** 201890

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Hca for PPD Result 5-22-06 Tues. 6:45 am

**Date:** 5-20-06 **MD Signature:** W R Daban/gh **Time:** 7:20

Daniel Strickland #201890

60418



PHS
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) | | ✓ | |
| (Compare Weight Below) | | | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | ✓ | | HX ½pk qd X 11yrs |
| ALLERGIES | ✓ | | PCN |

Weight _220_ Temp _98.9_ Pulse _82_ Resp _16_ Blood Pressure _130/80_

Eye Exam _20/25_OD _20/25_OS _20/25_OU

**If greater than > 140/90, repeat in 1 hour.
Refer to M.D. if remains > 140/90.**

**II.    TESTING – (LPN or RN)**          RESULTS

Tuberculin Skin Test (q yr)        Date given _11/26/04_ Site _LFA_
                                   Read on _11.28.04_ Results _∅_ mm

Past Positive TB Skin Test  →      **Survey Completed**
(Chest x-ray if clinical symptoms)  Date_____ Results_____
RPR (q 3 yrs)                      Date _11/26/04_ Results_____
EKG (baseline at 35, over 45 q 3 yrs)  _11/26/04_
Cholesterol (at 35 then q 5 yrs)   _11/26/04_
Tetanus/Diptheria  (q 10 yrs)      Last Given _12/28/98_ Due _2008_
   (if done today)                 Site given __—__ Dose___ Lot #_____
Optometry Exam (@ 50 if not already seen) _N/A_
Mammogram                          Date _N/A_ Results_____
   (females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

Heart          _RRR_
Lungs          _Clear_
Breast Exam    _____
Rectal (yearly after 45)   Results _____
   with Hemoccult          Results _N/A_
Pelvic and PAP (q 1 yr)    Date_____ Results_____

Facility _Easterling_ Nurse Signature _S Busker_ Date _11/26/04_

M.D. or Mid-Level Signature _____ Date _11/29/04_

| INMATE NAME | AIS# | D.O.B. | (38) | RACE/SEX |
|---|---|---|---|---|
| Strickland Daniel | 201890-S | 11/6/66 | | W/m |

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _CA Sterling_

Date Given: _10/16/03_                Date Read _10-18-03_

Site Given: _(L) arm_                 Size in M.M. _0_

Lot# _45356261_

Nurse _A Shu_                         Nurse _L. Ewing LPN_

**Note: Past Positives and conversions**, use Assessment of Tuberculin status for PPD reactors form *in addition to completing the bottom of this form.*

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _221_     Previous Weight _224_   B/P _118/80_

*circle*

|  |  |
|---|---|
| Recent chest pain | Yes or **No** |
| Kitchen clearance assess. done and attached | **Yes** or No |
| Productive cough | Yes or **No** |
| Any bleeding | Yes or **No** |

Emergency contact _Joyce Strickland (mother)_ Phone# _339 365-0400_

Address _710 Elizabeth St Prattville, AL 36067_

Inmate signature X _Daniel Strickland_   Date _10-16-03_

Witness signature X _A Shu_             Date _10/16/03_

DOB _11-06-66_ AGE _36_   Race _W_   SEX _M_   SSN _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_

**Inmate Name** _Daniel Strickland_   AIS# _201890_

NC-069

# TechCare

## Annual Health & TB Screening Appointment

NaphCare

11/18/2002

| | |
|---|---|
| Name | **STRICKLAND,DANIEL** |
| DOC # | **201890** |
| Birth Date | **11/6/1966** |

| | |
|---|---|
| Appointment Date | **9/25/2002** |

### TB Screening Data

| | |
|---|---|
| Date Given | 9/25/2002 |
| Site Given | LFA |
| Lot # | 4525G261 |
| Nurse Administering | SM |
| Date Read | 9/27/2002 |
| Size in MM | 0MM |
| Nurse Reading | BB |

