In the United States District Court
for the Middle District of Alabama
Northern Division

1 of 1

Daniel Strickland (A.I.S # 201890)
   Plaintiff,

v.                   Case No. 2:07-CV-282-MEF

Prison Health Care, et al
   Defendants.

Answer to the Complaint

Comes now: Daniel Strickland Plaintiff answering Complaint,

1. In Kay Wilsons Special Report she states that she never spoke with me about me getting my medical Records, I show to the Court Exhibit-A, were I filed a Request to Mrs Kay Wilson.

2. In Kay Wilsons Special Report she States that I didn't file Grievance forms. I filed to the Courts like Kay Wilson told me to do as shown in Exhibit-A, and Exhibit C, asking for a Court oder also in Exhibit D. and Exhibit B.

3. I was never told by Prison Health Care to file a Grievance form, I done what I was told to do by Prison Health Care.

4. Kay Wilsons denys any and all alleged Claims, dom' showing to the Court that Kay Wilson Did sign Exhibit A.

2 of 1

5. Plaintiff is not asking for any money or any special treatment all plaintiff asks for is Copys of medical Records.

6. I went to the prison library and asked about fileing proper paper work and I was told to file a 1983 Complaint Form Wich is EXHbit - E

7. I'm" not trying to sue anyone for money Kay wilson or the state nor Doc. all I ask for is Copy of medical Records.

8. my mother Joyce Strickland, Called, the prison, and talked with mis teal about getting Copys of my medical Records, she told my mother she would Check into it.

9. I ask the Court that I should not have to Pay Defendants attorneys Fees Because I done what Defendant told me to do wich is shown in EXHBit - A.

10. the only Relief that the plaintiff asks is for medical Records.

3 of 1

11, I Dainel Strickland Show to this Court that I did do what I was told to do By Prison Health Care, I also Show to this Cout, all Paper work that I filed, I filed several other Request to Kay Wilson that never was Returned, I Pray that this Cout will give me the Releaf, I'm not asking for money, all I wanted was one Peice of Paper, and it toar all this, the only Claim I ask for is a Copy of medical Records

x _Daniel Strickland_
Plaintiff

x _____
Witness

Certificate of service

I hereby Certify that a Copy of the above and foregoing has been served by U.S mail this 26th day of July, 2007 to

Paul M James
Attorney for Defendant
Prison Health Care services
Kay wilson, HSA

Dainel Strickland
Ais# 201890) Easterling
Correctional Facility
200 wallice Drive Clio
AL 36017

Samuel Strickland #201890 C2-61B
Staton Correctional Facility
000 Wallace Drive
Elmore, AL. 36017

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711



USA FIRST-CLASS FOREVER
USA FIRST-CLASS FOREVER

Exhibt - A

**INMATE REQUEST SLIP**

Return To ↓

Name: Daniel Strickland   Quarters: 8B-121   Date: 1-23

AIS #: 201890

( ) Telephone Call    ( ) Custody Change   ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet       (✗) Other _____

Briefly Outline Your Request - **Then Drop In Mail Box**

Mrs K Wilson
I am Requesting a Copy of my medical Records from the time, that I went through Kilby were they tested me. Can you please help me with this or tell me who can, it is very important that I recive thoss Records or get a copy of them, I need them for court purpose
Thank you
Daniel Stricklan

**Do Not Write Below This Line** - For Reply Only

Mr. Strickland, a request for your records would have to come from the court
K Wilson, RN/HSA, 1-26-07.

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

( ) Warden                        ( ) Deputy Warden          ( ) Captain
( ) Classification Supervisor     ( ) Legal Officer - Notary ( ) Record Office
                                      Public

JAN 26 2007

Exhibit-B

\*\*\* In the Circuit Court of Elmore County \*\*\*

Daniel Strickland
vs
State of Alabama,

2-17-07

Case: 000 262.00

<u>Motion to File for Medical Records</u>

I am fileing this motion to the Court to ask for and Court oder, to be sered to Prison Health Care, on Kay Wilson, to give me copys of my medical, I tried several times, and I was denied my medical Records, Mis K Wilson wrote me back and told me to get a Court oder, I am sending the Court a copy of the foregoing, it is very important that I Recieve these Records, I pray that the Court will grant this motion, because I need the Records for my Rule 32.

address of Defendant
\*
\*
Daniel Strickland # 201890
E2-61-B ECF 200 Wallace
Drive Clio AL, 36017

x Daniel Strickland
  Defendant  2-17-07

x _____
  Witness  2-17-07

Kay Wilson Health Care
nurse address

ECF 200 Wallace Drive
Clio AL, 36067

EXHIBIT-C

| Daniel Strickland | Daniel Strickland AIS# | Mar 7, 07 |
|---|---|---|
| Plaintiff | E-2-61B ECF 200 Wallace Drive | |
| K. Wilson | Clio Alabama, 36017 | |
| Defendant | | |

```
*  *
*   Motion For Court Oder to   *
*   Recieve medical Records    *
*  *
```

Dear mam/sir,

By way of introduction my name is Daniel Strickland. I am incarserated at easterling Correctional facilty. I am trying to get back in Court and I need a Copy of my medical Records, wich Contains, were they tested me for any STD? I was told to get a Court Oder, so thats what I am trying to do. I filed in my home town and was told to file here. I have tried every thing, the prison Health Care, told me to get a Court oder, so I am asking this Court to Please Consider this motion were I Can help my self, I pray that this Court will give me some Relief.

