In the District Court of the United States
for the middle District of Alabama
Northern District

Daniel Strickland         *       Action: 2:07-CV-
   Plaintiff              *       282 - MEF
v.                        *       [ WO ]
Prison Health Care, et al *
   Defendants

### Motion For Status Of Case

I am asking the Court for the status of my case, thank you.

x _Daniel Strickland_
   Plaintiff

x _____
   Witness

I Certify that I have placed a copy in the United States mail Box to Paul M James Jr my Defendants attorney on 8-31-07.

x _Daniel Strickland_
   Plaintiff

x _____
   Witness

David Strickland #201890 E2-61B
Easterling Correctional Facility
200 Wallace Dr.
Clio, Al. 36017

MONTGOMERY AL 361
01 SEP 2007 PM 3 T

United States District Court
Middle District of Alabama
Northern Division
P.O. Box 711
Montgomery, Al. 36101

36101+0711