### Medical Data

| | |
|---|---|
| Current Weight | 224 |
| Previous Weight | 226 |
| Height | |
| Blood Pressure | 140/80 |
| Recent Chest Pain | No |
| Kitchen Clearance | Yes |
| Productive Cough | No |
| Any Bleeding | No |
| Diabetic | No |
| Diabetic Condition | NO |
| Prosthetic | No |
| Duty Status | |

### Emergency Contact Data

| | |
|---|---|
| Name | JOYCE STRICKLAND |
| Phone | 365-0400 |
| Address | 710 ELIZABETH ST. |

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _Easterlin_

Date Given: _9/25/02_                     Date Read _9/27/02_

Site Given: _(L) Forearm_                 Size in M.M. _0mm_

Lot# _452566261_

Nurse _JMcKinnon LPN_                     Nurse _DBnacewood LPN_

Note: **Past Positives and conversions**, use Assessment of Tuberculin status for PPD reactors form *in addition to completing the bottom of this form.*

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _224#_   Previous Weight _226#_   B/P _140/80_

|  | | *circle* |
| --- | --- | --- |
| Recent chest pain | Yes or | No |
| Kitchen clearance assess. done and attached | Yes or | No |
| Productive cough | Yes or | No |
| Any bleeding | Yes or | No |

Emergency contact _Joyce or Darry Strickland_ Phone# _365-0400_

Address _710 Elizabeth ST._

_Prattville, Al. 36067_

Inmate signature _Daniel Strickland_   Date _9/25/02_

Witness signature _JMcKinnon_   Date _9/25/02_

DOB _11/6/66_ AGE _35_ Race _W_ SEX _M_ SSN _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_

**Inmate Name** _Strickland, Daniel_ AIS# _201890_

NC-069

# NAPHCARE
# PERIODIC HEALTH ASSESSMENT

I.　　HISTORY -- (Nurse)　　　　　　　YES　　NO　　　COMMENTS

　　　　Weight Change (>15 lb.)　　　　＿＿＿　✓　Last weight at least 6 mos.
　　　　(Compare Weight Below)　　　　　　　　　　ago＿＿＿＿＿＿＿
　　　　Persistent Cough　　　　　　　　＿＿＿　✓　＿＿＿＿＿＿＿
　　　　Chest Pain　　　　　　　　　　　＿＿＿　✓　＿＿＿＿＿＿＿
　　　　Blood in Urine or Stool　　　　　＿＿＿　✓　＿＿＿＿＿＿＿
　　　　Difficult Urination　　　　　　　＿＿＿　✓　＿＿＿＿＿＿＿
　　　　Other Illnesses (Details)　　　　＿＿＿　✓　＿＿＿＿＿＿＿
　　　　Smoke, Dip or Chew　　　　　　　✓　＿＿＿　HX of smoking
　　　　ALLERGIES　　　　　　　　　　　✓　＿＿＿　PCN

　　　　Weight 226#　Temp 978　Pulse 76　Resp. 18　B.P. 120/80

II.　　TESTING -- (Nurse)　　　　　　　　　RESULTS

　　　　Tuberculin Skin Test (q yr.)　　　Date given 10/3/01　Site (L) Firearm
　　　　(chest x-ray if clinical symptoms)　Read on 10/5/01　Results ⊘ mm
　　　　RPR (q3yrs)　　　　　　　　　　Date 10/3/01　Results ＿＿＿
　　　　EKG (baseline at 35, over 45 q 3 yrs)　N/A
　　　　Cholesterol (at 35 then q 5 yrs.)　N/A
　　　　Tetanus/Diptheria (q10 years)　　Last given 12-28-98　Due＿＿＿
　　　　If Done Today:　　　　　　　　　Site given＿＿＿Dose＿＿Lot #＿＿
　　　　Optometry exam (age 50 if not already seen)

III.　　PHYSICAL　　　RESULTS

　　　　Heart　　　　　　　　　　　　RRR
　　　　Lungs　　　　　　　　　　　　Clear
　　　　Breast (q2 yrs. p 30)　　　　Date N/A　Results＿＿＿
　　　　Rectal (yearly p50)　　　　Results N/A
　　　　With Hemoccult　　　　　　Results＿＿＿
　　　　Pelvic and PAP (q 1 yr)　　Date N/A　Results＿＿＿