N, K Wilson
Prison Health Care,
200 Wallace Drive
Clio AL, 36017
    Defendent

x Daniel Strickland
    Plaintiff

x [signature]
    Witness

Exhibit - D

# IN THE CIRCUIT COURT OF ELMORE COUNTY, ALABAMA

State of Alabama, ) 
Plaintiff )
)
v. )  Case No. CC-98-262
)
Daniel Strickland, )
Defendant )

FEB 27 2007

### ORDER ON MOTION

This matter is before the Court on the Motion of __Defendant__

__for prison medical records__

Upon consideration the Court finds that the Motion is __NOT__ well taken. It is therefore ORDERED, ADJUDGED and DECREED that the Motion be and is hereby __DENIED__.

This __Court doesn't have jurisdiction__ is allowed ___ days from this date in which to __to consider such a request in this case__.

DONE and ORDERED this __27__ day of __February__, 20 __07__.

_____
Circuit Judge — 19th Judicial Circuit

copies to:
  Plaintiff
  Defendant

Exhibit - E

M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

## INSTRUCTIONS FOR COMPLETING CIVIL RIGHTS COMPLAINT FORM STATEMENT OF PROCEDURES

### READ CAREFULLY

#### 1. General Instructions

Your complaint must be legibly handwritten or typewritten on this form. If your complaint is handwritten, please write legibly. You must sign the complaint at the place indicated for your signature. Under Rule 11, <u>Federal Rules of Civil Procedure</u>, your signature means that you have read the complaint and that to the best of your knowledge, information and belief, the complaint is well grounded in fact and is warranted by existing law. If a complaint is filed in violation of Rule 11, the court may impose appropriate sanctions against you. These sanctions may include a requirement to pay to the defendants the amount of reasonable expenses, including attorney fees, created by the filing of the complaint.

While <u>it is no longer required</u>, you may swear to the truth of the facts which are stated in the complaint by executing a declaration under penalty of perjury that the facts alleged in it are true and correct. If you declare that the facts in your complaint are correct, under penalty of perjury, any false statement of any material fact may serve as the basis for prosecution and conviction. Therefore, you should exercise care to ensure that all statements you make in your complaint are true and correct.

Your complaint may be brought in this court only if one or more of the named defendants are located in the geographical area covered by the United States District Court for the Middle District of Alabama. The Middle District of Alabama contains the following counties: Autauga, Barbour, Bullock, Butler, Chambers, Chilton, Coffee, Coosa, Covington, Crenshaw, Dale, Elmore, Geneva, Henry, Houston, Lee, Lowndes, Macon, Montgomery, Pike, Randolph, Russell, and Tallapoosa.

A plaintiff must file a separate complaint for each claim unless the claims are related to the same incident or issue. The complaint should name the defendants against whom relief is sought and briefly state the facts upon which the claim is based. It is not necessary that a plaintiff state each and every fact upon which he may rely. Rule 8(a) of the <u>Federal Rules of Civil Procedure</u> require only a <u>short</u> and <u>plain</u> statement of claim.

No authorities or citations should be set out in the complaint. If briefs and arguments are submitted, they should be submitted in a separate memorandum for which no form is necessary.

You must include in the complaint all grounds for relief and facts supporting such grounds for relief. It is permissible to include no more than <u>two</u> (2) additional pages if more space is needed to answer a question. All pleadings and other papers in cases filed must be on 8 1/2 x 11 inch paper. Otherwise, this office cannot accept them for filing. Additionally, all pleadings filed must be an original document. Copies of a pleading will not be accepted.

In order for this complaint to be filed, it must be accompanied by the filing fee of $350. In addition, you will be required to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court for leave to proceed without payment of fees. A blank application for this purpose is included and it should be filed with your complaint. It must be notarized by a notary public or other official authorized to administer oaths or must contain your statement that it is true and correct. If more than one plaintiff is named on the complaint, a separate application will be required for each.

If you wish to proceed without payment of fees, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. What amount, if any, of the filing fee and the cost of serving the complaint you will be required to pay will be determined from the information supplied to the court by you and the penal institution.