Emergency Addressee Joyce or Dorse Nurse Strickland
Address 716 Elizbeth St. Prattville, Al. 36067　Phone# 365-0400
Facility Easterly　Nurse Signature Amcmimirue　Date 10/3/01
PhysicianSignature＿＿＿＿＿＿＿＿＿＿＿＿Date＿＿＿＿
DOB 11/6/66　AGE 34　RACE W　SEX m　SSN＿＿＿
**Inmate Name** Strickland, Darrel　　　**AIS #** 201890

NC070

NAPHCARE

## TUBERCULIN PPD FOR INMATES

| INITIAL SKIN TEST | |
|---|---|
| Date Given: 10/3/01 | Date Read: 10-5-01 |
| Site Given: (L) Forearm | Size: O mm |
| Lot #: C06/9 AA | |
| Nurse: Mckinnon LPN | Nurse: L Ewing LPN |

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

_Daniel Strickland_
Inmate Signature

10/3/01
Date

_S. Mckinnon LPN_
Witness Signature

10/3/01
Date

| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Strickland, Daniel | 201890 | W | Easterlig |

NC047        Tuberculin PPD for Inmates

## DECLINATION OF OPTIONAL PHYSICAL EXAM

_Strickland Daniel_ , _201890-S_ ___ Decline the
Inmate Name                    AIS#

Opportunity to under go the Optional Physical Exam offered to me on this date. I
understand this will be offered again in one year and at that time it will not be optional. I
further understand I am required to participate in the infection control screening (
Tuberculin Testing) this year and every year. Failure to comply with the infection control
screening or the non-optional physical exam will result in disciplinary action.

✗ _Daniel Strickland_                    _SBushien_ —
Inmate Signature                         Witness

_10/24/00_
Date

---

| INITIAL SKIN TEST | |
|---|---|
| Date Given: _10/24/00_ | Date Read _10-26-00_ |
| Site Given: _LFA_ | Size: _0_ |
| Lot #: _4525G260_ | |
| Nurse: _SBushien_ — | Nurse: _[signature]_ |

---

I have received a fact sheet on TB and have had the opportunity to have my questions
answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours
after being administered. I have never had a positive reaction to a TB skin test, nor have I
ever been treated with TB drugs. I have also been instructed to check with my regular
physician or the public health department if I am released prior to the TB test being read.

✗ _Daniel Strickland_                    _10/24/00_
Inmate Signature                         Date

_10/24/00 SBushien_ —                    _10/24/00_
Witness Signature                        Date

## PERIODIC HEALTH ASSESSMENT

I.     HISTORY - (Nurse)

| | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) | | ✓ | Last Weight at least 6 mo.'s. |
| (Compare Weight Below) | | | ago: 190 in May |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood In Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | ✓ | | Pcn |

Weight 96# Temp. 98° Pulse 88 Resp. 2 B.P. 148/80
Eye Exam:    Without Glasses    OD 20/20 OS 20/15 OU 20/15
             With Glasses    OD ____ OS ____ OU ____

II.     TESTING - (Nurse)        RESULTS

| | |
|---|---|
| Tuberculin Skin Test (q yr.) | Date Given 11-24-97 Site LFA |
| (chest x-ray if clinical symptoms) | Read On 11/26/99 Results 0 mm |
| RPR (q 3 yrs.) | Date 11-28-97 Results NR |
| Urine Dip (yearly) | Results See UA on front |
| (Glu., Pro., RBC., WBC.) | Sheet |
| EKG (baseline at 35, over 45 q 3 yrs.) | N/A |
| Cholesterol (at 35 then q 5 yrs.) | N/A |
| Tetanus/Diphtheria (q 10 yrs.) | Last Given 12-22-96 Due ____ |
| If Done Today: | Site Given ____ Dose ____ Lot # ____ |
| Mammogram – (Annually - Females > 49) | Date Done ____ Results ____ |

III.     PHYSICAL        RESULTS

| | |
|---|---|
| Heart | RRR |
| Lungs | Clear b/l |
| Breast (q 2 yrs. p 30) | Date N/A Results ____ |
| Rectal (yearly p 45) | Results N/A Hemocult ____ |
| Pelvic and PAP (q 1 yr.) | Date N/A Results ____ |

Inmate Name Strickland Daniel          AIS # 20/890
DOB 1-6-66     Age 33   Race W   Sex m   SSN 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
Emergency Addressee Joyce Strickland (Sister)   Phone # 334 365-0400
Address 710 Elizabeth St Prattville AC
Facility Easterling   Nurse Signature Pendman, RN   Date 11-29-99
Physician Signature ____   Date 12/13/99

## TUBERCULIN PPD FOR INMATES

| INITIAL SKIN TEST | |
|---|---|
| Date Given: 11-24 99 | Date Read: 11-26-99 |
| Site Given: LFA | Size: 0 mm |
| Lot #: 2499-11 | |
| Nurse: Pndnna | Nurse: Ph. Clauila |

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

_Name Strickland_
**Inmate Signature**

_11-24-99_
**Date**

_Pndnna G_
**Witness Signature**

_1/24 99_
**Date**

| Inmate Name: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Strickland | 201890 | W/m | East/g |
| Dnil | | | |

# UA DIPSTICK REPORT

NAME Strickland Daniel    AIS# 20/890

DOB 11-6-66    R/S W/m

DATE 1-24-99    TIME 0745

APPEARANCE: COLOR_____ CLARITY_____

SPECIFIC GRAVITY 1.025

LEUKOCYTES Ø

NITRATE Ø

PH 5

PROTIEN Ø

GLUCOSE Ø

KETONE Ø

UROBILINOGEN 4

BILIRUBIN Ø

BLOOD Ø    HEMOGLOBIN_____

NURSE _____ MD _____

## CORRECTIONAL MEDICAL SERVICES
## MEDICAL HISTORY AND SCREENING

KCF

**INSTITUTION**

| INMATE NAME: Strickland, Aaron | ID# 201890 | RACE: W | D.O.B.: 1-6-66 |
|---|---|---|---|

### INMATE QUESTIONNAIRE (circle one)

| | Yes | No |
|---|---|---|
| 1. Do your have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes | No |
| 2. Have you fainted or had a head injury within past six months? | Yes | No |
| 3. Have you been seen by a doctor in the past six months? | Yes | No |
| 4. Do you wear glasses or contact lenses? | Yes | No |
| 5. Do you have prosthesis, splint, crutches, cast or brace that you need while here? | Yes | No |
| 6. Do you drink wine, beer or whiskey, How often? 3-4 wk How much? 3 beer Last time? Sept '98 | Yes | No |
| 7. Have you had seizures or blackouts when you stop drinking? | Yes | No |
| 8. Do you use drugs? Type Marij How often? Last time 10-98 | Yes | No |
| 9. Have you had withdrawal problems when you stop taking drugs? | Yes | No |
| 10. Are you currently detoxing? If yes, from what substance? | Yes | No |
| 11. Do you have any medical problems we should know about? | Yes | No |
| 12. Have you been in this facility before? | Yes | No |

### MENTAL HEALTH

| | Yes | No |
|---|---|---|
| 13. Have you ever been hospitalized or treated for psychiatric problem? | Yes | No |
| 14. Have you ever considered or attempted suicide | Yes | No |
| 15. Are you feeling depressed or extremely sad? | Yes | No |
| 16. Do you want to hurt yourself or someone else? | Yes | No |
| 17. Are you hearing voices?____ If yes, what are they saying? | Yes | No |

### FEMALE INMATES ONLY

| | Yes | No |
|---|---|---|
| 18. Are you pregnant?    LMP | Yes | No |
| 19. Do you use birth control? Type | Yes | No |
| 20. Have you recently had a baby, miscarriage or abortion? | Yes | No |

**COMMENTS: (Explain "Yes" Responses)**

### VITAL SIGNS

HT 6'0"  WT 70  BP 130/80

Pulse____  Resp____  Temp____

### CURRENT MEDICAL CONDITIONS (circle terms that apply)

Unconscious                 Skin Infection
Disoriented                 Restricted Mobility
Intoxicated                 Skin Rash
Lesions                     Jaundice
Obvious Pain                Needle Marks
Bruises                     Swollen Glands
Fever                       Active Cough
Nausea                      Vaginal/Penile Discharge
Uses Tobacco                Dental Problems  Sick Call

### MEDICAL HISTORY (circle terms that apply)

Arthritis                   Frequent Diarrhea
Diabetes                    Genital Sores
Seizure Disorder            V.D.
Asthma                      Hepatitis
Special Diet                HIV+
Heart Condition             Tuberculosis
Hypertension                Persistant Sore Throat
Stomach Ulcer               Dental Problems
Cancer                      Surgeries
Sickle Cell Anemia          Chest Pain
Emphysema                   Jaundice

### TB HISTORY

Ever treated with TB Drugs?   Yes   No
Previous PPD test? Yes /No   Previous Positive Reaction?  Yes / No
When____
Where____

Chronic Cough/Blood         Fever
Recent Weight Loss          Night Sweats
Recent Appetite Loss        Fatique

### MEDICATIONS

Current Medications:

800 mg Motrin (toothache)

### DISPOSITION

Referrals ____ None          Placement

____Emergency Room (Pre-booking injury)   ____ Infirmary
____Emergency Room (Acute Condition)      ____ Detoxification
____Physician                                  Setting
____Sick Call                             ____ Gen Population
                                          ____ Other

### ALLERGIES

Medication Allergies:  Yes   No
   Type: PCN
Other Allergies:       Yes   No
   Type:____

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Inmate Signature: Aaron Strickland

Screened by: ____    Date: 12-28-98    Time:____

Reviewed by:____    Date:____    Time:____

Revised 4/28/97 (CMS 7107)

# PROBLEM LIST

Name _Strickland, Daniel_

ID # _201875-S_

D.O.B. _11-6-66_

Medication Allergies _PCP_

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral (NONE) | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 5/10/04 | ⟨NONE⟩ | | BP |
| 8-2-04 | L BACK pain | | |
| | 11/22/05 Hep. B Vacc. #1 Lot# AHBVB004BA EXP. 01/20/2006 | 12/22/05 Hep. B Vacc. #2 Lot# AHBVB004BA EXP. 01/20/2006 | 3rd dose Hep B 6/7/06 Lot 0833R Exp. 1/27/2007 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

01/94

# Hepatitis B Vaccine Consent Form

## Facility Name-Easterling Correctional

Daniel Strickland

**Inmate Name**

201890

**AIS Number**

Daniel Strickland

**Inmate Signature**

6-7-06

**Date**

## Dose Given-20 mcg. (1 ml.)/Third Dose

## Site Given- Right Deltoid

Administered by-

Lot # and Expiration Date: 0833R /1-27-07

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling Correctional Facility_

_Daniel Strickland_        _201890_
**Inmate Name**                 **AIS Number**

_Daniel Strickland_        _12-22-05_
**Inmate Signature**             **Date**

**Dose Given** _20 mcg. (1 ml.) / 2nd dose_

**Site Given** _(R) deltoid_

**Administered by** _Brennan R_


**Lot Number and Expiration Date** _AHBVB004BA_
                             _Exp. 1/20/06_

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling_

DOB- 11/6/66

_Daniel Strickland_

**Inmate Name**                                    **AIS Number**

_201890_

_Daniel Strickland_

**Inmate Signature**                               **Date**

_11-22-05_

**Dose Given** _1 ml._

**Site Given** _L deltoid_

**Administered by** _L Ewing (LPN)_

**Lot Number and Expiration Date**

**Lot# AHBVB004BA**
**EXP. 01/20/2006**

11/21/2005